UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION
Courtroom Minute Sheet - Civil Case

**Date** 06/21/2016     **Judge** ABBIE CRITES-LEONI     **No.** 1:16CR00058AGF

UNITED STATES V. JAMES CLAY WALLER II

Court Reporter _____     Deputy Clerk _____

Attorney(s) for Plaintiff(s)     AUSA Larry H. Ferrell

Attorney(s) for Defendant(s)     CJA-20 Appt. – John Lynch

☐ Court Appoints _____     ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference     ☐ Pretrial Conference     ☐ Oral Motion
XX Status Conference     ☐ In Chambers Conference
☐ Motion Hearing         ☐ Informal Matter
☐ Oral Arguments         ☐ Settlement Conference

Parties present for hearing on  via telephone conference with Judge

_____
_____
_____
_____

Next hearing date/time _____     Type of Hearing _____

                Before _____

Proceeding commenced  3:30 p.m.          Proceeding concluded  3:34 p.m.

                Continued to _____

☐ **TERMINATE CASE REFERRAL**          ☐ **COPY TO DISTRICT JUDGE**