UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  1:16CR00058 AGF (ACL) |
| | ) | |
| JAMES CLAY WALLER, | ) | |
| | ) | |
| Defendant, | ) | **Filed Under Seal** |

## MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR MENTAL EXAMINATION UNDER SEAL

COMES NOW Defendant, JAMES CLAY WALLER, by and through undersigned counsel, and hereby requests leave of Court to file Defendant's Motion for Mental Examination Under Seal as it contains information of a sensitive nature, and therefore, should not be subject to immediate and/or unlimited review.

Respectfully Submitted,

THE LAW OFFICES OF JOHN M. LYNCH, LLC

E/S JOHN M. LYNCH
John M. Lynch, #56604MO
7777 Bonhomme Avenue, Suite 1200
Clayton, MO 63105
(314) 726-9999
(314) 726-9199 Facsimile
jlynch@lynchlawonline.com

***Attorney for Defendant James Clay Waller II***

1

## Certificate of Service

       I hereby certify that on August 17, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Larry H. Ferrell
Cristian M. Stevens
Assistant United States Attorneys
555 Independence Street, Room 3000
Cape Girardeau, MO 63703


                                    E/S JOHN M. LYNCH