# United States District Court for the Eastern District of Missouri

## Courtroom Minute Sheet – Criminal Case

Date: 1/10/17   Judge: Abbie Crites-Leoni   Case No.: 1:16CR58AGF

UNITED STATES OF AMERICA v. JAMES CLAY WALLER, II

Court Reporter: FTR Gold   Deputy Clerk: C. Gould

Assistant United States Attorney(s): Larry H. Ferrell and Cristian Stevens

Attorney(s) for Defendant(s): John M. Lynch

Interpreter:    Probation Officer:

## Proceedings:  ☐ Sealed Proceeding

☐ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Revocation
☐ Arraignment   ☐ Bond Review   ☐ Probation
☐ Preliminary Examination (Complaint)   ☐ Bond Execution   ☐ Supervised Release
☐ Motion Hearing   ☐ In Court Hrg (WAIVER OF MOTIONS)   ☒ Competency Hearing
   ☐ Evidentiary Hearing   ☐ Change of Plea/Sentencing   ☐ Pretrial/Status Conference
   ☐ Oral Argument/Non-Evidentiary   ☐ Rule 5(c)(3) Removal (Identity)   ☐ Material Witness

**Parties present for hearing on** issue of competency.  Court finds defendant competent to stand trial.
Defendant's motion to extend pretrial deadlines is granted and new deadlines are set out.  Order to follow.

☐ Defendant present for initial appearance.   ☐ Defendant advised of and indicates understanding of rights.

☐ Court appoints: _____.   ☐ Oral Motion for appointment of counsel (GRANTED).

☐ Arraignment hearing set for _____ @ _____ before _____.

☐ Bond set in the amount of $ _____   ☐ Secured   ☐ Secured by 10% cash   ☐ Unsecured   ☐ O.R.

☐ Government filed motion for pretrial detention, hearing set for _____ @ _____ before _____.

☐ Preliminary Hearing set for _____ @ _____ before _____.

☐ Revocation Hearing set for _____ @ _____ before _____.

☐ Defendant arraigned.   ☐ Defendant waives reading of Indictment/Information.

☐ Plea entered: _____.

☐ Defendant makes oral motion for time to decide whether to file pretrial motions.   ☐ Motion granted.

☐ Court to issue Order on Pretrial Motions.   ☐ Trial to be set at a later date.

   ☐ Pretrial Motion Hearing continued to _____ @ _____ before _____.

☐ Defendant waives evidentiary hearing.   ☐ By leave of court withdraws all pretrial motions.

☐ Defendant waives _____.   ☐ Order to issue.   ☐ Oral ruling.

☒ Defendant REMANDED to custody.   ☐ Defendant RELEASED on bond.

☐ Next hearing date/time _____   Type of hearing _____ before _____.

☐ Matter taken under advisement.   ☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.

☐ _____

**Proceedings commenced** 1:08 p.m.   **Proceedings Concluded** 1:14 p.m.