UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION
Courtroom Minute Sheet - Criminal Case

Date  06/15/2017.      Judge  ABBIE CRITES-LEONI      No.  1:16CR00058AGF(ACL)

United States v. James Clay Waller

Court Reporter _____     Deputy Clerk

Attorney(s) for Plaintiff(s)    Larry H. Ferrell, Assistant U.S. Attorney

Attorney(s) for Defendant(s)    John Lynch, Attorney for Defendant

☐ Court Appoints _____    ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference      ☐ Pretrial Conference      ☐ Oral Motion
XX Status Conference      ☐ In Chambers Conference
☐ Motion Hearing          ☐ Informal Matter
☐ Oral Arguments          ☐ Settlement Conference

Parties present for hearing on with parties via telephone conference

_____

_____

Next hearing date/time _____    Type of Hearing _____
                Before _____

Proceeding commenced __4:00 p.m._____    Proceeding concluded __ 4:15 p.m._____

                Continued to _____

☐   **TERMINATE CASE REFERRAL**          ☐   **COPY TO DISTRICT JUDGE**