Clay Waller Interview
June 03, 2013

**Tape 1**

Clay Waller = Waller
SA Brian W. Ritter = Ritter
Prosecuting Attorney Angel Woodruff. = Woodruff
Defense Attorney Amy Commean = Commean
Chris Davis = Davis

WALLER:             Station one.

RITTER:             A firefighter at Station one?

WALLER:             Yeah.

RITTER:             Okay.  Um, and, where did you go after that?

WALLER:             I went-I went to-I went-I was in school then after that and I
                    went to a-went a internship and I went-I went-I went over
                    to work for Chris Baker Neal at-at Scott County
                    Prosecutors.

RITTER:             Uh huh.

WALLER:             I was there from 97 to I believe-I believe-I believe 99
                    maybe 98.

RITTER:             Okay, and, what was your job there?

WALLER:             I just-just um, just I was the, I was actually just the
                    clerk, the gopher.  I just went, I went and did stuff for…

RITTER:             Just did what you were told?

WALLER:             Yeah.

RITTER:             As far as running errands and picking up things?

WALLER:             Yeah.

RITTER:             And, how long were you there?

WALLER:             I'm really not sure.  I was there between-between Sikeston
                    and-and-and finishing school.


GOVERNMENT
EXHIBIT
4
CARDELS 800-783-0399

RITTER:     Uh huh.

WALLER:     I don't…we…I didn't get paid, but I went there every day.

RITTER:     Okay.

WALLER:     I went to-I know a couple years.

RITTER:     Okay.  And, where did you work after that?

WALLER:     The sheriff's office.

RITTER:     At Cape Girardeau County?

WALLER:     Cape County.  Yeah.

RITTER:     Okay, and what was your job there?

WALLER:     Just um, just a deputy, um…

RITTER:     Road deputy/

WALLER:     Yeah.

RITTER:     And, how long were you-how long did you serve in that capacity?

WALLER:     About-about-just about a year.  Just over a year maybe.

RITTER:     Over a year.  Okay.  And, when did you leave there?

WALLER:     I think-I think-I think right after the shooting that happened after…there was a shooting at Super 8…

RITTER:     Uh huh.

WALLER:     …and it, I was making like, I don't know, nine dollars an hour and I thought ya know I didn't wanna do this.

RITTER:     So, after the shooting at Super 8, you decided that wasn't for you?

WALLER:     Yeah.

RITTER:        Okay,  um.

WALLER:        I mean that was the ultimate reason.  But-but…

RITTER:        Were there other reasons, or…?

WALLER:        Well, I didn't-I didn't like they operate in a, ya know capacity of you-you do as I-you're told not as ya know…they-they operate in a…they, well there was somethin' that happened there  too with a guy that got sent to prison um, um, David James and the female that detective, she passed away, but they planted evidence on the guy and he got ten years and I-and I made a comment to David James and then he told me to mind my own business or somethin' and then I-and then shortly after that it-it-it wasn't very good for me.

RITTER:        Was that your last job in law enforcement?

WALLER:        Yeah, I think so.  No, I went to-I went to-to-I went to Gordonville but it-but it wasn't-it wasn't law enforcement.

RITTER:        Okay.

WALLER:        It was, I mean it was but I was makin' more money at Gordonville than I was at the sheriff's office so I…

RITTER:        What were you doin' in Gordonville?

WALLER:        Nothin'.  Just-just-just I was actually-I was actually just ridin' around in a car I didn't do anything.

RITTER:        Who-who was your employer?

WALLER:        Gordonville.

RITTER:        Gordonville?

WALLER:        The city of Gordonville.

RITTER:        Okay.  Um, what was your employment after that?

WALLER:        Um…

RITTER:        Is this still around 2005?

WALLER:        _____ no, it was about 2001.

RITTER:        Okay.  Alright.

WALLER:        I went to-I went to-I went to UPS.

RITTER:        UPS?

WALLER:        And then um…

RITTER:        What was your job there?

WALLER:        Um, just I was-I was-I was actually a part-time driver.

RITTER:        Okay.

WALLER:        That's what I did.

RITTER:        So, that was a seasonal thing or…?

WALLER:        No, I was there every day.

RITTER:        Just a part-time, okay.

WALLER:        Every night.

RITTER:        And, employment after that was at the…

WALLER:        Excavation…

RITTER:        Excavation business.

WALLER:        Yeah.

RITTER:        Okay, a, when did you meet Jacque?

WALLER:        In um, it was May 19th um, 2003.

RITTER:        May 19, 2003.  Where-how did you meet her and where?

WALLER:        You want me to tell the story about it or…?

RITTER:        Just in-in-yeah I mean…

WALLER:        I asked her-I asked her…we was at-we was at a bar…

RITTER:     Uh huh.

WALLER:     …and I asked her to-to dance and she said, hold my beer. Two hours later I'm still holdin' a beer.

RITTER:     Yeah.

WALLER:     And she never came back and then I seen her…I said you want your beer?  She said what?  And she, I guess she felt sorry for me.

RITTER:     She felt sorry for you?

WALLER:     I guess, 'cause then she…

RITTER:     Alright.

WALLER:     …she-we never separated after that.

RITTER:     So a, describe your relationship from then on.  How did it go?

WALLER:     Good.

RITTER:     Were you all just dating or…?

WALLER:     We, no I-I moved in with her that-I moved in with her that next day.

RITTER:     The next day?

WALLER:     Next day I moved in her house.

RITTER:     And, where was she living at the time?

WALLER:     On um, on-on West End Boulevard.

RITTER:     Here in Cape Girardeau?

WALLER:     Yeah.  I don't know the address.

RITTER:     And, it was just the two of you?

WALLER:     No, there was the, there was two other girls.

RITTER:     Her friends or…?

WALLER:            Yeah.

RITTER:            Okay.  And, how'd your relationship go from there?

WALLER:            It went good.  It went good.  We just-we-we stayed-we went about eight-for about eight months…well no, we moved out of that house and we moved over to one-one on Clark Street.

RITTER:            Uh huh.

WALLER:            Moved over on Clark and um, we just, and then-and then-and then…let's see that was May 19th and then in October she said are you gonna marry me?  And, I said well, we don't have any money.

RITTER:            October of what year?

WALLER:            '93'.  She asked me if we was gonna-if we was gonna-if I was gonna marry her.

RITTER:            Uh huh.

WALLER:            And I said, sure.  That's when we, we got married December 18th.

RITTER:            And later on you had triplets?

WALLER:            Yeah.

RITTER:            No other kids?

WALLER:            A, I had-I had an older son.

RITTER:            With her?

WALLER:            No, no other kids.

RITTER:            Not with her, okay.

WALLER:            We-we-we tried to get pregnant and-and-and she couldn't get pregnant and-and then-and in '93' we went up to the hospital to see if we could do something about it.  And then they found out that her-her-her-her tubes were all, I mean

|  | he explained it later were like this and it couldn't-she couldn't conceive. |
|---|---|
| RITTER: | Uh huh. |
| WALLER: | So we went…in '94' we went and tried to have In Vitro. It costs $12,000.00…had to pay cash for it so I had to, I don't know…I don't what I did for the money. I-I maneuvered the money somehow and we got-and I-and I went and paid for that. And then, it said um, it-it didn't take. So then um, she um, let's see, a she wanted to do it again. So, I needed to-I needed to figure out to get another $12,000.00 or whatever it was…$10,000.00 so I um, I went-I went to-I went to a friend of mine down in Tampa, Florida, and um-I've known since I was a little kid and he gave me-he gave me-he gave me $10,000.00. He gave me $10,000.00 but I had to-I had to um-I had to haul some product for him from Tampa, Florida, to-to-to…on the way back I had to haul-I had to haul-had to haul this duffle bag for money. |
| RITTER: | Uh huh. |
| WALLER: | It was-it was full of money. I don't know. It was a lot of money. And I took it. |
| RITTER: | Is this the same person that you later told me about that you went down to get some money from? |
| WALLER: | Yeah. |
| RITTER: | In Florida? |
| WALLER: | Yeah. |
| RITTER: | And who is that? |
| WALLER: | His name is Steve um, Banderos. Steve Banderos. |
| RITTER: | And, how do you know Steve Banderos? |
| WALLER: | Um, I met him when I was in-when I was-when I was in Colorado. |
| RITTER: | Uh huh. |

WALLER:    I met him, and I used I went to-I went to work for-I went to work for Chili Colorado Camps in '89' and I was a I worked in the-I worked in the-I worked in the kitchen. All I set was-I set tables there and then he was-he was staying at the Estes Park Hotel and we, and I was playing pool there every night and that's, and then we just-we just…as I say we were, I mean we was…that's how I ultimately met him.

RITTER:    And, you've maintained that relationship since then as far as being close friends?

WALLER:    Yeah. Well, we, yeah, when he, yeah, that's how, yeah basically. I don't-I don't get real close to him because he's always-he's not-he does-he does things that are…I mean, he's a…yeah.

RITTER:    He's involved in illegal activity?

WALLER:    Yeah, you could say that.

RITTER:    Drugs?

WALLER:    No, he's more of a yeah-yeah. Yeah, he has a-he has a-he has a big boat that's in Tampa.

RITTER:    Yeah.

WALLER:    And he…

RITTER:    Transports or…?

WALLER:    Well, yeah. He's known…yeah-yeah he does.

RITTER:    Okay.

WALLER:    A lot. Big _____

RITTER:    So Steve gives you $10,000.00 to assist you all in a having children?

WALLER:    Well, I had to take that money from there to Destin.

RITTER:    Okay.

WALLER:     I mean, that's the-at the time I'm getting money from him, that's what I…

RITTER:     Yeah.

WALLER:     …I'll go.

RITTER:     So, you have to do somethin' for him in exchange for him to give you the money?

WALLER:     Yeah, well, basically yeah.  If I-if, I mean if I take the money, I'm dead.

RITTER:     Yeah.

WALLER:     I know I'm dead.  I mean, he's a yeah.  I thought about it a couple time, but I-I could never get past the being dead part.

RITTER:     What, um, so-so ultimately you…

WALLER:     Get the money for taking…

RITTER:     …a you get the money and you and then was that successful?

WALLER:     What?

RITTER:     Was that successful then or…?

WALLER:     Yeah.  My-my wife, yeah.  Um, she…every time I ever got, yeah.

COMMEAN:    I think what he's askin' is were the IVFs successful that time.

WALLER:     The IVF?

COMMEAN:    Uh huh.

WALLER:     What's?

F DA:       In Vitro.

ANGEL:      In Vitro.

WALLER:        Oh.  Yeah, you know it was successful.  They're runnin'…yeah, yeah they're here, yeah.

RITTER:        Okay.

WALLER:        They're good.

RITTER:        So, going along with relationship with Jacque, just describe that over the years.

WALLER:        It was-it was good.  I mean I-I wasn't'-I wasn't I've had-I've had many affairs with girls at the prosecutor's office.  I've had, I mean I've had, but, with my wife…a I mean she wasn't happy about 'em but, I mean she didn't-she didn't wanna…I mean, I was caught twice and I mean, we's, we never split up or broke up and then-and then my wife had an affair in she had an affair in '99' right after I graduated from college and I-I didn't, we didn't split up but it was, I mean we dealt with it.

RITTER:        So, your marriage wasn't a perfect relationship?

WALLER:        No, no.

RITTER:        You had several affairs?

WALLER:        Yeah.

RITTER:        She had one that you knew of?

WALLER:        No, she had two.  She had um, she-she had one with the president of-of Blue Cross.  Um, I don't remember his name but she had one with him and I-I just-I mean, it was actually-it was actually-it was actually…how could I complain, I-I've done it myself.  I mean that was kinda my attitude so we-we worked through it and we-and we stayed together.  And then-and then um, then she said…I didn't, well the, back on the In Vitro, is-is-is-is she didn't want, I didn't-I didn't-I didn't want to have the kids.  I didn't wanna have kids.  Because, I liked the fact that it was just me and her and we could go and do our own thing whenever we wanted to and, and then she talked me into the-the-the In Vitro and it was…I mean, she talked me into it of…I was like we don't have no money.  And then she's like, you just need to-you just need to take your little but

down to Tampa and get some money.  That's what, I mean that's, I mean that's how she explained it to me.

RITTER:        Uh huh.

WALLER:        So, that's what I did and then, and we would…and then, and then we and then after we had the kids it-it just, I mean somethin' just changed.  It just, my att…my attitude towards us having the kids it-it-it just changed.  Her attitude changed; my attitude changed.

RITTER:        Changed how?

WALLER:        It changed in a way that um, when I had the kids my I don't care…my attitude was first before the kids I was like you go do your thing; I'll do my thing and we'll-we'll…but, when I had the kids I could-I could see myself tightening the grip.  It was kinda like, 'cause I…'cause there's was times I was like-I was like, man, if anybody hurts her or my kids, I mean, well I mean I was like man whoooooo.  There's…

RITTER:        Was this a control thing?

WALLER:        No, it wasn't-it wasn't control because…

RITTER:        Protective?

WALLER:        …no, I-I never on the contrary of belief on all of these reports that you have, there was no physical violence between me and my wife.  It wasn't like that at all.  It was more of-it was more like there was-there was a guy just a, there was a guy, we took their kids to, we took our kids to Destin, Florida, and we, I'll just give you a for instance…we went into the-into Polo outlet and this-and this guy stole some Polos out of there.  And that's, he was tryin' to run out of thing, he-he-he-he-he ran through my, my little he-he him getting out of the store he ran through the triplets, knocked 'em down and hurt 'em.  And, everybody callin' the cops.  I was gettin' in my car and just following him.  I, I don't need the cops to deal with this-this cracker jack.  And, he got off at that beach and went in there at the beach and I don't know.  He just went and stole these things; went to the beach, across actually not too far down from our hotel room.  Man, I beat him so bad right there on that beach.  Just, it was, and I'm not

|  | even, I'm not a, I'm not tough but I didn't, man. And then I was like man, what in the hell am I doin'? |
|---|---|
| RITTER: | Yeah. |
| WALLER: | And that was-that's when I, I was like man I don't… |
| RITTER: | So, when did your, looking back, do you think your relationship started to go downhill.? Outside I mean you've talked about your affairs and all that, but you all were staying together. |
| WALLER: | By June 8th, June 8th of 2010 she made a comment to me. She said I think I'm gonna take our kids and move to Farmington. And I was-I was very calm and I said, I looked at her and I said you want me to-do you, I said do you want us to grow up without our kids? And-and-and she said what? I said, I said if you take those kids from me Jacque, I'm gonna kill you and I'm gonna spend the rest of my life in jail. Just like that…I looked her right in the eye. I said because, I said I-I've grown up without a family. You tell me you want me to have these kids and now you wanna take 'em from me. So then I was like well then she came to me about a day later and said I was just-I was just-I was just kiddin' around. And I thought…man you know me. You don't need to kid about stuff. You can't kid about that. |
| RITTER: | Uh huh. |
| WALLER: | And then-and then-and then about a day or two or three later she-she leave s her cell phone on the table and a text message came back through from her sister. It said, have you told him that you want a divorce? And just, I sat there and I was like, I was thinkin' to myself, man Cheryl. Man you, I cannot believe you're gonna get involved with this about I mean, and that's-and then that's right then I was like…everything I was doin' my construction business and everything. I just-I just gave up. Right then. I mean I was just like I just gave up. I mean, I stopped I was working the Route W project. I wouldn't even a 10th into it, like whatever. So, I started-I started scamming money off-I started scamming money off-off-off-off Triple C. And that's, and I-and I ultimately-I ultimately-I ultimately bankrupt it. So, I can have…I just gave up. And that's |

when, and then-and then my wife came to me in-in December and said…

RITTER:        December of what year?

WALLER:        …of…

RITTER:        2010?

WALLER:        …yeah and she said I-I want a divorce.  And I said-I said, I-I said just like I told you, I said I beg you not to do this Jacque, please.  I said, I'm-I'm tellin' ya, do not take those kids from me.  And she, and then-and then-and then she said um, she basically said that um I, basically I'm-I kept-I kept-I kept buying time.  I kept tryin' to-I kept tryin' to buy time because I knew my time was runnin' out.  I mean, It wasn't…and then so then in December, not December.  In –in March-in March we move out of our house down on, on move out of our house down off, off of snake hill and I knew my wife was-was keeping me broke.  I knew that she would say she has no money would show me her checks but I knew she didn't…I guess sometimes she thought I was dumb, but I knew that-that I could see her retirement money her 401 was increasing in every check and what was happening is-is she was taking more out of her checks for her 401 then for our-for our home.  And then-and then-and then I moved in so then-so then she said I'm gonna move to my sister's for a temporary thing and I'm like…Jacque, please.  I-I was like please don't take my kids from me.  I-I-I wasn't really-I wasn't really at that point in time I wasn't concerned about her.  I didn't, 'cause I knew our relationship was-was ultimately over.  But, I didn't want my kids to be taken to where I couldn't see 'em every night and bla-bla-bla.  So, so then-so then um, she made this, I-I, and it's like I told you, I begged her.  I mean I begged her not to take the kids.  'cause I knew ultimately if, if she got those kids to where they were, away from me.  It was over.  I knew it was over.  So, about the middle of March when I was in Dr. Gibbs' house she started coming around.  I mean, and it-it-it was odd, it was odd because me and her were still having a sexual relationship.  I mean, and it wasn't always me.  I mean, she would call me up and say come bla-bla-bla.  I wanna meet you over here.  Over at Dr. Gibbs or…I mean that was, that happened a lot.  And then I was like, so then-so then the thing was that she was running me…I don't…now as I-now as I look back on it, I look

back and I see the stories and all the…as I read the mountain of paperwork, I understand now what, I understand what she was-what she was doin'. I didn't understand at the time she was doin' it. She was pacifying me to try to make a clean break from me. I didn't realize that. She was comin' over, we were married but we were doin' the things that married people do. We wasn't fighting. I mean, we wasn't arguing. I mean, she was I don't know if it was because she was…I was always of the understanding up-up until about April 1st that we were getting back together. I was thought that we's gettin' back together but-but now as I see the paperwork my wife, now as I know she had a boyfriend. If I would've known that, I wouldn't have never have let her…I would've took the kids right then. I would''ve took 'em and went to Florida and she would've never seen me again because I would've been gone. I could've got on that boat and gone to, to his home out of the country, off of that boat. And, I would've, but I didn't know. I thought we was getting'…I didn't know that. So, when-so when-so then a-so then about-about-about the middle of April I said-I said, she said I'm gonna move to Farmington. I am moving to Farmington. And I said, can I move-can I move-can I move-can I move with you?

RITTER:

You asked if you could move with her?

WALLER:

Yeah, uh huh. And she said, maybe. She said maybe. Now that, at the time, all she was doin' was pacifying me. I didn't know that. I was thinkin' I gonna be with my kids…she knew that I was nuts over those kids. And, I would do anything over those kids. Well then about April 15th, April 15th, she came and said she made a, an off-the, off-the –cuff remark. She said I wanna get a divorce but if you cause me any problems you ain't gonna see those kids. At that point in time I turned. I didn't…I was not concerned for her safety anymore. It was to the point of it could've been that guy that-it could've been that guy who-who ran through those kids down in Destin. You know the guy that ran through the kids, it turned on me right then.

RITTER:

So, at that point you're prepared to do whatever you wanted or had to do?

WALLER:

I knew that if she fulfilled taking those kids from me, it was over for her. I knew it. I-cause I, I was like, 'cause then I

was just like…I stopped having any arguments with her right then.  Then she, and then she came in about May 1st and she said I wanna go and get a divorce.  I said okay. 'cause I knew you was gonna die as soon as you did it.  It's on.  And I was like, whatever you wanna do.  Let's go have dinner.  I said okay.

RITTER:      So, as soon as she said she was gonna get a divorce, you said…

WALLER:      It wasn't about the divorce.  It was about…

RITTER:      Taking the kids.

WALLER:      …taking the kids from me.

RITTER:      But, when she came to you and said she's gonna get a divorce, you knew that she was gonna die?

WALLER:      Yeah, I said okay and I-and then-and my-and I I'm like okay.  And then so she's planning this thing and I said and then-and then-and then she made a comment to me.  She's like everything's gonna be okay.  And I was like, yeah, it's gonna be okay.  That's what I said to her right when we was eatin' at-we was eatin' at O-we was eatin' at that O-at O'Charley's.  Yeah, it's gonna be fine.  So I, so then she's gonna divorce and I said, we got up to-we got up-we got up to-we got up to about-we got up to about a week before we met Jeff Dix and I said, I said honey, are you sure you wanna do this?  I really, please-please don't do this.  I beg you please don't do this.  And she said, she said it'll be alright.  You can see the kids anytime you want.  I was like okay.  And I was just like-so I was just like I was-I was walkin' around.  I went to the mall and just sat down.  I was like, man Jacque what you gonna do?  Why we gonna do this?  I didn't want to…I did not want to go, but my head was just…so then I said um, so we met-we met at-we met at-we met at Sonic the day, we met at Sonic, at Jeff Dix.  I said, I said Jacque, please don't.  I said please don't do this.  I said I don't care what you do.  I don't, and at this time, contrary to belief in the reports, I really had no idea about the boyfriend.  I didn't, I knew, I know she told me that if I went…the only thing that I seen about the name of a boyfriend is-is-is she was on Facebook and-and-and she deleted a guy's name, a guy that was on her Facebook.  And, I just seen it a couple weeks prior to that and I

thought, 'cause I counted her people and I thought man, there's a guy missin'. I thought, and then I asked her, I said, I said who's the guy that you deleted and she said oh, it was a -it was a-it was-it was a -it was a guy that I just didn't get along with. When she said that, I was like you lyin' dog. So, I went and took that guy's name and I went to St. Francois County. I got a piece of paper and I looked up and I went to his house and it was and then I thought, I thought man, maybe and it was an old man. It was an old man. So, I was like, well, maybe I was wrong. But, so then but just to jump back to goin' to um, June 1st, we's at Sonic. I said-I said-I said-I said please don't take these kids. I knew, I already-I already had a hole dug for you and everything. I-I's thinkin' man, please don't do this Jacque. And then she says it's gonna be alright. We get to-we get to Jeff Dix's office and they were like, like she's going through all this stuff about all the stuff about agreement. Everything you all did, I'm like yeah, go ahead do whatever you wanna do. I didn't, it didn't matter. 'cause if you wasn't makin' it, you wasn't makin' it. I knew she wasn't makin' it. That's why I have agreed to everything in the office.

RITTER:            Was custody of the kids part of the agreement?

WALLER:          What?

RITTER:            Was custody of the kids part of the agreement?

WALLER:          No, she no. See, you see, Jeff Dix, he's sly. He fin…filled all that stuff in after she went missing. That was the agreement from me and the kids was he added-he added all that stuff into it. It was, the agreement was we-we'd work it out between each other.

RITTER:            Share custody?

WALLER:          Yeah, we'd share custody and this and that and ya know it was nothin', but…

RITTER:            Were there any papers signed or, that day or was this just what was discussed?

WALLER:          We was just doin' what was discussed. When we came out of that office, he said, well you need to he said-he said we can't sign the divorce papers because of the

bankruptcy…of the bankruptcy. I was like I'm going to jail, and she's not gonna be here. Okay. I mean, that's what I was thinkin' when he was talkin' to me. I was like and um, so then-so then she said, we get outside and she's like-she's like you wanna have one last bang before we make this final. I'm like yeah, it's gonna be a bang alright. Well, yeah.

RITTER:   So, that's what she said outside the attorney's office?

WALLER:   Yeah. She said…

RITTER:   What do you mean one last bang?

WALLER:   To-to-to-to go have sex. I'm like, yeah-yeah, I was thinkin', sure. And, and then-then-and then I –then-then she gave me a kiss and she said-she said it's gonna be alright. And I said, is there anything I can do to talk you out of-of not- of not please don't, please don't go through with this. And she said, she's like-she's like you've already if you ever found out what I've done, I could never, we could, you could-you could never get past it. That's when I said, I was like, alright. That's fine.

RITTER:   So…

WALLER:   And, that's what happened.

RITTER:   …prior to being at Jeff Dix's office on June 1st, what had you done to prepare for what ultimately happened later? You-you indicated you had dug a hole already.

WALLER:   I dug, I didn't even tell you that I've dug, I've dug four or five holes. I always talk myself out of it. I…

RITTER:   Different places?

WALLER:   No, it was in the-it was in the same area. And I…

RITTER:   Same area, different holes?

WALLER:   Yeah, and I was like and, and I just-I just that was my…

RITTER:   So, what was the period of time that you're digging these four or five holes?

WALLER:     Well, I dug the first hole June 9th.  June 9th, let's see, she told me June 8th I dug June 9th the year prior to….

RITTER:     2010?

WALLER:     …10.  And I was like ya know, alright and I was like what the hell am I doin'?  So I would-I would, that happened the day after she told me that she was gonna-was gonna take the kids.  See, me and my wife had been in that area for 15 years.  Me and her go over there and camped all the time.  We camped there.  That's how I knew that area.

RITTER:     You all have been over there camping several times?

WALLER:     Yeah.

RITTER:     Over the years?

WALLER:     Yeah, we would just, we would just take-we'd take the levee road and walk in.  Because-because-because-because-because Blake Gerard owned the property and I can park-park and we would just walk, talk, and I mean, that was what we did right there.

RITTER:     What else did you-did you do prior to June 1st to prepare for that day?  You said, what day did you dig the hole that you buried her in?

WALLER:     I did it the-I did it-I did it the day before.

RITTER:     The day before?  So, May 31st?

WALLER:     Yeah.

RITTER:     You went over…did you go by boat or did you drive?

WALLER:     I went by boat.

RITTER:     Where did you take the boat from?

WALLER:     What?

RITTER:     Where did you take your boat from in Missouri?  Did you go from the Red Star boat ramp or…?

WALLER:     Yeah, Honkers.

RITTER:        Honkers.  And took the boat across, dug the hole.  How long did it take you to did the hole?

WALLER:        About three to five hours.

RITTER:        Was there anything else that you did ya know, prior to prepare for that day?

WALLER:        I don't think so.  No, I was just, no I was jut, no.

RITTER:        When you dug that hole, did you know you were meeting at the attorney's office the next day?

WALLER:        Ya know, that's a good question.  I don't...I really don't, I don't remember that.  I don't know.

RITTER:        What-what caused you to dig that hole?

WALLER:        Um, ultimately if ya know what, I might have known about the attorney.  I knew as soon as I went, as soon as the attorney thing was over, it was over.  Ya know, I knew, and I knew that if I can remember right exactly, I mean, I don't, I don't, I really...to answer your question on that, I'm really not sure.

RITTER:        Okay.  So, the day before you dig the hole for three to five hours um, did you leave anything at the hole that day?  I assumed you used a shovel.  Did you leave the shovel there or did you take it with you?

WALLER:        I don't...I left it all there.

RITTER:        And then you came back to Missouri?  On the boat?

WALLER:        Yeah.  It was always on the boat.

RITTER:        So, June 1st, how did that day go?  How'd it start?  You remember where you spent the night the night before?

WALLER:        Yeah, I was in Illinois.

RITTER:        In Illinois?

WALLER:        I think so, yeah.

RITTER:        And, where did you stay in Illinois?

WALLER:        Over there in, over off of-off-of-off of-off of-off of Lick Creek.

RITTER:        Lick Creek?

WALLER:        Yeah.

RITTER:        Who-who'd you stay with?

WALLER:        Um, her name is um, gosh she's a school teacher, um…

RITTER:        Was this your girlfriend at the time?

WALLER:        No, I wouldn't call her a girlfriend, but yeah.  Um, she's a school teacher over in um, past McClure, um…

RITTER:        Becky?

WALLER:        Yeah, yeah, yeah.

RITTER:        And what's her last name?

WALLER:        Um, can you remind me?

RITTER:        Is it Berringer?

WALLER:        Yeah.

RITTER:        Correct?

WALLER:        Yeah.

RITTER:        So, Becky Berringer is the girl you were having a relationship with at the time?

WALLER:        Yeah.

RITTER:        An affair?

WALLER:        Yeah.

RITTER:        And how long had you been with Becky?

WALLER:        I think about two months.

RITTER:          Two months?

WALLER:          Uh huh.

RITTER:          Where did you meet her?

WALLER:          On a-on the-on that-on that-on that-on that Match.com.

RITTER:          Match.com website?

WALLER:          Yeah, I think so.  Yeah, I know I did.

RITTER:          So, May 31st you spent the night at Becky Berringer's in Illinois?  Correct?

WALLER:          Yeah.

RITTER:          And, were you in your red truck?

WALLER:          I-I think, I don't, well yeah.

RITTER:          Did you-did you…

WALLER:          Be-because I didn't have my white truck then.

RITTER:          Did you have the boat with you at the time?

WALLER:          I don't think so.

RITTER:          Okay, so, so you-you wake up there and what happens.  Do you recall where you went or what you did?

WALLER:          I came –I came to Missouri, well I know I did.  'cause I had to be at-I had to be-I had to-I had to-I had to-I had to-I had to pick my wife up for lunch, or we were gonna meet.

RITTER:          Do you recall when you came to Missouri, did you go home in Jackson first, or did you go…

WALLER:          I don't know.  Dude, I don't know.  I might have.

RITTER:          But you-but you don't recall where you directly went?

WALLER:          No.

RITTER:      What's the first thing you do recall on June 1st after you get in Missouri?

WALLER:      Going to-going to Walgreen's.

RITTER:      And, what-what did you do there?

WALLER:      We had to-we had to pick up some medicine.

RITTER:      Okay, and what was the purpose of that?

WALLER:      To pick up some medicine, 'cause I needed some medicine.

RITTER:      You needed some medicine.  But then, did you, then before you had told me you had also got some rubber gloves.

WALLER:      Well-well-well-well-well my wife kinda suggested that.

RITTER:      Okay.  Was there any other motive or purpose behind getting the rubber gloves or…

WALLER:      No. No, well yeah, I didn't wanna put a suppository in my rear without gloves on.

RITTER:      Okay.  How was your meeting with Jacque then?  Did you all have any discussions?

WALLER:      Yeah, we-we-we…

RITTER:      Jacque was there, right?

WALLER:      Yeah.

RITTER:      Okay.  She met you there?

WALLER:      Yeah.

RITTER:      Did you call her or did she call you or do you recall?  But, the two of you met there?

WALLER:      Yeah.

RITTER:      How'd that go?

WALLER:      Went good.  I mean, she just…

RITTER:         Was there anything discussed?

WALLER:         Um, um, I mean, she was making fun of me because of the- of the-of the particular  medicine, I mean, we kinda had that-we had that kinda relationship.

RITTER:         Okay.  Where were the kids at the time?

WALLER:         They, well, the two-the two-the two-the two girls were at- were at her sister's.  And-and-and-and-and…

RITTER:         At Cheryl's?

WALLER:         Yeah.  And, Becky had the-had the boy.

RITTER:         Becky had Max?

WALLER:         You know all this and I know you do.

RITTER:         Becky had Max?  And, did Jacque know that?

WALLER:         Yeah.

RITTER:         She knew that Becky had your-your son?

WALLER:         Yeah.

RITTER:         Okay.

WALLER:         A yeah, I think so, yeah.

RITTER:         So…

WALLER:         No, I didn't have him with me there.

RITTER:         Right.

WALLER:         Yeah, she knew yeah.

RITTER:         Okay.

WALLER:         I'm assuming she did.

RITTER:         So, from Walgreen's, what'd you do after that?  Did she go with you anywhere or did you separate?

| | |
|---|---|
| WALLER: | No, we-we I think we took her car to Sonic. |
| RITTER: | Which Sonic? |
| WALLER: | Out on um, out past-out past-out past Beef O'Brady's. |
| RITTER: | So, the Sonic on North Kingshighway? |
| WALLER: | Yeah. |
| RITTER: | And, what transpired there? |
| WALLER: | We ate lunch and she ate lunch and we just we talked about our kids. |
| RITTER: | So, you ate lunch and talked about your kids?  Anything about the attorney meeting or…? |
| WALLER: | Oh yeah, we talked about the, wife was talkin' to me about the terms of-of the-of the-of the-of the divorce, and I guess… |
| RITTER: | And, how'd that go?  What was discussed? |
| WALLER: | Went good.  I mean, I said okay, whatever you wanna do. |
| RITTER: | Because you knew what you ultimately wanted to, were gonna do? |
| WALLER: | Well, I-I continually met with her to talk to maybe ya know, hope that she would not-would not take the kids from me.  I mean, I'm just… |
| RITTER: | You talked to her hoping that things would work out but ultimately I mean, you're, you're agreeing... |
| WALLER: | I mean I wasn't sittin' there, I wasn't goin' I wasn't pleading, pleading, I wasn't pleading to the point of ya know…I've never, I've never, I meana…if it wasn't after December the year before I never, I never threatened her ever again. |
| RITTER: | Right. |
| WALLER: | I never, I never said one word about it.  It was, it wasn't-wasn't like that.  It was just, it was all in-it was all |

internally goin' on with me.  I didn't-didn't I know there's a…got a report that says I hit her.  It never happened.

RITTER:       Was there any domestic violence?

WALLER:       Never.

RITTER:       Prior to June 1st?

WALLER:       No.  That-that thing you're talkin'…

RITTER:       Either on her or on you?

WALLER:       No, that thing that you see in the report where they said that, that Cheryl said that pulled a gun.  That was not, that was not true.  What was-what that was said was with all that was was I took my kids to the I-the I-the I-the Identi kit thing.

RITTER:       Identi kit, where you fingerprint 'em and everything.

WALLER:       Yeah.

RITTER:       Uh huh.

WALLER:       What happened was-was they were talkin' about strangers.  We were talkin' about strangers and me and-and-and Jacque and I put on a skit to show the kids if someone ever comes and takes you, this is what you do.  You scream, you yell, if I, if somebody ever comes and try to take you guys in a store or at the park, you yell and we-we did a skit for them.

RITTER:       Uh huh.

WALLER:       To give them kinda a reality kind of…we didn't just tell 'em.  We showed them if somethin' would happen, this is what you do.

RITTER:       Right.

WALLER:       Well, I don't know who wrote the report about sayin' I pointed a gun or anything.  That never happened.

RITTER:  So, no physical or domestic violence but, but you've already acknowledged that you did tell her that if she left and took the kids that you would kill her.

WALLER:  Yeah, well and just to be clear on that, and I know it just doesn't matter but I-I never said I'm gonna ki...I implied it. I said Jacque you know if you take those kids, it's not gonna go very well for both of us. I'm gonna go to jail and then, and then my wife said, you gonna kill me? Like that and I said, maybe. I-I, that's um, that's normally how it, that's normally how it went down. I wouldn't like I'm gonna kill you bitch. It wasn't like that at all.

RITTER:  It was easy for her to imply from that that you could perhaps have been serious that if she taken the kids that you would've killed her.

WALLER:  Well, she obviously didn't think it was serious or she wouldn't of continued to-to-to-to do her par...to do her because it, because that's why it never happened until ya know, her family don't understand. It never happened until it was final.

RITTER:  Yeah.

WALLER:  It never, it could've happened the year prior to it, never did.

RITTER:  Yeah.

WALLER:  'cause I was never gonna do nothin' until...

RITTER:  Until you knew it was too late?

WALLER:  What?

RITTER:  Until it was too late?

WALLER:  Well, until...

RITTER:  It was over?

WALLER:  ...it was-it was...see it's a bad, it was a conditional thing in my head. If you do this, I'm gonna do this. It wasn't like, I didn't-I didn't do it until she made the final...I knew in my heart.

RITTER:     In-in your head, how was that gonna fix things?

WALLER:     What?

RITTER:     In your head, how was that gonna fix things?

WALLER:     Well…

RITTER:     What did you hope to accomplish by, if Jacque took the kids and you killed her?  What was the overall goal with that?

WALLER:     I was goin' to jail.  I knew I was goin' to jail.  I mean I…

RITTER:     So, you were, you were willing to go to jail?

WALLER:     I, really, remember I told you that thing about the guy come runnin' through the kids?

RITTER:     Right.

WALLER:     It-it-it wasn't Jacque in my head.  I'm just, it-it-it wasn't Jacque anymore.  It wasn't the mother of my kids.  It was a perpetrator taking my, hurtin' me, physically doin'…not physically doin' somethin' to me, but I just didn't, I just didn't wake up and think man, I'm gonna kill my wife today.  It wasn't like that at all.  It was, you, I hadn't never had a family and she talked me into having these kids and then ultimately, ultimately um, she talked me into having the kids and then because I'm because-because-because-because-because my job was always  spo-sporadic.  Contrary to belief, I was the-I was-I was with the kids so much.  They were always-they were always-they were always…I picked him up from school.  I took him to school.  We, they were always…I had Madox in my dump truck.  I would, and I was I would switch the girls on as I would drive the-the-drive the truck by.  I'd switch 'em out.  I could only take one at a time.  So I would, and they were always with me.  Well, I mean, she talked me into having these kids and then turn around and take 'em from me, it was just like shewww, whatever you wanna do, whatever you wanna do.  Because, and if I didn't have the kids with me, ya know, lock me up.  Lock me up for this.  And that was-but I was and that's what I wanted to do.  I wanted to-to-wanted to um, to um be their dad.  I guess, I mean it was just the way it was.

RITTER:      So, June 1st you go to a Walgreen's, you-you go to lunch at Sonic on North Kingshighway, you eat lunch, you talk about the divorce...

WALLER:      Anybody have some Kleenex?

RITTER:      ...um...

WALLER:      Is that a possibility?

COMMEAN:     I don't have any in my purse but I can get some for you.

RITTER:      Sure.

WALLER:      It was all...it was just-just about those kids. I mean I just, she's, just about those kids. Thanks.

RITTER:      Um, did anything else occur at-at a Sonic? Anything else discussed about what you were gonna do later that day?

WALLER:      Just talked about the, the divor...I mean, we just, it wasn't really it wasn't, I mean, she just ir...always-always-always-always reiterated that she's like you can see those kids anytime you want. A, she kept sayin' that she'd say anytime you want, anytime that's what she kept sayin'. Anytime you want. And, I said, that was-I mean that was the that was the concern all the time.

RITTER:      So, where'd you go after eating at Sonic?

WALLER:      We went, I went...

RITTER:      You may wanna, not cover your mouth 'cause it's hard to hear ya.

WALLER:      We went to um, we went to, I went-I went-I went to went home I think to Dr. Gibbs to-to take a nap.

RITTER:      Did-did you tell her you were gonna meet her later?

WALLER:      Yeah, yeah at the attorney's office.

RITTER:      So, when you left Sonic the understanding was you were gonna see each other again at the attorney's office at Jeff Dix?

WALLER:        Yeah.

RITTER:        Okay.

WALLER:        I told her I was gonna go take a nap and-and-and-and-and she was gonna call me and-and wake me up.

RITTER:        Okay.  Did you go home and take a nap?

WALLER:        I went home but I ended up talkin' to-to went home and and Dr. Gibbs was there.  I ended up-I ended up-I ended up-ended up-ended up talking to Dr. Gibbs.

RITTER:        Okay.

WALLER:        I don't know what the conversation was but just hey, how's it goin'?  He said he was gonna go, he was gonna go fly. He asked me if I few I think.  And I sa-and I-and I told I haven't that day.

RITTER:        But you previously you told a, did you fly the day before?

WALLER:        Yeah.

RITTER:        Okay, and-and what was the purpose of that flight?

WALLER:        Um, I would just…I-I flew over the-I flew up the river every day.  I mean I flew two-two three four feet off the water.  That was, it's pretty fun.

RITTER:        Did you fly over the hole?

WALLER:        Yeah.

RITTER:        Af…'cause you had already dug the hole and so later on you flew over it to…

WALLER:        I just flew over it.

RITTER:        …check it?

WALLER:        Well, wasn't-wasn't to check it.  It was just, I just flew, I flew the, I flew the bank.

RITTER:        Okay.

WALLER: It wasn't just a, wasn't, wasn't even-wasn't even-wasn't even…the actual yeah, yeah, I can keep it simple, yeah.

RITTER: So, June-June 1st you were talkin' to Dr. Gibbs at the house. Do you know what Jacque was at the time? Or, do you, any-any idea? Where you believed she was?

WALLER: No, I don't know.

RITTER: You don't know, okay. Where do you go from the house?

WALLER: She didn't tell me. What?

RITTER: Did anything, did you do anything at the house?

WALLER: No.

RITTER: Okay, so you talked to Dr. Gibbs, nothing else occurs at the house?

WALLER: No.

RITTER: Where did you go from there?

WALLER: Um, I went to um, I went to um, I went to the attorney's office I think. Yeah.

RITTER: Okay, so you went straight from your house to the attorney's office um, was Jacque there already? Or, did you get there before her?

WALLER: I think…I think she was already there.

RITTER: Okay. And, so you had your discussion with your attorney?

WALLER: Her attorney.

RITTER: Well, with Jeff Dix and what did, anything occur there?

WALLER: No, we just-we just talked about the terms and-and um just talked about the terms and then we left. I mean, he asked me if I was gonna pay him. I know he didn't put that in the report.

RITTER:              And, what'd you say?

WALLER:            What?

RITTER:              And, what'd you say?

WALLER:            I said to him, are you my lawyer or her lawyer?  He didn't
                   say nothin'.  I knew it was his lawyer.  I don't know why…

RITTER:              Was the…what was the overall mood of the meeting
                   between you and Jacque?

WALLER:            Good-good-good-good.

RITTER:              Then were you going, just going along with it because you,
                   there's nothing else you thought you could do?

WALLER:            No, no at-at that point like I was tryin' to explain to ya, I'm
                   giving you everything in my, everything was planned out in
                   my head.  It wasn't playin' out in the in everybody's world.
                   It wouldn't.  It was just like, hey, how's it goin' there?  It
                   was-it was fine.  I-I thought, I kept thinkin' things were
                   gonna change.  I for some reason, I kept thinkin' man,
                   you're not gonna take these kids from me.  I just, I-I just…

RITTER:              But, nothin' changed in that meeting?

WALLER:            No, everything's fine.

RITTER:              It was fine but nothing changed that was resolving the
                   problem that you had as far as the kids.

WALLER:            Right.  And it-and it I wanna-I wanna be clear on that.  All
                   this time, even though, even though I had the hole dug and
                   stuff, my ultimate thing was not-was not to kill her.  It
                   wasn't-it wasn't-it wasn't even like that.  I've had holes
                   dug before a year prior too.  I mean it wasn't-it wasn't-it
                   wasn't like that.  It was just…

RITTER:              But you're certainly contemplating that.

WALLER:            Wasn't really a contemplation.  It was more-it was more-it
                   was more therapeutic for me to-to-to work it out in my
                   head.  I, it was-it was more to me to-to-to-to-to talk myself
                   out of it.  I mean that's what it was normally, normally
                   would happen.  'cause it wasn't, I wasn't thinkin'.  I wasn't

|  |  |
|---|---|
|  | thinkin' I was gonna wake up I was gonna meet her at this place and this place and I was gonna I was gonna intentionally kill. That wasn't-that wasn't-that wasn't my mindset. |
| RITTER: | Right. |
| WALLER: | It wasn't to the fact that even at-even-at even when I was tryin' to explain to you earlier I don't know if I did or if I-if I conveyed that properly to ya. It wasn't, I wasn't thinkin' man, as soon as she gets to the house, I'm gonna kill her. That wasn't-that wasn't even in my head because-because I was, 'cause it wasn't like that. If I was ever gonna kill her, it would've-would've happened over there at that campground. That's what's, that's where it-it was gonna happen at. |
| RITTER: | Okay. So, when you finished the meeting with the attorney, what was going through your head at that time? |
| WALLER: | It was, I-I was thinkin' well, that went pretty good. |
| RITTER: | Okay, where did you go from there? |
| WALLER: | I went home. |
| RITTER: | You went home? |
| WALLER: | Because-because-because she offered to give me her-her-her-her-her words were one last bang. That's what she said verbatim. |
| RITTER: | And, where did she go from there? |
| WALLER: | I think she went, according to the report, now see I know in the reports she went to the post office. She went to the post office to-to… |
| RITTER: | But at the time, did you know where she was going from there? |
| WALLER: | Huh uh. No, I was-I was-I was-I was I assumed she was-was comin' to the house to have sex and talk about the bankruptcy. |
| RITTER: | Okay. Was she going to the house to pick up Madox? |

WALLER: No, no. She, I told her, no she wasn't. See, Madox was never even a part of that whole ploy. I don't understand, I see the reports. I don't know…I see what she told her boyfriend.

RITTER: Right.

WALLER: But, she was never suppose to go over there and pick up the kids because-because I was never suppose to not have a kid-kid with me. There was never ya know if-if-if I had a kid, my wife always brought a kid to exchange one out. It was never all the kids are gone from me. It was never like that.

RITTER: I'm-I'm aware that you went fishing and you, at times had all three of the children with you.

WALLER: Yeah.

RITTER: Is that different than the, than the agreement you were just describing or…?

WALLER: Well, the kids-the kids were with me. That's what I'm tryin' to explain. The kids were with me. I know what Cheryl says, the kids were-were with me all the time. It is because Jacque would come to Cape and either bring a kid or bring two kids. She never not had all three of…I always had-I always had-I always had-I always had-I always had one of 'em.

RITTER: What about when you would have all three?

WALLER: It's because-it's because I was getting them. I was, the kids were getting ready to all three stay the night.

RITTER: So, it's not unusual for you to have all three?

WALLER: No, it wasn't…it happened all the time.

RITTER: Okay, I was just tryin' to clarify 'cause you were saying that you were describing it where you would have at least one or two but not all of 'em at the same time.

WALLER:     Yes, it was…when I had all three it's because they were all three gonna spend the night. If I had 'em in my possession…

RITTER:     Right.

WALLER:     …they were gonna spend the night.

RITTER:     Now would Jacque also be spending the night?

WALLER:     Yeah.

RITTER:     What about when you went fishing with all three and was Jacque…

WALLER:     My wife was at work. She was working.

RITTER:     She was at work. So, there was times where you're alone with all three kids?

WALLER:     Yeah, all the time. I mean it was, all the time.

RITTER:     Okay. So, last you're aware is you, when you leave your attorney's office is the two of you were gonna meet at your house? And in your words is that she's coming over 'cause she offered to have sex with you and to talk about the bankruptcy.

WALLER:     No, it was her words to offer me.

RITTER:     She's the one that brought it up?

WALLER:     Yeah.

RITTER:     Now, was this in Jeff Dix's presence or was this after the meeting?

WALLER:     I don't think-I don't think my wife, I don't-I don't think my wife offered to give me sex in front of Jeff Dix. I don't think that happened.

RITTER:     Did you bring…did you even discuss sex in front of Jeff Dix?

WALLER:     I don't remember to, but, I, maybe. I don't remember.

RITTER: The-the only reason I ask is 'cause when, ya know when I, when we previously talked back in July of 2011, um, you had mentioned that you'd even joked about havin' puttin' sex in the divorce agreement a, to have sex one a year and you both kinda laughed about that.

WALLER: Yeah, that could, I don't remember.

RITTER: You don't recall.

WALLER: But, it could've happened.

RITTER: But, but her offer to have sex with you was after the meeting with Jeff Dix where she a, brought that up with you outside or after the meeting?

WALLER: Yeah, out-out in the-out in the front.  I mean, she said we need to go, let's go, we need to go-we need go resolve the bankruptcy and we need, and one last bang.  I'm thinkin' okay.  And, that was, that's how it was.

RITTER: And,-and you went straight home from there?

WALLER: I did.

RITTER: Okay.  Did you have our boat with you at that time?

WALLER: Huh uh.

RITTER: So, when you went to Walgreen's, did you have your boat?

WALLER: Uh huh.  Yeah, I think I did.  Because I, yeah.

RITTER: And, when you went to Sonic, you rode with her, right?

WALLER: Yeah.

RITTER: Um, did you meet her anywhere else before that?

WALLER: I don't think so.  I think, I don't think so.  I mean I…

RITTER: Did-did you meet her at the bank?

WALLER: I don't…

RITTER:            Do you recall going to First State Community Bank across from Applebee's and meeting her there?

WALLER:            I might of. I don't-I don't remember. Maybe. I might of…I don't recall.

RITTER:            Do you recall, what it would've been for? Or why?

WALLER:            Probably some money. I mean, probably some money. I mean I wouldn't be at the bank without gettin' money. I don't, I don't remember if I was there or not to be honest with ya.

RITTER:            Okay. Um, were a few minutes from this tape being done so what we may do is take a break and we'll switch out the tapes and then we'll restart.

WALLER:            Alright.

RITTER            Okay. Um, anything at this point? The time is a 11:42.

**Tape 2**

COMMEAN:            Chris is bringing it. That is one of the messages he sent me is he was on his way. He had court with Judge Syler…

WALLER:            That's fine.

COMMEAN:            …and that he was bringing, gonna stop and get everything ready for you first and then bring it so…

ANGEL:            So, when he gets here, we'll stop again.

COMMEAN:            He should be here pretty soon. 'cause he sent me a message like an hour ago.

ANGEL:            Oh.

RITTER:            Okay, Um, we're starting again. The time is 11:50. Um, present in the room is Brian Ritter, Prosecuting Attorney Angel Woodruff, Defense Attorney Amy COMMEAN, and Clay Waller. A, Clay when we last stopped we were getting up into the point where Jacque was gonna meet you at your house, a, in Jackson on June 1, 2011. Did you have any conversations with Jacque on the phone prior to, after

you left the attorney's office and prior to her showing up at your house?

WALLER:      I don't...

RITTER:      That you recall.

WALLER:      ...I don't recall.

RITTER:      Okay, so she showed up, do you recall what time she showed up at your house?

WALLER:      About 4:00 to 4:15.

RITTER:      Okay.  And, explain what happened.

WALLER:      We a, we a...

RITTER:      Where did you meet her or first see her?

WALLER:      Walkin', she was walkin' through the breezeway from the-from the-from the trash dumpster.  I mean, from that area.  She walked...

RITTER:      Okay.  Did you see where she parked?

WALLER:      Not at that time, no.

RITTER:      Did you later find out where she parked?

WALLER:      Yeah.

RITTER:      And, where was that?

COMMEAN:     Do you want the bulletin that we left in the other room?

WALLER:      Yeah.

COMMEAN:     Okay.

RITTER:      A, we made up one here.

COMMEAN:     Oh, okay.

WOODRUFF:    We can use some of those from the other room as well.

_____.

COMMEAN:             I'll bring those in. Okay.

WALLER:               She parked…

RITTER:               Hang on just a second Clay, we'll wait til she brings them in.

COMMEAN:             Just bring 'em all in.

WOODRUFF:           Yeah.

COMMEAN:             There's some small ones on the bottom.

RITTER:               So, she…show me where the, where you are on this diagram here.  This is an overview of all of the, all of the Gibbs' property.

WALLER:               Yeah, right here.

RITTER:               So, the house…

WALLER:               I was in the house.

RITTER:               Okay.  So, the house marked 1121 that's the house you were living in.  And, which house is the one the kids were living in?  1101?  Okay.  And, can you point to where the dumpster was located.  Okay.  And-and where was her car parked at?

WALLER:               Well there's-there's-there's a better picture of the dump truck, it was right…

RITTER:               Was it on the far side of the dumpster?

WALLER:               Yeah.  They, when-when-when they done, when they done their- reconstruction…

RITTER:               Can you put it on the easel there?

WALLER:               …when they done the reconstruction, they-they parked it all the way back here which was-which was not true.  It was parked…she-she backed in right here right in front of this.

RITTER:        Is that, where would she normally park when she would come visit you?

WALLER:        Well, it all depends if the-if-if-if it depends how many the-how many the toys are in the driveway.

RITTER:        Right.

WALLER:        Um, but she um parked-she parked right here.

RITTER:        At the end of the dumpster?

WALLER:        End of the dumpster.

RITTER:        Beside the driveway?

WALLER:        Yes.

RITTER:        Okay.

WALLER:        She backed in.

RITTER:        But, when you saw her she was at the breezeway?

WALLER:        Yeah.  Yeah, she come through here.

RITTER:        Walkin' through there.

WALLER:        Yeah.

RITTER:        Towards the patio where, I guess you were standing on the patio at the time?

WALLER:        No, I was in-I was in-I was inside, I was in the refrigerator and I heard the door jingle.

RITTER:        Okay.

WALLER:        I heard the door…she came in this door right here.

RITTER:        Okay.  So, she came in to the house from the patio door?

WALLER:        Uh huh.

RITTER:        Towards the a, closest to the laundry room.

WALLER:        Yeah.

RITTER:        At the house?  Okay.  Can we put up the house diagrams?

WOODRUFF:      Sure.

WALLER:        I don't know how-I don't know how they got the, I don't know who told you the car was parked right _____.

RITTER:        Alright, so here, Clay this is a diagram of the house and the, can you point out the door on there where she came in from by the patio?

WALLER:        I was at the refrigerator.

RITTER:        You were at the refrigerator and you heard the door?

WALLER:        Yeah.

RITTER:        Okay, and did you, she come in on her own or did you open the door?

WALLER:        No, she came on in.

RITTER:        Okay, so she comes on in, so, just tell us what happened from there.

WALLER:        I was at the refrigerator and we just, and then-and then and she said um, she said…

RITTER:        I'll ask you to speak up just so you can hear on the camera.

WALLER:        …I'm tryin' to think.  She said somethin' along the lines I-I thank you for um, for-for that-that going well or somethin' along the lines.

RITTER:        Right.

WALLER:        I said, no problem.  And then we, and then um, she um, you all don't know this but she put her soda on the table.

RITTER:        She put her soda on the table?  Okay.

WALLER:        Yeah.  And then we-then we talked and had, and then we went back here and had sex.

RITTER:         So you-so you talked.  Where did you talk?

WALLER:         What?

RITTER:         Where did you all talk?  Did-did you stay there in the kitchen or the dining room where the table is?

WALLER:         Well, I mean it was just-it was just-it was just a brief second.

RITTER:         Brief.  Okay.  So just talked briefly and then and then you said you went back to the master bedroom?

WALLER:         Yeah.

RITTER:         And, you had sex?

WALLER:         Yeah.

RITTER:         And, what happened after that?

WALLER:         Um, she um we started talkin' about started talkin' about-started talkin' about the-the started talkin' about the bankruptcy.  Started talking about the bankruptcy and then when we got into a-got into an argument over it.

RITTER:         What was the argument about?

WALLER:         Who was gonna pay for it.

RITTER:         What-what was she saying.?

WALLER:         Um, she said it was she said it was it-it-it was basically your mess.  You pay for it.  I said I don't have the money.  You pay for it.  And that's what so that, so that ensued.  So that happened.

RITTER:         Did it turn physical?  Did it…

WALLER:         No, not at-not at-not at that time, not at that time.  What happened is that she um I can't really, I'm so unclear on this.  We had sex, she went and had her um, she done her, she went to the restroom or whatever and we had-we had that physical, well not physical I mean, we had that argument and then um, then it stopped and then she went to…

RITTER:        Which room was the argument in?

WALLER:        It was in, it was in here.

RITTER:        So, you had sex in the master bedroom.  You had the argument about the bankruptcy…

WALLER:        We were sitting, yeah but, I was sittin', no my wife was sittin' on the bed and I was sittin' in this-in this chair.

RITTER:        Chair in front of that desk?

WALLER:        Yeah.  And we were just-we were just-we were just discussing and then um-and then-a, she said well I guess-I guess it's not gonna be solved right now.  Then she went to the refrigerator.  All that did happen.  All that the head hitten that all happened.  And then…

RITTER:        Okay, well go back and explain what happened.  She, you said she goes to the refrigerator from the master bedroom.

WALLER:        Yeah.

RITTER:        What was she getting'?

WALLER:        To get some food, to get some food.

RITTER:        Do you recall what food you had?

WALLER:        No, I-I don't know if it was food or somethin' to drink.  And then-and then obligating, well you see you have to-have to um, I went to the went-went-went no, she got the stuff out of the fridge and I hit her in the-in the on her nose when-when my head…

RITTER:        Explain that.  How…I mean tell me how you did…how it happened.

WALLER:        She reached, was in there getting was just pond-just kinda pondering into the refrigerator just looking.  I shot in there to get a Reeses Peanut Butter Cup.  There was-there was candy.  I shot in there.  I raised up and I hit her nose.  She started bleeding.  I know I seen in the report why-why-why-why-why she didn't run to those things.  She took off runnin' and she tripped and she tripped in here.  That

happened. But, but then she got up we, it wasn't the blood that you see there. It wasn't, that-wasn't the first-that wasn't that incident at that point in time.

RITTER: Okay.

WALLER: That wasn't-that wasn't how that happened. She-she tripped in here and-and-and the thing, she did sit in front of this bathroom, that I mean that happened. But then we bla-bla-bla. She made the comment…

RITTER: What'd you mean bla-bla-bla?

WALLER: I mean we just, we sat there and talked and-and the girl was-the girl was-the girl was dizzy. She was dizzy from it for some reason. I don't know why. I remember her sayin' I'm-I'm dizzy. I said well, I don't remember exactly what was said but she got up-she got up, she went out, she grabbed her soda and she walked to her car. That's how-that's how-that's how her soda got back in her car.

RITTER: Alright.

WALLER: She came back-she came back in and I was –I was picking up stuff and she was in the hallway and then-and then-and then she made off-the-cuff remark, she basically said, she said um, I need to go tell the attorney that you just-just beat me up. I was like what? Oh, I forgot to tell ya, she the whole-the whole-the whole-the whole-the whole key thing, that actually happened…about her calling-calling me an f'ing idiot bla-bla-bla. That happened.

RITTER: Okay. Well, keep that in order for what happened.

WALLER: Well, I've already-I've already skipped over it though.

RITTER: Okay, well where, when did that happen?

WALLER: That-that happened before-before she went back to her car.

RITTER: Okay, so where, just go back and explain how that happened. When she's leaving…

WALLER: Well, she started to leave, I said you're not, you're not leaving until-until we get this resolved. She's like, well yeah I can. I-I got her keys and I threw 'em out the, well,

actually the first time I threw 'em it hit the metal thing at the on top under the porch.

RITTER: The…

WALLER: I grabbed 'em again.

RITTER: The soffit area?

WALLER: Yeah.  I hit that.  There was-there was-there was-there was mark where that hit and then I, then went out and I slung I don't remember these two bushes but-but I slung 'em and it-it the tree.  It hit the-hit the see my wife had a-had a-had a-had a-had a-had a lanyard on her-on her-on her keychain.

RITTER: Oh, work lanyard or…?

WALLER: Yeah.  It was-it was her-her I-her I-her I-her ID badge or somethin'.

RITTER: Okay.

WALLER: It was on her key and it-and it-and it got stuck in the tree.

RITTER: Which tree?  Do you recall?

WALLER: Yeah, if you got a picture, I can tell you which tree it was.

RITTER: Was it a pine tree, a regular tree?

WALLER: I have to see the picture to know…

WOODRUFF: _____.

RITTER: _____.

WOODRUFF: We um, we have some exterior pictures, I don't think they're in here.  I think, _____.

COMMEAN: No, we have one.

WOODRUFF: Oh, we do?

RITTER: We can come back to that.

WOODRUFF/COMMEAN: Talking at same time.

RITTER:        We can come back to that if you wanna grab that one. That's alright, Clay…a, what-what _____ so you-you throw the key and they get stuck in a tree?

WALLER:        That really happened.

RITTER:        Okay, and then what does she do from there?

WALLER:        She says you're f'ing idiot.

RITTER:        You fucking idiot.  You're a fucking idiot.

WALLER:        That's what she said.

RITTER:        Okay.  And then, is it at that point then she goes to her car with the soda?

WALLER:        No.  I go get that pole and get the key out of the…

RITTER:        So, you get the keys out?

WALLER:        …get the key out of the thing.

RITTER:        Okay, and where was the pole at the time?  Do you recall?

WALLER:        It was over here by the…

RITTER:        Okay.

WALLER:        …it was over here by the-by the basketball goal.

RITTER:        Okay.  So, you get the pole and you get the keys out of the three?  Do you give the keys back to her?

WALLER:        Yeah.

RITTER:        Alright, and then what happens?

WALLER:        She um-she um goes to her car and then she comes back.

RITTER:        And, when she comes back, where are you?

WALLER:        I'm-I think I'm in-I think I'm in the-in the refri…I could be in the refrigerator.  I mean I was…

RITTER:        You're inside?

WALLER:        Yeah, I'm inside.

RITTER:        So, did she just come in the house?

WALLER:        Yeah, she-she said she has to use the bathroom to a, she had to-she had to-she had to go number two I guess…went in this bathroom right here.

RITTER:        Okay, so let me just, you said that the incident occurred at the refrigerator where she got a bloody-bloody nose.  Was there any cut, or was it just blood coming out of her nose?

WALLER:        I'd say there was a cut.  There was a cut.

RITTER:        Where was the cut, if you can demonstrate?

WALLER:        It was right across, right across the bridge of her nose.

RITTER:        So, on the-so on the bridge of her nose there's a visible cut that you can see?

WALLER:        Yeah, and…

RITTER:        And, how much was it bleeding?  A lot, a little?

WALLER:        Not very much.

RITTER:        Not very much but, but after she gets that cut she runs through the house, or walks through the house, or…

WALLER:        She walks through the house and she gets over in the hallway.  She trips on a toy and that's when she fell down.

RITTER:        Well where are you when she trips in the house?

WALLER:        By the time she trips I'm right here by the family room. I'm not-I'm not behind her.

RITTER:        Okay, so you hear her trip or fall or what?

WALLER:        I heard her-I heard her start-I heard her start-I heard her start cussing.

RITTER:        Alright.

WALLER:        Like…

RITTER:        Was she injured any further after she tripped?

WALLER:        Not that I'm aware of.

RITTER:        So, nothing further.  She just falls?

WALLER:        Yeah.

RITTER:        Alright, and then you said she was sitting there in the hallway?

WALLER:        She's sittin' right here in front of this bathroom.

RITTER:        Lean…is her back against anything or just sitting in front of the bathroom door?

WALLER:        She's sitting, her back is…

RITTER:        Facing the bathroom?

WALLER:        …the bathroom's behind her.  She's sittin' right there.

RITTER:        Alright, okay.

WALLER:        I don't know if-I don't know if she tripped on the runner or…

RITTER:        Was she running?

WALLER:        I don't-I-I-I don't really recall.  I don't think so but maybe.

RITTER:        Alright.

WALLER:        But-but I mean, but that's not all where she got all that.

RITTER:        Okay.  So-so she's, but at that point she's sitting in the hallway.  You don't, as far as you can tell there's no further injury while she's sitting in the hallway and then it goes on as you described earlier.

WALLER:        Yeah.

RITTER:     Okay.  So, when she comes back in the house to go to the bathroom and you said she had to go number two…

WALLER:     Yeah.

RITTER:     …a, did she do that?

WALLER:     Yeah, she went in that bathroom right there.

RITTER:     So, she goes to the hallway bathroom to go, and she closes the door I assume?

WALLER:     I, pshh.

RITTER:     And where, where were you?

WALLER:     I was, I think I was in the-I was in-I was in the kitchen area.

RITTER:     Alright.

WALLER:     And then-and then when she comes out she, a she-she-she makes a statement.  She said I wonder how much time you would give the kids if everybody knew you just beat me up.  I'm like…beat you up.

RITTER:     So, she comes out and says _____.

WALLER:     She makes a joke.  She makes a joke.

RITTER:     Yeah, about how much time you would get if she went and told everybody you beat her up?

WALLER:     Yeah.

RITTER:     But-but you, but it was clear to you she was joking with you?

WALLER:     Yes.

RITTER:     Okay.

WALLER:     And then-and then at that…

RITTER:     So, just being clear, what-what, she wasn't threatening you that she was gonna do that.  It was just a joke?

WALLER:        Yeah, it was just…

RITTER:        Just a joke.

WALLER:        …it was just a joke.

RITTER:        Okay, alright.  So then what happened?

WALLER:        She um, we started talkin' about the um, we started talking about the bankruptcy again.

RITTER:        Okay, and where were you talking?  Where were you at this time?

WALLER:        I was in the hallway.

RITTER:        So, she's still sitting in the hallway and you come?

WALLER:        Yeah-no.  Sitting in the hallway first but she left and then came back to use the bathroom.

RITTER:        Okay.

WALLER:        She wasn't sitting…

RITTER:        Oh, correct right.  Okay, so she finishes using the bathroom and in the hallway you start talking about the bankruptcy again?

WALLER:        Yeah.

RITTER:        You were just standing there?

WALLER:        Yeah, we was just standing there.

RITTER:        Alright.

WALLER:        And, I said um, I said-I said-I said honey, please don't take these kids from me.  And then she said, she said um, ya know, basically she made the comment it's all over but the crying.

RITTER:        She said what?

WALLER:        It's  all over but the crying basically.

RITTER:     It's all over but the crying.

WALLER:     But the crying.

RITTER:     What's that mean?

WALLER:     That was our term of um, everything's already happened and this is gonna happen.  Basically.

RITTER:     It's too late?

WALLER:     Basically.

RITTER:     Alright.

WALLER:     And, and then um, I said…

RITTER:     So…

WALLER:     …and then-and then after that she-she um, I, she made a comment.  I don't know, I don't remember what the comment was exactly but, yeah I do.  It was um, she made the comment of basically um, just basically she said if-if-if-if-if you don't f- f  with me, you can see these kids all you want.  But, if you ever do, I 'll keep the from her…keep the kids from you.

RITTER:     So she says if you don't f with you…with her, that you can see the kids all you want.

WALLER:     Any, anytime I want.

RITTER:     But, if-if you do fuck with her, you're never gonna see 'em again?

WALLER:     Basically, and that was-and then I…

RITTER:     You know what-what, do you know what spurred that comment?

WALLER:     No, I don't.  I don't know.  I don't , it was.

RITTER:     Or, why she would say that?

WALLER:        I think she was pissed over the-over the-over the-over the cut on her nose because she was in the bathroom, she was like great.  This looks great.  That's what she said.

RITTER:        Did she know it was an acc…I mean was it an accident?

WALLER:        Oh yeah, it was an accident.  But, there was still a cut on her nose.

RITTER:        Right.

WALLER:        She wasn't very happy about it.

RITTER:        Okay.

WALLER:        And then-and then she made that comment.  I just, bam, I hit her-I hit her in the face.

RITTER:        So, when she made the comment about the-the kids…

WALLER:        You ain't never gonna see those kids, I…

RITTER:        You-you-you struck her in the face with your fist?

WALLER:        Yeah.  And then…

RITTER:        And what happened?  Where were you standing in the hallway when you first struck her?

WALLER:        About-about-about-about-about right here.

RITTER:        By the bathroom door?

WALLER:        I actually-I-you know what, I actually-I actually-I actually-I actually-I actually-I actually brachial stunned her first.

RITTER:        You what?

WALLER:        I hit her back hand into the side of her neck.  That was the first thing I did.

RITTER:        And you called it a brachial stun?

WALLER:        Yeah.

RITTER:        Where you back handed her across her neck?

WALLER:        Yeah, and then she was…she went…

RITTER:        Stunned her?

WALLER:        Yeah.

RITTER:        Did she stay standing?

WALLER:        No, she went straight to the ground.

RITTER:        She went to the ground.  So, that was the first thing you did?

WALLER:        Yeah.  That was the first.

RITTER:        Was back hand her to the neck to-to stun her?

WALLER:        Well, I wasn't, it wasn't it was just, I didn't I wasn't-I wasn't-I wasn't that was not my intention but that's what happened.

RITTER:        But, that' s the first thing you did?

WALLER:        Yeah.

RITTER:        And then, she goes to, she falls to the floor?

WALLER:        Yeah.  And then…

RITTER:        And, how, what's her position?

WALLER:        In…

RITTER:        In the hallway.

WALLER:        Disbelief I think, that's what was.

RITTER:        But, how was she laying on the floor?  Where was her head compared to her feet?

WALLER:        Her feet were down here and her head was this way.

RITTER:        Okay.

WALLER:        And then…