RITTER:        And, where in the hallway did she fall?

WALLER:        She, right here in the bathroom.

RITTER:        In front of the bathroom?

WALLER:        In front of the bathroom…

RITTER:        Okay.

WALLER:        With her feet, her feet down here towards the bedroom.

RITTER:        Okay.

WALLER:        And her head was about right, her head was somewhere hanging between this area.

RITTER:        Okay.  Okay.

WALLER:        And then I, and then-and then she made a couple comments and then I…

RITTER:        Well, what were the comments?  I mean, by this time you've assaulted her.

WALLER:        Yeah.

RITTER:        So, what were her comments?

WALLER:        Basically like you-you-you son of a bitch or somethin' like that.  And I was like and I-I-I-I stood over her and I punched her right in the-right in the nose.

RITTER:        I mean at this point, what-what did you expect her to say?  I mean, you knew, I mean clearly she's not gonna be happy.

WALLER:        Yeah.

RITTER:        Okay, so she, so she falls to the ground.  She-she says you son of a bitch and you-you did what?  You punched her in the face?

WALLER:        Yeah, and then-and then…

RITTER:        And, where in-where in the face did you first punch her?

WALLER:         Right in the nose.

RITTER:         Right in the nose?  Alright.

WALLER:         And then-and then-and then-and then she started bleeding profusely right, right then.

RITTER:         So she-she-she starts to bleed a lot.

WALLER:         Bleed a lot.

RITTER:         Yeah.

WALLER:         And then-and then-and then-and then-and then-and then she was startin' to thrash around, thrash.

RITTER:         Fight back?

WALLER:         No, she never, no…she couldn't.  I don't know why she didn't, but, she just didn't.  I don't know if it was because of the first hit into her neck or I mean she, no she didn't fight at all after that.  She was just cussing.

RITTER:         What-what is she doing when she's thrashing around?

WALLER:         Just, she would just like her nose was bleeding she just-she just, just made a couple comments like this hurts I mean, bla-bla-bla.  I mean, I don't, only thing I remember is she sayin' hurtin' and then-and then and that's when she said you ain't never gonna see these kids.  So, I just took my, I just took my forearm and I just, I just pressed into her neck and til she stopped moving.

RITTER:         So, you take your right forearm…

WALLER:         Yeah.

RITTER:         …pressed it into her, what the center of her neck, the side of her neck?

WALLER:         The side, well…

RITTER:         Was she on her back?

WALLER:         Yeah.

RITTER:          And you're on top of her?

WALLER:          Yeah.

RITTER:          Yeah?

WALLER:          Yeah, yeah.

RITTER:          And, are you holding her down with anything, or you just, you're what, are you straddling her?

WALLER:          No, I wouldn't, I didn't mean to hold her down.

RITTER:          But, aren't, you're on top of her.  Are you straddling her? Like sitting over her chest with your legs?

WALLER:          No, I-I...

RITTER:          Or you just over her?

WALLER:          ...was sittin' down, just, no I was over the top of her.

RITTER:          Okay.

WALLER:          And I just put my...

RITTER:          Standing or puttin' your weight on her?

WALLER:          What?

RITTER:          Were you standing leaning over her or puttin' your weight on her by sittin' on her?

WALLER:          I was just putting my-I puttin'-I was puttin'-I put-I put all of my...

RITTER:          So, all your weight is on your arm.

WALLER:          ...arm.

RITTER:          So, all your weight is on your arm against her neck.

WALLER:          On her neck.  Yeah.

RITTER:          And...

WALLER:          Didn't take long.

RITTER:          And, how long did that take?

COMMEAN:         I think what Brian was asking was were you still like sitting on her or on your knees or were you standing?

WALLER:          I wasn't...I was-I was standing with my...

RITTER:          Okay, so you're leaning down puttin' all your arm...all your weight down on your arm while you're straddling her but not sitting on her?

WALLER:          Yeah.

RITTER:          Is that correct?

WALLER:          Yeah, well, I don't know, ya know like you said, her neck ain't broken.  I didn't-I didn't break her neck.  Like-like ya know...

RITTER:          So-so you got your weight on her neck.  How long did it take you to-to where she quit moving?

WALLER:          I'd say within-I'd say-I'd say-within-I'd say within five minutes.

RITTER:          Within five minutes.  So, for close to five minutes you-you were staying in that position to where you were puttin' all your weight on her neck?

WALLER:          I don't-I don't recall the actual time but it was-it wasn't-it was a couple seconds.

RITTER:          Okay, but so for a period of time, a did you change positions or change how you were handling her body or her-her neck?

WALLER:          No.

RITTER:          Was it-was it always were you puttin' your right arm down on her neck, puttin' the pressure on her neck?

WALLER:          Yeah.

RITTER:        And then, and what are you attempting to do by doing that?

WALLER:        That was the element of my second degree to…

RITTER:        Kill her?

WALLER:        …to kill her.

RITTER:        So, you, while you're doing this, your intention is to kill her?

WALLER:        Yeah, I knew I was gonna kill her.  I'm past the point of no return.

RITTER:        Did, so what did you do after you removed your arm from her neck?  What-what happened?

WALLER:        I started-I started-I started-I started-I started crying.

RITTER:        Did-did she ever move again?

WALLER:        No, she died right there.

RITTER:        So-so by the time you removed her-your arm from her neck, there was no signs of life, never made any further statements.  As far as your concern she was dead.

WALLER:        That was it.

RITTER:        It was over?

WALLER:        It was over.

RITTER:        And, you started crying?

WALLER:        Yeah.

RITTER:        Okay.  Tell me about it.

WALLER:        I just started cryin'.  I-I…

RITTER:        In the hallway, or?

WALLER:        Talkin' to her-I was talkin' to her, yeah.  I wasn't, I mean-I mean, yeah I was cryin' and I told her I said, I said all, the last thing I ever said to her was um, all as I ever-all as I

ever-all as I ever-all as I ever wanted was a family. That was the last thing I said to her.

RITTER: Did you have blood all over you?

WALLER: No.

RITTER: No.

WALLER: No.

RITTER: Did, where-where was the blood that you saw?

WALLER: What?

RITTER: Did you see blood anywhere?

WALLER: Yeah, there was um, it was on the-it was on the-it was on the-it was on the carpet, the carpet.

RITTER: Only on the carpet that you saw?

WALLER: Yeah, that was basically it on the carpet.

RITTER: How many times did you punch her?

WALLER: Once.

RITTER: Just once in the nose?

WALLER: Yeah. One time.

RITTER: And then after that it was just puttin' your arm against her neck until she died?

WALLER: Yeah.

RITTER: So, you weren't punching her bringing your hand up and down or anything like that?

WALLER: Huh uh. No.

RITTER: Was she gasping, spittin' blood? Anything like that?

WALLER: No, not-not that I remember.

RITTER:     Screaming while you're holding her neck?

WALLER:     No, no.

RITTER:     Was she knocked out or was she still moving?

WALLER:     She was incompassitated after that first back hand to the throat.

RITTER:     But not unconscious?

WALLER:     No, she wasn't unconscious then.

RITTER:     She's moving around, you said she was thrashing around on the ground.

WALLER:     That was after I punched her in the nose. I mean, she was just like she, I just remember she said man, this hurts. Like that, I think she said that. She said that to me. And I just, when she said that I just put my weight on her. I was past the…I mean after she-after she made the comment you ain't ever gonna-you ain't ever gonna see these kids. I was like …(motions - back hand) you ain't either. And, it was over. Right then. She died right there in that hallway.

RITTER:     What happened after that? You said you were sittin' there cryin'.

WALLER:     Cryin'. Talkin' to her.

(Atty. Chris Davis enters room)

RITTER:     The time's 12:22. a, Attorney Christ Davis just entered the room. We're gonna take a quick break and a resume in a little bit.

RITTER:     Alright, the time is 1:25 p.m., present in the room are Brian Ritter from the FBI; Angel Woodruff from the prosecutor's office; James Clay Waller, the defendant; Amy COMMEAN from the public defender's office and Chris Davis from the public defender's office. A, Clay, when we last finished we a were kinda at the point where you and Jacque were in the hallway and I mentioned that you'd punched her and then put your arm against her throat a, until she died and was left, and was laying on the floor. A, let's go ahead and pick back up from that point and what-what happened after that?

WALLER:         When I got down to…when I got myself-when I got myself
                to the-when I got myself together um, which I never
                mentioned I attempted I never…just to I went to…I ran
                over to Dr. Gibbs' house.  There was-there was-there was I
                mean I've never even told this to anybody but I meant, I
                was going to run over there and maybe in an attempt to get
                some help, that was my I did that but…I went into Dr.
                Gibbs' house but there, there wasn't anybody home.

RITTER:         What help were you gonna get?  I mean at this point, she's
                dead.

WALLER:         Well, I'm not-I'm not a med…I mean I don't know-I don't
                know if she was going, if there'd be anyway he could have
                saved her or whatever.  But, I did-I did run over to Dr.
                Gibbs' house and went inside the house.  And –and I yelled
                through the house.  But-but-but there wasn't nobody home.

RITTER:         Did you have any concern that if somebody was at the
                house he came over that what would have happened to
                you?

WALLER:         No, I just I knew that for, I was gonna for unknown reasons
                I went to go get help.  I ran over to Dr. Gibbs' house.

RITTER:         Right.

WALLER:         I went inside that house and I, and I yelled for-I yelled for I
                said I yelled for actually-for actually-for actually Barbie.

RITTER:         Yeah.

WALLER:         And, nobody answered.  And then I went-I went around
                there.

RITTER:         Were you gonna tell her it was an accident or what were
                you gonna tell her?

WALLER:         I didn't…I…no.  I'm just, I ran to get help.  I-I did that.  I
                went in the house and, and I yelled for-I yelled-I yelled for
                Barbie.  I did.

RITTER:         Okay.

WALLER:     But then-but then when no one answered I, I gathered myself and I, and then I tried to figure what I was gonna do from there and I sat on these, I sat on these steps for a minute...I don't know how long, but I sat on these steps and was thinkin' what in the hell am I gonna do now?

RITTER:     What did you do?  What time is this?  What time did she get there.  About...was it 4:00?

WALLER:     Yeah.

RITTER:     So what, how much time went by by the time her, she arrived there and when you killed her?

WALLER:     Probably-probably about an hour and fifteen minutes, probably.

RITTER:     So, we're getting around 5:15?

WALLER:     Yeah.

RITTER:     In the evening?

WALLER:     It is because, yeah, yeah, because-because, um yeah, I'd say that.

RITTER:     So, around 5:15 is the time that you ran over to...

WALLER:     I don't...

RITTER:     the Gibbs...around?

WALLER:     I don't know the exact time...

RITTER:     Right.

WALLER:     ...if you...

RITTER:     Could've been 20 minutes earlier, could've been ya know.

WALLER:     It could've been 5:30; it could've been-it could've been 5:00.  I just, I know...

RITTER:     Somewhere around that timeframe is when you go over to the Gibbs' try to see if you can get help...

WALLER:         Yeah.

RITTER:         …and then you go back to the house?

WALLER:         I go back and sit on the steps.

RITTER:         Sit on the steps in the patio and then what'd you do from there?

WALLER:         I just-I just I don't remember how long I sat there, but I sat there for, I sat there for a minute I mean I sat there-I sat there for more than a minute.

RITTER:         Okay.  Well, when you finished sitting there, where'd you go?  What'd you do?

WALLER:         I went to the hallway to-to-to-to-to-to see what was her condition I think basically.  And then by, and by then she was turning an ashy grey, an ashy color so I knew.  I knew she was dead.  Because, you wouldn't have turned that color.

RITTER:         Uh huh.

WALLER:         So then I went and there was, I tried to move her.  I couldn't.  I couldn't hardly, I couldn't hardly move her.  Too-just too heavy.  She was too heavy to move.  So then I went and there was-there was a trash can sittin' right here.

RITTER:         A trash can out on the patio?

WALLER:         Yeah.

RITTER:         Is this the trash can with wheels?  The black one?

WALLER:         Yeah.  Yeah.

RITTER:         Okay.

WALLER:         And, I got it went over there and got it and I…

RITTER:         So, you take the trash can, you go in the-the door off the patio that leads to the hallway.

WALLER:         I think it was either here or here.  I don't know.  _____

RITTER:         So, you take one of those two doors.

WALLER:         What"

RITTER:         But, you take her to the hallway where the carpet is?

WALLER:         Yeah.

RITTER:         Then what happens?

WALLER:         Then I-then I-I-I-I load her in that trash can and then-and
                then I-I take it out and then I take it over here.

RITTER:         So, when you put her in the trash can, was the trash can
                staying up or laying down or…?

WALLER:         But no, it was, it-it was laying down and I just, I'd move
                her feet…

RITTER:         Pushed her into it?

WALLER:         …her feet, yeah.

RITTER:         You put her in there feet first?

WALLER:         Yeah.

RITTER:         And then stand the can up?

WALLER:         Yeah.

RITTER:         And then from there you take it out of the hallway through
                the family room and out the door by the laundry room to
                the patio?

WALLER:         No,  I went out this door.

RITTER:         Okay, so you go out, you go out the door from the hallway
                before you get to the family room on to the patio?

WALLER:         Yeah.

RITTER:         And then out the breezeway area?

WALLER:         Yeah.

RITTER:          Towards where, where do you go?

WALLER:          Over here to the…

RITTER:          By the dumpster?

WALLER:          Yeah.

RITTER:          And, what'd you do?

WALLER:          I sat in my truck.  I mean I sat right there.  I just sat there for…

RITTER:          Where was she?

WALLER:          She was-she was in the, she was right, she was right there beside me.

RITTER:          Okay, so the can's standing-standing besides, beside the truck?

WALLER:          Uh huh.

RITTER:          And you're sittin' inside your truck?

WALLER:          Well, I'm sittin', no I'm kinda-I'm kinda-I'm kinda-I'm kinda leaning up against the hood of my truck.

RITTER:          On the outside of it, okay.

WALLER:          This, and I can't believe this has happened.  Just unbelief, just standing there.

RITTER:          Hmmm.

WALLER:          And then it gets real crazy when Barbara Gibbs drives right in front of me and she's standing, she's sittin' right there by me.  I'm thinkin', well, here I go.  Click-click double lock.

RITTER:          So is it…what time is it when you see Barbara Gibbs?

WALLER:          6:00.

RITTER:          Did you-did you leave the house before between 4:00 when you saw when Jacque got there and 6:00, at all?

WALLER:   I don't recall leaving there. If I did, I don't remember. Because, I might have, I might have drove around the block, that had been…

RITTER:   Well, why would you do that?

WALLER:   What?

RITTER:   Why would you just drive around the block?

WALLER:   I have-I have just killed my wife. I can say honestly I wasn't thinkin' clearly. I don't know why.

RITTER:   Is it possible you went anywhere else?

WALLER:   Not that I recall. I might've, but I don't recall.

RITTER:   Where was her purse at this timeframe?

WALLER:   Um, I think it was on the, I think it was on, I think it was in her car maybe, maybe. I didn't, her purse is never in my house.

RITTER:   And, what about her phones?

WALLER:   Her phones were that I recall, were not, I think I'm glad you're-you're askin' this stuff 'cause I wanna-wanna-I wanna point out what I um, I don't remember exactly where. It was it could've been in her car.

RITTER:   Okay.

WALLER:   Because-because-because she came in and then she-she left and then she came back. So, I don't know exactly what, where that stuff was.

RITTER:   So, you go out to your truck and you're leaning up against your truck and she's dead in the trash can beside your truck while you're tryin' to figure out what happened.

WALLER:   Yeah.

RITTER:   A, at this point it's 6:00 'cause you recall seeing Barbara Gibbs drive by.

WALLER:   She drives right by me, she was right there.

RITTER:          And, you-you don't recall if you left the house between, before that and after Jacque arrived, correct?

WALLER:          I don't think I, I don't think I, no I didn't.  I didn't-I didn't-I didn't leave because-because I remember…when I-when I took off I-I might have drove around the block but I don't remember.  I remember I hooked up my boat and I never came back to the house after I had left with my boat.

RITTER:          So, earlier in the day your boat was hooked up to your truck.  When did you unhook your boat?

WALLER:          When I came back and I seen Dr. Gibbs.

RITTER:          So, when you came back and saw Dr. Gibbs, you unhooked your boat.

WALLER:          Yeah.

RITTER:          And then, did you move your truck after that or was it still in the same position?

WALLER:          Yeah, I had to move it to-to-to-to-to go to Cape.

RITTER:          Okay.  So, then you parked it back in the same spot?

WALLER:          Yeah.

RITTER:          And so, 6:00 you see Barbie drive by.  Was anybody else with Barbie?

WALLER:          Yeah, the whole everybody.  The whole clan.  The whole family, Tina everybody.

RITTER:          And, how-how far away were you from them?

WALLER:          Me and Angel.

RITTER:          So, six feet?

WALLER:          Yeah.

RITTER:          Trash can's right beside you?

WALLER:          Right beside me.

RITTER:        And so what'd you, what happened?  What'd you do?  So, did you hook up your boat or was it already hooked up?

WALLER:        I hooked it up.  But, when I seen Barbie I was, I waived at her.

RITTER:        Uh huh.  And then what?

WALLER:        Um, I hooked up the boat and then um I proceeded to lift Jacque in the back of the truck.

RITTER:        Did you put the tailgate down and lift the whole can and…

WALLER:        Well, no, I actually-I actually-I actually-I actually-I actually –I actually did that first and then I hooked the boat up.

RITTER:        Okay.  So, prior to hooking up the boat you put the can containing Jacque in the back of your truck?

WALLER:        Yeah.

RITTER:        How hard was that?

WALLER:        Very hard.

RITTER:        You just lift it up or…

WALLER:        No, I-I had I used I used a bag of fertilizer.  I had to prop her up on that bag of fertilizer to get her close to the tailgate 'cause I wasn't-I wasn't strong enough to get her and…

RITTER:        To tip it?

WALLER:        Yeah.  And, that's, and that's how come the fertilizer got in the back of my truck.  It was because…

RITTER:        Well where was the fertilizer, was it…did you have to go get it?

WALLER:        Yeah.

RITTER:        Where was it?

WALLER:        It was-it was sittin' over there by the um, if I-if I remember it was either in the garage or by-or by-...

RITTER:        You wanna put that back up?

WALLER:        ...or by  I don't know exactly where...

RITTER:        Well, when you're talkin' about the garage, are we talkin' about ...

WALLER:        It's this garage.  It's either this garage or this garage that I got-I got some fertilizer.

RITTER:        So either the garage which was next to the patio at your house or the garage next to the Gibbs' house.  You got a bag of fertilizer, took it back over to where the truck and boat were?

WALLER:        To help...

RITTER:        To put the can high enough to where the top of it would touch the tailgate and you could tip it up to push it in the truck.

WALLER:        Yeah, I used-I used um, I used there was a long, you mind if I see a couple maps on the...there was a-there was a-there was a...

WOODRUFF:      What are you looking for a map of?

WALLER:        A long bench.

RITTER:        Uh huh.

WALLER:        Brown bench.  But it was too high.  I couldn't even lift her up from that point to the bench to get her in the back of my truck.

RITTER:        Okay.

WALLER:        So, I stood...

RITTER:        And, that's why you used the fertilizer?

WALLER:        That's why I used that...

RITTER:            'cause you could get it on there?

WALLER:            I could get it on that to get her up in the back of the car.

RITTER:            Okay, so you-so you get her in the back of your truck.  Do you close your tailgate then?

WALLER:            Just like I said before.  I put her legs down with the wheels up, I shut the tailgate.

RITTER:            So, you lay the can down.  The wheels are up facing the cab.  The open end of the can is facing the tailgate?

WALLER:            Yes.

RITTER:            And you close the tailgate to block the open end of the trash can?

WALLER:            Yes.

RITTER:            Did-did you put anything over her inside the trash can?

WALLER:            Yes, I used a little-a little-a little-little black trash bag.

RITTER:            A black trash bag.  You just covered her with that?

WALLER:            Well, I just put it over the opening.  I didn't-I didn't…

RITTER:            Around the outside of the opening or just inside to cover her?

WALLER:            Just inside, just…

RITTER:            Just concealing her.  And, then you hook up your boat?

WALLER:            Yeah.

RITTER:            And, what else?

WALLER:            And I-and I take off.

RITTER:            Did you start your boat while you were there?

WALLER:            I don't-I don't-I don't think I started it at that point in time.  I have started it there but you can't just, you just can't-you just can't start a boat out of water.

RITTER:        You're not suppose to I know that but I mean…

WALLER:        Yeah.  I….

RITTER:        Before when we've talked, you had mentioned that you started it there 'cause you had had problems with it before.

WALLER:        Yeah.

RITTER:        I don't know if that was accurate or if that's somethin' you told me at the time.

WALLER:        It was, no, that was accurate.  But, I don't remember if I'd, I done that, I don't think I did that right there in the-in the heat of the moment.

RITTER:        So you don't, as far as you're aware you didn't do it at this time?

WALLER:        Yeah.

RITTER:        Okay.  So, what do you do after you hook up the boat?

WALLER:        What do I do after I hook up the boat?  I-I leave.

RITTER:        Okay.  And what all did you have?

WALLER:        My truck and my boat.

RITTER:        Did you have Jacque in back?  Did you have her purse?

WALLER:        No.  I had her, I think I had her-I had her phones.

RITTER:        I had her phones.

WALLER:        Well, I think her phones were in her pocket.  I think her phones were in her pocket.

RITTER:        So, you believe you have her phones from her pocket?

WALLER:        Yeah, matter of fact, I'm almost sure I did.

RITTER:        Okay, so when did you-when did you discover and retrieve her phones?

WALLER:     When, well that's…what happened was is is that I took off from the house without my phone and what I did was is when um I believe, if I can remember right, her phone was sticking out of her pocket so I used her phone to try to call my phone to find out, 'cause know I had dropped my phone.

RITTER:     But-but when did you get her phones out of the pocket at what point?  Was it at the house?

WALLER:     No-no-no it was at the it was in the, it was-it was when um, it was before I loaded her up in my truck.

RITTER:     So, outside when you're standing by your truck and she's in the can…

WALLER:     Yeah…

RITTER:     You…

WALLER:     …I got the phone.  I got her…

RITTER:     …did you already know the phones were in her pocket or did you somehow see 'em while her feet are down in the bottom of the can?

WALLER:     It's either, no I think, I'm not-I'm not-I'm not very clear exactly when I got the phone.  Either I heard it ring or-or I got 'em while I was loading her up.  I don't-I don't really remember exactly when I had, when I actually retrieved her phone out.  But, I do remember I used her phone to try to locate my phone.

RITTER:     Where were you when you made that call?  Were you driving or were you at the house still?

WALLER:     No, I think I was in the-I was in the-I was I think I was already gone.

RITTER:     Already gone.

WALLER:     'cause I couldn't, I could not find my phone.  I couldn't find my phone.

RITTER:     Now, so you're driving by the time that you realize you don't have your phone?

WALLER:     Well, no. what happened was, and I'm not-I'm not tryin' to be evasive here. I'm unclear of why, because I took off without my phone. I did take off my phone on purpose, but for some reason I made my, I tried to call my phone. I don't know, just out of-out of what ever the reason was, I remember tryin' to call my phone.

RITTER:     Okay, so now you left your phone on purpose?

WALLER:     I believe I did. Because I set it…

RITTER:     Where did you…?

WALLER:     Well-well, if I'd, 'cause I set it down 'cause I couldn't-I couldn't hold my phone and pick her up at the same time and I set my phone down.

RITTER:     Alright.

WALLER:     I don't remember where exactly I-I mean, where's the picture? I don't know exactly where I put my phone.

RITTER:     Do you have the dumpster picture?

WOODRUFF:   (Looks for dumpster picture)

WALLER:     But, I set my phone down-I set my phone down by this tree 'cause I had to unload her a…

RITTER:     So, the tree…

WALLER:     …and I-and I don't know, I don't really remember if I did it on purp…I-I-I remember settin' the phone down on purpose 'cause I couldn't pick her-pick her up.

RITTER:     So you-so you set your phone for I guess at some point you find your phone by the-by the tree between the dumpster and the driveway?

WALLER:     Yeah.

RITTER:     Was it on the ground, or?

WALLER:     Yeah, it was on the ground.

RITTER:      But-but your truck is further back around the dumpster?

WALLER:      No. It's right here. No, you all had id diagramed for your own purposes. It wasn't like that. It was her car and my truck and my boat was behind it.

RITTER:      Okay, so there's what maybe fifteen feet between your truck and the tree or more?

WALLER:      Yeah, I'd say.

RITTER:      So, when you're back behind your truck tryin' to load up the dump, the thing, did you walk over to where the tree is to set your phone down or...?

WALLER:      No, ya know, it...I-I-I know I've told you about puttin' the phone by the tree but it could've been on this side of the dumpster too. I mean...I-I-I set it down by somethin'. Wherever, it was either the dumpster or this tree. I'm not tryin' to be evasive...

RITTER:      Okay.

WALLER:      ...but it, I don't remember exactly.

RITTER:      So, when you get back ultimately I guess you find your phone.

WALLER:      I find my phone.

RITTER:      You found your phone. How, and alright and we'll get to that. So, you get in the truck and-and I guess in your truck that you realize you don't have your phone?

WALLER:      Yes, yes.

RITTER:      Or-or well, you said initially that you'd left your phone on purpose.

WALLER:      Because I, b-b-b, 'cause I sat it down. I sat it down on purpose 'cause I couldn't pick, I couldn't have that and try to maneuver that trash can.

RITTER:      But, not on purpose for-for leaving it there while you left, while you were gone?

WALLER:        No, I wanted, I needed my phone.

RITTER:        So-so you're in your truck and you're-you're I guess driving, you and-and you realize you don't have your phone and that's when you take one of the phones.  Do you remember which phone?  So you used one of Jacque's phones to call your phone?

WALLER:        Well, I tried.  But I didn't know how to maneuver it.  I-I-I called…

RITTER:        Uh huh.

WALLER:        …but I, it was…I had a phone it said bla-bla-bla-bla-bla-bla send.

RITTER:        Uh huh.

WALLER:        Her phone was not like that.  Her phone was more of a scroll.  It was more of a scroll.  And then I-I kept, I didn't know how to, I didn't know how to operate her phone.

RITTER:        Uh huh.

WALLER:        So, all I did was hit the send.  I was just hittin' send.  And then-and then-and then it would pop up.  Somebody's name and I'd hit end.  And then I would try to maneuver it and that's I mean, I don't know who I called but, I mean.  That happened.

RITTER:        What route did you drive after you left the Gibbs' house or your house?

WALLER:        Here, down to…sharp…

RITTER:        Okay, so you go out the driveway, take a right on Woodland…and do we have an enlargement?

WOODRUFF:      Uh huh.

RITTER:        And from Woodland, you say you went to Shawnee?

WALLER:        I guess, yeah, if…

RITTER:        Well, you can either go right or left.  Did you take a right?

WALLER:       Yeah, I took a right.

RITTER:       And…

WALLER:       I can't see that from here.

COMMEAN:      That's the house.

RITTER:       Okay, this is an overall…

WALLER:       Yeah, I went here, here, here.  No, East Main.

RITTER:       Okay, so-so you go down East Main towards Interstate 55, correct?

WALLER:       Yeah.

RITTER:       And then, where did you go from there?

WALLER:       I went here and I headed up um, um, the and this is, this stuff I didn't explain to you the other day because it wasn't…I, a-a cop got behind me, whoever it was I don't know.  It wasn't because of me but bla-bla-bla.  So, I went instead of going down the interstate, I went under it.  And what happened was is um, I was, I-I missed the exit to going to-to 55.  I missed this exit 'cause there was a police officer was behind me so I went over there and I pulled over right under the thing and I was gonna do a u-turn.  And, when I started doin' a u-turn I seen him, another police officer.  So, what happened was that's, I turned on, instead of doing a u-turn I did, I flipped around and I got on the on-ramp to 55.  I pulled over right then.  And I-and I-and I-I sat right there for a minute or two tryin' to figure out what I'm going to do.  At that point in time, I was I don't know if I was still on the phone or not at that point in time it's kinda fuzzy.  But, I went down the interstate, I-through…

RITTER:       You went north on the interstate?

WALLER:       I went north on the interstate and I…

RITTER:       Towards-towards Fruitland?

WALLER:       Yes.  I threw her phones out of the car in between here and there.

RITTER:          Here and where?

WALLER:          Between East Main, and there's-there's like that overpass.

RITTER:          Y?

WALLER:          I don't know.  That's a good question.  I don't know.  I did though.

RITTER:          So, between-between the East Main intersection and the road north of there that goes over the interstate.  You throw the phones out…

WALLER:          Uh huh.

RITTER:          …while you're driving northbound on 55?

WALLER:          Yeah.  I threw 'em out.  I threw 'em out towards, I threw 'em out in the , out towards the median.

RITTER:          Towards the median?

WALLER:          Yeah.

RITTER:          Okay, so out the driver's window into the median?

WALLER:          Yeah.

RITTER:          Alright.

WALLER:          I did.

RITTER:          And then what?

WALLER:          I went down and um, I think I seen-I seen-I seen David Valentine, down policing-policing.

RITTER:          North of the 102?

WALLER:          Yeah.

RITTER:          North of East Main?

WALLER:          Yeah, I think so because…

RITTER:     Is that out-outside the city limits of Cape City or…?

WALLER:     Well, he-he-he told me, I know I seen him because he 'cause he told me he was up there.

RITTER:     Okay.

WALLER:     And that was-that was why-that's why Don Perry threatened to, that he would help me or somethin'. That's what David Valentine told me. I don't know, but. But, but that's I did see, I did –I did see David Valentine up there because he said he was getting, he was getting ready to get off work.

RITTER:     Okay.

WALLER:     And, he takes Fruitland to-to his house.

RITTER:     Uh huh.

WALLER:     D Highway.

RITTER:     Okay. So, where'd you go, I mean…

WALLER:     I went up to-went up to-I went up to-went up to Fruitland got off got back and came back on and came back.

RITTER:     So you just did a u-turn and came back down and _____.

WALLER:     Yeah, I _____.

RITTER:     _____ Yeah.

WALLER:     I came back and went there and I went down, I went out Route W.

RITTER:     Okay, so you come back south on 55. You take the East Main exit again and you east on LaSalle towards Route W.

WALLER:     Uh huh.

RITTER:     And, where'd you go on Route W?

WALLER:     I go out past the Pilot House and then I had to use the bathroom. I used the bathroom at the top of the hill off of,

by the golf course.  Then I go down by-I go down by snake hill go out by snake hill and then  I take where you can go up snake hill or go or you c-can…

RITTER:   Go Old Sprigg?

WALLER:   …old snake hill.

RITTER:   Old Sprigg?

WALLER:   Yeah.  That's the old snake hill.  And I took the old snake hill.

RITTER:   But left?

WALLER:   Yeah.

RITTER:   Okay.

WALLER:   I took that left and I went to Honkers boat dock.

RITTER:   So, you go Old Sprigg which takes you out to Bertling.  Did you take Bertling down to 177?

WALLER   No, I didn't take…

RITTER:   Or did you take Sprigg?

WALLER:   I didn't take Bertling.  I took-I took…

RITTER:   Lexington?

WALLER:   Yeah, I took, I, yeah I took Lexington.

RITTER:   Okay, so you go to Lexington.  Take Lexington down to 177?

WALLER:   Yeah, and to-to-to The Green Acres to up to…

RITTER:   Main Street?

WALLER:   …Honkers boat dock, yeah.  There was people there so I left.

RITTER:   And, what were you-what were you goin' there for?

WALLER:        Um, I was going to um, I was going to take, I was going-I was gonna take her to um I was gonna take to the I was gonna take her to the...

RITTER:        To the hole?

WALLER:        To the river.  Well, no.  See, that's somethin' else.  There's more to that story but I, I don't, I was gonna, I was just gonna put her in the river.  And then I-then I-then I decided-I decided I better not put her in the river.

RITTER:        So, so when you go to Honkers boat dock or Red Star boat ramp there, um the first time your intention was you were potentially gonna take her out in the river and just dump her in the river, correct?

WALLER:        Yeah.

RITTER:        But, there were people there so you couldn't do it.

WALLER:        Yeah, so I left there and I went, I went out and I went-I went to-I went to Bertling up to Perryville Road to Broadway to Toys R Us.

RITTER:        Broadway to Kingshighway to William...

WALLER:        Yeah.

RITTER:        ...to Toys R Us.

WALLER:        Yeah.

RITTER:        Now, I guess at this time you-you already knew that Becky was gonna be at Toys R Us?

WALLER:        Yeah.  I already knew.

RITTER:        With Madox?

WALLER:        I knew.

RITTER:        And-and had you told her you were gonna meet her there?

WALLER:        No, I never told her.

RITTER:        So, what was the purpose of goin' to Toys R Us?

WALLER:    Well, I didn't know what, I didn't know what to do.  I was just, I knew I was…

RITTER:    Well you-well you-you-you pass up the boat ramp because there's people there.  You have Jacque's dead body in the back of your truck.

WALLER:    I was, yeah I would-I would say I've-I would say I've-I-I-I  wasn't thinkin' very clearly.  That's _____.

RITTER:    At-at what point did you know Becky was gonna be at Toys R us specific enough to know she was gonna be there when you drove there?

WALLER:    Well, I already had her i-I already had her-her itinerary.  If, I mean-I mean if she wasn't there I would've just turned around.  Ya know I didn't-I-I actually didn't caught her there.  I mean I knew that-I knew that she told me that after she got done with the –the her at the water park, I knew that her-her intentions were to go to Toys R Us and then to eat.  So, I was gonna go to Toys R Us, I went to Toys R Us and I seen her car there and bla-bla-bla.  There-there she was.  I didn't, I just, I didn't-I didn't-I didn't-I didn't-I didn't-I didn't-I didn't thought specifically know that she was there. I just I-I just knew that was part of her-her schedule that was goin'.I got-I got Jacque in the back of my car.  I'm not thinkin' clearly.  I'm drivin' around Cape with a dead body in my car.  I can say I'm a little stressed.

RITTER:    Right.  But, you-you're willing to go to Toys R Us on the chance that you're gonna find your, Becky there with your son.

WALLER:    Yeah.  I-I well…

RITTER:    To do-to do what?

WALLER:    …I was-I was-I-I don't know.  I really I-I really didn't, I didn't have that-I didn't have that.  I don't know.  I don't know what my reasoning was.  For now I think of driving, to even do what happened I wasn't thinkin' clearly.  I don't know what the reason was for goin' to Toys R Us.  I didn't, just ended up there.  I drove through the middle of town.

RITTER:    And-and where did you park at Toys R Us?

WALLER:        I probably parked by her car.

RITTER:        Right by her car?

WALLER:        Pretty close, yeah.

RITTER:        And, did she come to your truck or…?

WALLER:        I don't-I don't remember if-I don't remember if she did or not.

RITTER:        Where did you meet or where did you make contact with—with Becky?

WALLER:        On the parking lot.

RITTER:        In the parking lot.  Next to her car or…?

WALLER:        By her car, yeah.

RITTER:        …by her car.  Okay.  And, what happened at Toys R Us?

WALLER:        She apparently bought my son a toy and asked me to go get scissors out of the-out of the inside so I did.

RITTER:        Okay.

WALLER:        I went and got scissors out and then I-then-and then by the time I got out, I think she already had it opened.  So, she told me to take 'em back.  I did.

RITTER:        And, what'd you all, did you have discussion with her. Was…

WALLER:        I think she-I think-I think she asked me if I wanted to go eat.  But I-but I-I-I had to-I used the restroom up in, out by the golf course and I didn't wanna be in a-in a I just didn't do it.  I had-I had other things goin' on.

RITTER:        So she-she wanted to go eat and you told her that you did what?

WALLER:        I don't remember exactly what ver-verbatim, you, I mean, I don't…

RITTER:   But, you said you already ate?

WALLER:   No.

RITTER:   Okay.

WALLER:   No, I never said that.

RITTER:   Okay, so she asked you to go eat.  You told her you couldn't, you had other things to do?

WALLER:   I think, no I don't know if I told her that or that was my thought process.  I don't-I don't even remember, I don't remember the-the things I actually told her.

RITTER:   Right.  Right.

WALLER:   I mean, you'd have to ask her.

RITTER:   So, what did-what did you, what happened?

WALLER:   I-I took off and went-I went-I went back in the direction of Honkers boat dock.

RITTER:   And-and was she gonna go eat from there?

WALLER:   I…

RITTER:   Or, do you know?

WALLER:   …I assume-I assume.  Well, I've seen the reports.  I, your asking me stuff that I know now was in the report.

RITTER:   I'm just asking what you knew at the time.

WALLER:   I didn't, I-I didn't know what she was doin'.

RITTER:   But she has, still has your son.

WALLER:   Yeah.  I-I knew I couldn't take my son with me.  I was-I would've, I mean.  I just-I just I didn't take my son…

RITTER:   Okay.

WALLER:   …with me.

RITTER:     So you leave and where do you go?

WALLER:     I go Kingshighway, no I went William down to um I think I went to Independence down to-down to Sprigg Street and went out to Bertling to-to Green Acres to Honkers boat dock.

RITTER:     Okay.  And then what happened there?

WALLER:     A, just dropped um I-I got the boat out which was difficult 'cause it was mud and the water was not very deep and I had to-I had to-I had-I had to-I had to jackknife the boat.

RITTER:     At this time the point ramp's flooded?

WALLER:     Oh yeah.

RITTER:     Okay.

WALLER:     All the way-all the way…all…

RITTER:     To the gates?

WALLER:     …to the tracks.

RITTER:     To the tracks, the train tracks?

WALLER:     Yeah.

RITTER:     Okay.  And…

WALLER:     It was only about, it wasn't even it wasn't even up to my knees.

RITTER:     So you jackknife-jackknife your truck and trailer in the parking lot in the water.

WALLER:     After I had the-after I had-after I had the boat off to get her into the boat.

RITTER:     And-and how do you do that?

WALLER:     I just pull the boat up to it and put her in there.

RITTER:     In the front or the back or the middle or…?

WALLER:        It was in-it was in the middle.

RITTER:        In the middle?

WALLER:        It ended up in the middle.

RITTER:        Okay.  And did you say that, was there anybody else there?

WALLER:        Yeah, there was a-there was-there was a person on a bicycle, he was taken-he was taken pictures of the of-of-of of the barge behind me.

RITTER:        Taking pictures of the barge behind you of the river, alright.  And…

WALLER:        I mean, I've seen him before, I knew-I-I didn't know him by name but I know if I see him I would know him.

RITTER:        Okay.  And, so you-you get the can containing Jacque and the boat and do you leave your truck and trailer there?

WALLER:        No, I moved it over-I moved it over to the toilet area.

RITTER:        Okay.  Out of the water?

WALLER:        No, it was in, it's all in water.  Everything's in the water.

RITTER:        So, it was still in the water when you left?

WALLER:        Yeah.

RITTER:        Or, where you left it.

WALLER:        Yeah.

RITTER:        And, you go back to the boat or, what'd you do?

WALLER:        Yeah, I went back to the boat and then I went-went across the river and-and I started-I started-I started-I started-I started goin' up that area to where the sandy beach was.

RITTER:        Who-whose boat is this?  Whose it belong to?

WALLER:        It's-it's um, it's actually um it's actually, it's actually John Hertling.

RITTER:    So, you got it from John Hertling whose your half brother?

WALLER:    Brother, yeah.

RITTER:    Okay.  And what type of boat is it?  Can you describe it for me?

WALLER:    Just-just aluminum boat with an outboard motor.

RITTER:    A small one or?

WALLER:    Yeah, small one.  I don't know how big it is.

RITTER:    So, aluminum john boat with a-with a motor?

WALLER:    Yeah.

RITTER:    Small motor; big motor?

WALLER:    I think it's a small motor.

RITTER:    Okay.

WALLER:    9.9 horse or somethin'.

RITTER:    And, you take the boat with the can containing Jacque across the river up to you said the sand bar.

WALLER:    Uh huh.

RITTER:    Can you point out on the map approx-approximately where your, where the boat ramp is and then where you too-took the boat?

WALLER:    Here's the boat ramp-boat ramp.

RITTER:    Okay.  And, you go up the river?

WALLER:    Right here.

RITTER:    And, the area your pointing is on the Illinois side just south of Devil's-Devil's Island shoot?

WALLER:    Yeah.

RITTER:    Is that correct?

WALLER:      Well it, yeah.

RITTER:      And that's-that's the same area that you had dug the hole the day before?

WALLER:      Well, it is, yeah, it's the same area but yeah, it ain't-it ain't-it ain't actually the same hole.

RITTER:      It's not the same hole you dug the day before?

WALLER:      No, it would, well it-it is-it is but um I had to I dug it out more.

RITTER:      So-so the night of June 1st when you get there you had to dig it out more?

WALLER:      Yeah.

RITTER:      Okay.  So, tell me about starting at the point that you pull up to the river bank what happens.

WALLER:      I just get out and I um I get her out and I take her up and I and…

RITTER:      Did you have to pull the boat up on the sand?  Did you tie it off?  What-what did you do?

WALLER:      I just, no yeah, tied it off.  I tied it off but um, but I don't-I don't remember which tree if it was..I don't know which tree it was.

RITTER:      Was the boat still totally in the water or was it partially on the beach?

WALLER:      It was-it was pretty well, it was just partly beached.

RITTER:      Okay, alright.

WALLER:      And that's, and then I placed her in the, I placed her in the hole and…

RITTER:      But, prior to that you had to dig it out some more.

WALLER:      Yeah.

RITTER:         And, the shovel was already there.  Is that correct?  It was still there?

WALLER:         I think, yeah, I don't think it was in my boat.  I don't really-I don't remem…'cause-cause I've been there a couple times.  I mean I don't remember exactly distant-distant to be pin point.  I don't know if I had the shovel in the boat or not in the boat.  I think I might have, but I don't remember.

RITTER:         But, you do recall you had to dig it out some more.

WALLER:         Yeah.

RITTER:         And then, what did you do from there?

WALLER:         I-I placed her in the hole.

RITTER:         Did-did you take the can containing her out all together or did you pull her out in the boat or…?

WALLER:         No, I took the-I took the can and everything out.

RITTER:         So-so she came out inside the can and then I guess what you dragged that up the beach?

WALLER:         But, I didn't have to, it wasn't, it was all level.

RITTER:         It was higher, but I mean, you dragged her to where the hole was…

WALLER:         Uh huh.

RITTER:         …in the can?

WALLER:         Yeah.

RITTER:         And then, what happened?  You say you put her in the hole?

WALLER:         Yeah.

RITTER:         And how did-how did that take place?

WALLER:         I just-I just-I just very-I just very gently pulled her out and placed her in the hole.  She was layin' on her-her hand I believe, if I remember that right.  And I-and I-I told her I

just all is-all is I wanted was my family.  Or somethin' along those lines.  That's what I told her.

RITTER:         Was all...you told her all you wanted was your family.

WALLER:         Yeah.

RITTER:         And...

WALLER:         Somethin' along those lines.

RITTER:         ...was it-is it still daylight outside?

WALLER:         Hmmmm, I really don't-I really don't remember ____.

RITTER:         Okay, so-so you put her in the hole tell her you a, wish she didn't take your family, and what'd-what'd you do from there?

WALLER:         I-I-I cover her up.

RITTER:         With a shovel?

WALLER:         No, I used my hand.  I just it-it was piled' up.  I just...

RITTER:         So, you used your hands to fill the hole?

WALLER:         Yeah, pretty well, yeah.  I didn't have to use the shovel.

RITTER:         Alright.

WALLER:         I'm standing, all's it is is mostly cave in, just rake it in.

RITTER:         Alright.

WALLER:         And then-then I went-I went back to the boat and I, I got-I got-I got undressed and I got in the water and I washed off with all the sand and...

RITTER:         So, you walk out in the water.  You had already taken your clothes off?

WALLER:         No, I was...

RITTER:         Or  in the water and take your clothes off and you're totally naked?

WALLER:          Yeah.

RITTER:          And, what did you do?

WALLER:          Just, I just I-I-I just walked off, got back in the boat and went out about half way and then I started I got the can and I sunk it.

RITTER:          The trash can?

WALLER:          Yeah, and then I threw the shovel in the water and just that kind of stuff.

RITTER:          And your clothes.

WALLER:          Yeah, clothes and everything.

RITTER:          So, all that is thrown into the water or sunk into the water in the middle of the river as you're drifting with the current?

WALLER:          Yeah, and went back to Honkers.

RITTER:          Alright.  And, what happens from there?

WALLER:          Um, there was-there was people there and so I just kind of-I just kind of, just kind of trolled around until they left and then I ya know I shot to my truck and got-got my clothes on.

RITTER:          So, you're-you're in the boat naked, there's people at Honkers boat ramp when you get there.  You wade out in the river with the boat.  They leave and then you drive right up to the truck on the boat?

WALLER:          Yeah.

RITTER:          And, you had, you said you had clothes inside your truck waiting?

WALLER:          Well, I mean, I-I mean I always had-always had-always had clothes in my truck.  It wasn't like it was, it was specifically for this 'cause I had some extras.

RITTER:          So, you put those clothes on?

WALLER:           Uh huh.

RITTER:           And, what else?

WALLER:           And I-and I-I left and I went up and then I got back-I got back on Lexington wherever that is.  And then um, the pin came out of the-out of the…

RITTER:           How-how would the pin come out?

WALLER:           It-it was, the pin on my, it wasn't, I don't know but I heard the-I heard the-I heard the-I heard the chain danglin'.  I heard the chain…

RITTER:           So…

WALLER:           …whatever the-whatever caused the-the chain to dangle, it was that the pin came out for some reason.

RITTER:           How-how did you hook it up when you hooked up your boat?

WALLER:           Well, I hooked it up so in a hurry I don't-I don't remember.  I know how it is.  I know how it's suppose to be hooked up.

RITTER:           Yeah, but did-did you do you recall hooking up the safety chains to anything?

WALLER:           Yeah, to a, I believe, I don't-I don't even remember how they were if there were two or just one and I had to hook one.  I don't know, but it came off.

RITTER:           What'd you hook 'em to?

WALLER:           I'm just assuming I hooked 'em to  the, to the holes I mean I don't, I'm assuming that.

RITTER:           What holes?

WALLER:           Hooked up a bunch of _____.  On-on-on the receiver.

RITTER:           The truck?

WALLER:           Yeah.

RITTER:   Um, before you said, well in a previous interview you had told me that the chains were too short they don't reach those holes.

WALLER:   Yeah, well, I'm just tellin' ya, I'm tryin' to-I'm tryin' to-tryin' to fill in the blanks here.  I don't know exactly.  You…it's been two years.  Ya know I mean, I'm just tryin' to figure out…

RITTER:   Okay.  I'm just tryin' to figure out how a pin that holds the hitch in would-would a fall out.

WALLER:   Well, it happened.  I don't, I can't, I don't know.  I can't explain to you how it happened, but, that's how come I, that's how come I parked it over on the side of, over there or-or-or-or-or took the boat all the way back home.

RITTER:   So, you're not sure if you left it at the lot by leaving at the lot by Ace Hardware on Kingshighway.

WALLER:   I did-I did do that.

RITTER:   So, you left it there after the issue with the boat, the hitch?

WALLER:   The chains, someone has that pin that came out.

RITTER:   And at that point you decided you're-you're gonna leave it at the lot by Ace Hardware, where you use to keep your equipment?

WALLER:   Yeah.

RITTER:   Okay.  And, what, is that all you did there?  Just unhooked the boat?

WALLER:   Yeah.

RITTER:   Anything left in the boat?

WALLER:   A, I-I mean I don't remember nothin', I mean.  I didn't-I didn't, I mean if your sayin'…

RITTER:   I'm just askin' if you recall.

WALLER:   If you're sayin' I left her in the boat, no I didn't leave her in the boat.

RITTER: No-no-no. Okay. But, do you recall if there was anything else in the boat?

WALLER: I don't think so.

RITTER: Okay. And then from there after unhooking the boat, you said you went home.

WALLER: I believe so.

RITTER: Could you recall the route you drove?

WALLER: Yeah, I went through, I went-I went through the, I went through center junction all the way out just down...

RITTER: Through Jackson?

WALLER: ...yeah.

RITTER: So, 72?

WALLER: Yeah.

RITTER: To a...

WALLER: To Shawnee. I took her to Shawnee and come in the back way on Main Street.

RITTER: And about what time did you get home?

WALLER: Approximately-approximately, around-around-around approximately around 9:00. Approximately, I don't...

RITTER: Okay. And um, where did you park your truck?

RITTER: You can take that overall map down and put that one back up there.

WALLER: I-I don't remember-I don't remember where I put the truck at. I don't remember if I, don't remember if I parked it here 'cause I was parked here, here, here, or here. No, I don't remember. 'cause I park, I would park here, here, here, I have four parking spots. I-I just could never park right here. I could park here, but I didn't never do that. It's too far to walk.

RITTER:                    And, where was Jacque's car?

WALLER:                   Right here.

RITTER:                    In the same spot?

WALLER:                   Yeah.

RITTER:                    Okay.  Um, this probably be a good time to change out tapes.

COMMEAN:              Okay.

RITTER:                    So.

WOODRUFF:            _____.

COMMEAN:              Okay.

RITTER:                    2:16.  We're gonna take a break.

**Tape 3**

RITTER:                    The time is 2:19, um again present in the room is Brian Ritter with the FBI, Angel Woodruff with the Prosecutor's Office, James Clay Waller, and Public Defenders Amy COMMEAN and Chris Davis.  Um, Clay when we last left off we were,  had just gotten to the point where you had returned to your house about 9:00 and a you had indicated that Jacque's car was still where it was left or where it was when you left the house at 6:00 over by the dumpster.  Um, what happened you got home?  What did you do?

WALLER:                   I um, I went and um I parked my truck and went and got in her car and I um her-her purse…I still have her purse.  I know you all said you have it, but you don't have it, alright, um, but um I still have her purse.

RITTER:                    What'd you mean by you still have her purse?

WALLER:                   Well I know they, well this is where it's coming into…some things have happened with the police that have happened now.  (Asks Amy if it's alright to talk about this?)

RITTER:        Let's-let's-let's go from what you did at the house and we'll-we'll work into stuff down there.  But, what happened that night with a, you said you-you went to her car and you had her purse.

WALLER:        I got her purse.

RITTER:        Okay.

WALLER:        Still have her purse.

RITTER:        Alright.

WALLER:        And, it's um, well I don't have it personally but I went and I drove to the…

RITTER:        You can take that down if you want.

COMMEAN:       This one?

RITTER:        You can use the a, the interstate one.

COMMEAN:       Oh, yeah.

WALLER:        If you got 'em here might as well use 'em.

RITTER:        So you go down Woodland to, do you go east on East Main?  Towards the interstate?

WALLER:        Yeah.

RITTER:        Okay.

WALLER:        I get out here and I…

RITTER:        So this is about the 104.8 mile marker.

WALLER:        I don't know what it was-was.

RITTER:        Okay.

WALLER:        …and I parked it.  I parked it then I got out and I-I walked and I ran down the interstate all the way back to the 102.  There is no bike involved.  I don't know where they come up with that.  There is no bike. I ran all the way home.  I

|  | didn't-I didn't cut up through that culvert where they-where-where... |
|---|---|
| RITTER: | Okay so you... |
| WALLER: | ...they were makin' a story up. |
| RITTER: | ...you-you-you get out of the Honda Pilot.  You cross the interstate... |
| WALLER: | I cross it down... |
| RITTER: | So, you're still on the northbound side? |
| WALLER: | Yeah, I cross it all...I'm on foot and I cross it all the way down about few hundred feet past the, no I'm probably further than that.  I don't cross over the interstate un-until I get to-until I get to about-about-about Bent Creek. |
| RITTER: | Okay. |
| WALLER: | I cross over the interstate then and I stay there and I-and I-and I run to East Main back to, back-back-back to-back to Shawnee to Woo...well I didn't even go to Woodland.  I went up a couple streets and then I just cut over through the yards, up through the back way of Dr. Gibbs' house. |
| RITTER: | Okay. |
| WALLER: | On foot. |
| RITTER: | How long did it take you, do you think? |
| WALLER: | I would say-I would say 15, between 15 minutes and-between 15 and 30 minutes. |
| RITTER: | Runnin' pretty hard? |
| WALLER: | As fast as I can run. |
| RITTER: | Did you have anything with you? |
| WALLER: | No, I didn't have nothin'.  Nothin'. |
| RITTER: | Where-where was the purse? |

WALLER: It was in my-it was-it was in-it was in my living room, it was in the-it was kitchen table.

RITTER: So, you took it out of her car?

WALLER: Yeah.

RITTER: And, you put it on the kitchen table before you left with the car?

WALLER: Yeah.

RITTER: Okay.

WALLER: No, I actually, I put it on the kitchen table before I even left.

RITTER: At 6:00?

WALLER: 6:00.

RITTER: Okay, and where did you get it?

WALLER: Um, out of her, I got it out of her um car. But, I didn't, I-I left it, now this is where I've been tryin' to, I've been screamin' for the last year…I left her wallet and some-and some items in her car in the front seat of her car.

RITTER: Uh huh.

WALLER: How they got over here, I didn't put 'em there.

RITTER: Okay.

WALLER: I never put 'em there. And, I never ever cut her tire, ever. I didn't cut it. I don't know how it got cut but I've read reports and it happened but I don't, I didn't do it. I didn't cut the tire and I didn't put the stuff over there on the thing and I didn't put, so you know, believe it or not, I didn't put her business cards out on 177. That didn't come from me either.

RITTER: Okay.

WALLER:     Never.  That didn't happen.  But, her purse is at ya know, where it...um her purse is behind the Elks, behind Sunnyhill.  Her keys are behind-are behind Sunnyhill.

RITTER:     Where at?

WALLER:     I need a piece of paper to draw it.  And-and I know you all identified that you had her purse and that ain't true.  That's Kingshighway.

RITTER:     Uh huh.

WALLER:     This right here is Moneytime.

RITTER:     And, go ahead and write Moneytime.

WALLER:     This is why I went into Moneytime.  There's a parking lot behind here.  Right here is...

RITTER:     Ditch.

WALLER:     ...the ditch.

RITTER:     Yeah.

WALLER:     It's the parking lot and they have a bunch of construction stuff.  There's a, there's trees.  This right here is Carnell's Garage.

RITTER:     Uh huh.  Go ahead and label it just so for reference we know what you're-what you're drawing.

WALLER:     Carnell's...this is a-this is a-this is a little ditch.  This is a little ditch.

RITTER:     Okay.

WALLER:     And this is, this is Lacroix.  Her purse is right here.  Her keys are right here in this ditch.

RITTER:     So, write keys.

WALLER:     To the Honda.

RITTER:     Okay.

WALLER:     And the-the reason her stuff's there is because I had no place to go and I slept right here in my truck.

RITTER:     When?  That night?

WALLER:     No, for…but it's funny, not funny but when-when Barker is giving me the interview, her purse is sittin' right there on the fuckin' table, right there.  And, her keys were sittin' right there in front of him.  And, they said, I don't wanna get this off my chest, but they said they didn't never walk through the house.  That's a lie.  They went all the way through my house bla-bla-bla and they put the reports they didn't.  Which is fine, I mean I understand and I understand why they had done all they done but they-they-they he sittin' there takin' a report from me and her purse is sittin' right there on the table and I was about to have a stoke.

RITTER:     Okay.

WALLER:     But, her keys, purse is there, keys are there.

RITTER:     Did you ever go back and check on em?

WALLER:     Yeah, yeah.

RITTER:     And then, every time you checked on 'em they were still there?

WALLER:     Yeah.  Yeah, that's why you all would have found 'em.  I wanted you to find 'em.  But, you never did.

RITTER:     So, so you get back from leaving her car at the side of the interstate.  You-you run back going south on 55 to East Main, East Main then back to some streets and then up to the house.

WALLER:     Uh huh.

RITTER:     And, you get back to the house, um what happens?

WALLER:     I take-I-I take-I take-I take Mathew's bike and I-and I-I ride around the block.  I ride around the block and went up Woodland to Shawnee down by, down by um in front of Bank of Missouri, come back…

RITTER:     Who-whose bike was this?

WALLER:     It was the-it was-it was-it was-it was a black and um, it was…it was one of the kids' bike.

RITTER:     Okay.  And you, why did you take the bike for a ride?

WALLER:     That's a good question.  I don't know, but I did.  I just, I just um I wasn't thinkin' clearly.  I just, I-I went on a bike ride just to try to figure out things when I got back.  As soon as I got back, Dr. Gibbs was walkin' up to me.

RITTER:     Uh huh.

WALLER:     That happened.

RITTER:     Where's your bike?

WALLER:     It got stolen the day before.  If you look on my-if you-if you look on my tracker and I was down at the Diversion Channel, my bike got stolen the day before down there but I couldn't make a police report 'cause it was in Scott City and I didn't drive all the way to Scott City to make the police report.  But, it was broken because me and my son's bike had gotten ran over.  The tires got ran over.

RITTER:     By who?

WALLER:     I didn't do it.  But, it was one of the people that drive around in this, drive ar…see right here, is like…

RITTER:     We'll bring it to ya, hang on, go ahead and have a seat.

WALLER:     Ouch.

RITTER:     Go, ahead.

WALLER:     My son would always, he would go ride his bike, he just parked, he didn't know better.  He'd just park, he'd park anywhere.  He'd just wherever he got done ridin' the bike, that's where the set.  His tire got ran over.  My bike was always roden by the kids, Dr. Gibbs' kids.  It got run over too.  I don't know if it was simultaneous, the same time, in the same day.  It happened.  I went to take my bike, the bikes to get fixed.  I took my son's bike to Schwinn.  I couldn't…when they told me how much money it was

gonna cost, I couldn't afford it. I was very…on limited money. So, I just kept it in the back of the truck. I never, I know they had this big ploy about the bike in the back of my truck. It wasn't, the only bike that ever been in the back of my truck was Dr. Gibbs' bike.

RITTER:     So, you don't know where your bike is?

WALLER:     No, my-my…

RITTER:     And, where's your son's bike?

WALLER:     My son's bike is at, well, I took it to Schwinn. I took it to Schwinn to have 'em fix it. I never got back to pick it up. My bike has never, there was no bike. The-the-the tire impression that you see there happened days before when me and my wife and the kids went to Fazoli's. I took those kids behind Wal-Mart, no, behind K-K-Mart…

RITTER:     Uh huh.

WALLER:     …and we got those bikes and what happened was we, I had my bike, my two girls' bike and my little boys' bike. My wife met us at Fazoli's. After I tracked all three of those kids through Independence in between Schnucks and K-Mart through that parking lot, I knew I made a judgment of error having those five year olds on bicycles in that congested area. So, what happened was instead-instead of leaving my $450.00 Trek bike on the side of the hill there at Fazoli's we loaded that bike up in the back of my wife's car and the other one of the kids' bike. And then she took us back to Arena Park. Then I got in my truck and went back to Fazoli's and got the two little girls' bikes.

RITTER:     Okay.

WALLER:     That's, there's-there was no conspiracy I mean that's definitely what happened.

RITTER:     When you left…

WALLER:     That kind of stuff, when you start, when you're goin' to trial and you just ya know fill in the blanks how you want it, I mean…

RITTER:    When you left the house at 6:00 and you set your phone, you'd set it down, did you turn your phone off or was it on?

WALLER:    I don't remember, I don't remember. It wasn't-it wasn't to the point of I don't remember, I don't, I mean it's been two years. I don't know what I did and what I didn't do with my phone. I know that I didn't have it with me.

RITTER:    Okay. Um, did you ever go back? A, you indicated you threw her phones out into the median as you were driving from East Main towards Fruitland on 55 northbound. Did you ever go back and have any contact with those phones again?

WALLER:    Never. Never. Never. I don't know how…and that's where I'm I've been sittin' around in the, in jail for two years thinkin' how does the tires get slashed, 'cause I didn't slash 'em. And, how does her wallet, six months later, or five months later show up on the interstate out of her car which I did not throw 'em there. I wanted to find 'em in the car. I would've-I never threw 'em out-I never threw 'em but they found 'em outside.

RITTER:    Why did you want 'em found in the car?

WALLER:    It could've been-it just-I just, I didn't throw 'em out the car, I mean I didn't. I didn't take her laptop, I didn't do none of that stuff. It-it was all there. How it ended up on the side of the road, that's gonna be a mystery because I don't know.

RITTER:    And a few days later you went and saw your dad. Is that correct, at the nursing home?

WALLER:    Yeah. And, I never…that's somethin' else. I never told my dad nothin' about nothin'. I know it, nothin'. I don't know how that came about, about the story of breaking her neck and all that stuff but, when you get your reports back her neck ain't broken. I guarantee it, because I didn't break it. That was a bunch of bullshit too. But, ya know, when there's-there's other stuff that happened I wanted to get off my chest if I can is…they put a tracker on the back of my car the day that I'm there identifying my wife's car. They do it. They do it, my brother sees 'em do it, put the tracker on the back of my car, underneath my car. You all have possession of my wife's…can I see those pictures of my