IN THE 32ND JUDICIAL CIRCUIT COURT
CAPE GIRARDEAU COUNTY
HONORABLE BENJAMIN F. LEWIS, JUDGE, DIVISION II

STATE OF MISSOURI,            )
                              )
         Plaintiff,           )
                              )
vs.                           )   Case No. 12CG-CR00686-01
                              )
JAMES CLAY WALLER,            )
                              )
         Defendant.           )

TRANSCRIPT OF GUILTY PLEA

JUNE 6, 2013

FOR THE STATE:                    FOR THE DEFENDANT:

MS. ANGEL WOODRUFF                MR. CHRIS DAVIS, MS. AMY
  and MR. CHRIS LIMBAUGH            COMEAN and MR. CHRIS HEEB
Prosecuting Attorney's Office     Public Defender's Office
Jackson, Missouri                 Jackson, Missouri

BRENDA WILLS-CHRISTENSEN, CCR, #452
Official Court Reporter
32nd Judicial Circuit, Division II
Common Pleas Courthouse
44 North Lorimier
Cape Girardeau, Missouri  63701



GOVERNMENT EXHIBIT 5

<u>PROCEEDINGS OF JUNE 6TH, 2013</u>

On Thursday, the 6th day of June, 2013, the above-entitled and numbered case came on regularly for hearing in the 32nd Judicial Circuit Court, Cape Girardeau County, Jackson, Missouri, before the HONORABLE BENJAMIN F. LEWIS, Judge, Division II.

The Plaintiff was represented by MS. ANGEL WOODRUFF and MR. CHRIS LIMBAUGH, Prosecuting Attorney's Office, Jackson, Missouri.

The Defendant was present in person and was represented by MR. CHRIS DAVIS, MS. AMY COMEAN and MR. CHRIS HEEB, Public Defender's Office, Jackson, Missouri.

The following proceedings were had and entered on the record:

THE COURT: For the record, the Court calls the case of State of Missouri versus James Clay Waller, the Second, Case Number 12CG-CR00686-01. The State appears by Assistant Prosecuting Attorney Angel Woodruff and by Prosecuting Attorney Chris Limbaugh. The defendant James Clay Waller appears in person and by his attorneys Chris Davis, Amy Comean and Chris Heeb. The matter was scheduled for a jury trial in September, however the Court has been advised that a plea agreement has been reached in this case.

The State's filed an amended information. Mr.

1    Davis, does your client wish to be formally arraigned on
2    the amended charge?
3            MR. DAVIS: We'll waive formal arraignment,
4    Judge.
5            THE COURT: Mr. Waller, if you and your attorney
6    will approach the bench, please. Raise your right hand.
7                    JAMES CLAY WALLER,
8    having been first duly sworn by the Court, testified as
9    follows:
10   **QUESTIONS BY THE COURT:**
11      Q    State your name.
12      A    James Clay Waller.
13      Q    How old are you, Mr. Waller?
14      A    Forty-two.
15      Q    How far did you go in school?
16      A    Went to SEMO.
17      Q    So you graduated from high school?
18      A    Yes.
19      Q    And you have some college, is that correct?
20      A    Yeah.
21      Q    Have you had any -- excuse me. Do you have any
22   problem reading, writing or understanding the English
23   language?
24      A    No, sir.
25      Q    Have you had any drugs, medication or alcohol in

1   the last 40 hours?
2       A   No, sir.
3       Q   Do you understand what you're charged with?
4       A   Yeah.
5       Q   Do you intend to plead guilty to this amended
6   charge?
7       A   Yes, I do.
8       Q   Do you understand that you don't have to plead
9   guilty, you have a right to a trial if you want one?
10      A   Right.
11      Q   Has anybody promised you anything other than the
12  guilty plea -- than the plea agreement to get you to plead
13  guilty?
14      A   No.
15      Q   Has anybody threatened you or threatened anyone
16  you care about to get you to plead guilty?
17      A   Huh-uh.  No.
18      Q   Has anybody told you that anything to do with
19  this case is a secret and you're not supposed to talk to
20  me?
21      A   No.
22          THE COURT:  What is the plea agreement in this
23  case, Ms. Woodruff?
24          MS. WOODRUFF:  Judge, there is an agreement in
25  this case.  The State agreed to amend this charge to

1  murder in the second degree and recommend a sentence of 20
2  years to serve and dismiss Counts II and III and in return
3  Mr. Waller had to provide the location of Jacque Waller's
4  body, law enforcement had to be capable of recovering her
5  body and then Mr. Waller had to sit down and give an
6  accounting of how he killed Jacque Waller.
7       Mr. Waller has satisfied all three of those
8  conditions. We did recover her body. He did lead us to
9  her and he did sit for an interview on Monday to give his
10 recitation of events. In return he receives murder in the
11 second degree charge and an agreement for 20 years to
12 serve.
13      I would note that I cannot bind any other
14 authorities. That means I cannot bind the State of
15 Illinois and I also cannot bind the federal government.
16 Any charges that Mr. Waller would face from those agencies
17 would be completely separate and has nothing to do with my
18 agreement with him.
19     Q    (By The Court) Is that your understanding of the
20 plea agreement, Mr. Waller?
21     A    Uh-huh. Yeah.
22     Q    Mr. Waller, this is a Class A felony of murder in
23 the second degree. It carries a range of punishment of
24 ten years in the Missouri Department of Corrections to 30
25 years or life. If you plead guilty to this charge and I

1   accept your plea, I will abide by the plea agreement which
2   has been presented as a binding plea agreement from the
3   beginning prior to the time that you first agreed to
4   comply with those conditions and I will sentence you to 20
5   years in the Missouri Department of Corrections.  That
6   sentence will be concurrent with any sentence you are
7   presently under at this time.  You will get credit from
8   the time you were arrested on this charge.  Do you
9   understand that?
10      A    Yes.
11      Q    Understanding that the consequence of your plea
12  is a 20 year sentence in the Missouri Department of
13  Corrections, is it still your intention to plead guilty?
14      A    Uh-huh.  Yes.
15      Q    I need to explain to you the trial rights that
16  you give up when you plead guilty.  You don't have to
17  plead guilty.  You have a right to a trial if you want
18  one.  Do you understand that?
19      A    Yes.
20      Q    If you have a trial, you can't be convicted
21  unless the State proves that you're guilty and proves that
22  beyond a reasonable doubt.  Do you understand that?
23      A    Yes.
24      Q    At that trial the prosecutor would be required to
25  bring the witnesses against you into this courtroom to

1   testify and your lawyer would have a right to cross
2   examine the State's witnesses. Do you understand that?
3      A   Yes.
4      Q   You would have a right to present a defense to
5   the charge if you wanted to, but you would not be required
6   to do that because if we had a trial the burden would be
7   on the State to prove that you're guilty and there is no
8   burden on you to prove, do or say anything at your trial.
9   Do you understand that?
10     A   Yes.
11     Q   If you chose to however, you could present a
12  defense, you could call witnesses to testify in your
13  defense and you could use subpoenaes to make your
14  witnesses come to court. Do you understand that?
15     A   Yes.
16     Q   You could testify yourself if you chose to, but
17  if you chose not to testify nobody could make you testify.
18  Do you understand that?
19     A   Yes.
20     Q   And if you chose not to testify, the jury would
21  be instructed in writing that they could not consider your
22  decision not to testify as evidence of your guilt. Do you
23  understand that?
24     A   Yes.
25     Q   If it was a jury trial as opposed to a bench

8.

1   trial, you could not be convicted unless all 12 of the
2   jurors found that you were guilty and all 12 of them voted
3   to convict you.  Do you understand that?
4       A    Uh-huh.  Yes.
5       Q    If it was a bench trial, it would be up to me to
6   decide whether you were guilty beyond a reasonable doubt.
7   Do you understand that?
8       A    Yes.
9       Q    You have a right to be represented by an attorney
10  at every stage of the trial and at every stage of any
11  appeal and an attorney has been appointed in this case to
12  represent you.  Do you understand that?
13      A    Yes.
14      Q    If you plead guilty, you give up all of those
15  trial rights forever because if you plead guilty there
16  will never be a trial and there will never be any appeal
17  in this case.  Do you understand that?
18      A    Uh-huh.  Yes.
19      Q    Are you satisfied with the services of your
20  attorney?
21      A    Yes.
22      Q    Have Mr. Davis and his colleagues investigated
23  this case to your satisfaction?
24      A    Yes.
25      Q    Have they negotiated this plea to your

```
 1   satisfaction?
 2       A   Yes.
 3       Q   Is there anything you've asked them to do that
 4   they have not done?
 5       A   No.
 6       Q   Mr. Waller, the State has alleged that on or
 7   about June 1st of 2011 in Cape Girardeau County, Missouri,
 8   you committed the Class A felony of murder in the second
 9   degree in that you knowingly caused the death of Jacque
10   Sue Waller by repeatedly striking her about the head and
11   face and by pressing your forearm against her neck with
12   all the weight of your body thereby suffocating her
13   resulting in her death.  What did you do that makes you
14   guilty of that offense?
15       A   I did that.
16       Q   Okay.  Were you some place in the presence of
17   Jacque Waller on June 1st of 2011?
18       A   Yes.
19       Q   And where was that specifically?
20       A   It was at my -- it was at my house.
21       Q   Okay.  And where was that?
22       A   It was in Jackson on Woodland Drive.
23       Q   That's in Cape Girardeau County, correct?
24       A   Yes, sir.
25       Q   And you were there and Jacque was there, is that
```

```
1   correct?
2      A   Yes.
3      Q   And what happened that led to this?
4      A   We got in an argument and I lost my temper and I
5   caused her death.
6      Q   Did you strike her about the head and face?
7      A   Yes.
8      Q   What did you do that with?
9      A   My fist.
10     Q   All right.  Did you press your forearm against
11  her neck?
12     A   Yes.
13     Q   And did you choke her to death that way or
14  suffocate her?
15     A   Yes.
16     Q   You were aware that you were causing her death
17  when you were doing it?
18     A   Yeah.
19     Q   And that was your intention at that time, is that
20  correct?
21     A   Yes.
22     Q   Have you read the petition to enter a plea of
23  guilty?
24     A   Uh-huh.  Yes.
25     Q   Are all the statements in that petition true?
```

1     A     Except that I attended college. I finished
2  college. I graduated.
3     Q     Well -- and you attended, correct?
4     A     Yeah.
5     Q     You couldn't finish if you didn't attend?
6     A     Sure.
7     Q     All right. So I don't think that's incorrect.
8  If all those statements are correct, then you need to sign
9  that form on each line that says defendant.
10    A     (Defendant signed petition.)
11    Q     Mr. Waller, is this your signature on the
12 petition to enter a plea of guilty?
13    A     Uh-huh. Yeah.
14          THE COURT: Mr. Davis, is there any reason not to
15 accept this plea?
16          MR. DAVIS: No, Your Honor.
17          THE COURT: Ms. Woodruff?
18          MS. WOODRUFF: No, sir.
19          THE COURT: The Court finds that the defendant
20 has admitted all of the elements of the charge against him
21 and that the defendant is guilty beyond a reasonable
22 doubt. The Court finds that the plea is entered into
23 freely, knowingly, voluntarily and intelligently without
24 threats, promises or coercion, without mistake or
25 inadvertence. The Court accepts the defendant's plea of

guilty.

Mr. Waller, you have a right to have a sentencing assessment report prepared. On the other hand, this is a binding plea agreement and the report would not change the outcome. Do you want to waive your right to that report?

A   Yeah.

Q   Is this your signature on the waiver of sentencing assessment report form?

A   Yeah.

Q   I'll accept your waiver.

THE COURT: I understand there's a victim impact statement to be made?

MS. WOODRUFF: Yes, sir. The sister of Jacque Waller, Cheryl Brenneke, would like to address the Court on behalf of the family and then we have a recording to play for the Court following Ms. Brenneke's statement.

THE COURT: Ms. Brenneke.

MS. BRENNEKE: I really struggled with this. I mean how do you even find the words for knowing that the person you're speaking to has no conscious or no heart? I believe it was all foolish pride and the almighty dollar. His cash cow was leaving him. That's what he referred to her as.

Was it worth it, Clay? Does she haunt you? Do you see it? Do you see the light go out of her eyes,

Clay?  Do you replay in your mind putting her in that hole that you dug the day before and with each shovel of dirt covering her body?  Do you see it over and over?  I pray that you do.

For someone that has always considered himself to be the smartest one in the room, you just look like a skinny, washed up, murdering con man to everyone in this room.

Jacque knew you were capable of murder.  She had endured too many years of your manipulations and threats.  Although she feared for her life, the last year of her life was the happiest.  She had found true love.  She once told me that Rich felt like home.  He loved her and cherished her.  He treated her with the respect she deserved and not like his paycheck or a pawn in his game.  After you threatened to kill those kids, it was over.  She said she would rather be dead than to live and stay married to you.

I ask you again was it worth it?  I hope you're nervous to face the real bad boys in prison as she was the last few months.  She wouldn't even sit on my couch in the middle of 60 acres and watch TV with the curtains open because she was afraid he would shoot her from the woods.  Yes, I would like to think a little jailhouse justice is in your future.

1   I knew immediately, immediately that you had
2   killed my sister when she did not come home.  There was no
3   doubt in my mind.  I think about how smug you continued to
4   act flipping off the searchers, flipping them off knowing
5   that you had murdered her, winking at my husband Bob.  In
6   the DFS meetings saying I'm going to get my kids back.
7   Just taunting, smug, knowing all along that you had
8   murdered those children's mother.
9       By the way, how dare you threaten to murder me,
10  the sister of the woman you already murdered.  How dare
11  you.  That didn't work out so well for you either, did it?
12      I want you to know I did not want this deal.  My
13  mother and father and those children deserved to bury her
14  though.  Jacque was in heaven the second you killed her.
15  I personally did not need that.  I needed you to suffer
16  the rest of your life is what I needed, but I love all of
17  them enough to let them have what they need.
18      We only know today we only got to bury her
19  because it benefitted you, not because you care so much
20  about your own children and what they were suffering, but
21  because it benefitted you.  You just simply didn't care
22  that they were suffering and crying theirself to sleep at
23  night.  You didn't care, but at least you will stay in
24  there long enough they will be old enough to deal with the
25  manipulations and the head games that you continually play

with everyone in your life and I hope and pray they do not choose to ever speak or see you again, but that will be their decision.

We have successfully protected those kids for two long years from the truth, but now they know, Clay. They know you murdered their mother. We had to tell them that. It was the hardest thing I have ever had to do or I'm sure it's the hardest thing I will ever have to do in the future. They know that you buried her in the ground and left her there to rot. They know this, Clay.

They are so mad and so sad and so hurt. Maddox insisted, insisted that he speak to the Judge. He wants that Judge to know that he wants you in jail forever. I explained to him they do not let children in the Court. They do not let them go to these things. I'm sorry, Maddox. Well, can you tape record me? He has to know I do not ever want him to get out. I said I will tape record you, Maddox, and I cannot promise you that he will hear it, but I promise you I will give it to the lawyer lady and if she thinks the Judge should hear it, he will hear it.

And then he asked me to say a prayer with him that the Judge would hear it, so we prayed together that his voice would be heard and he used all of his strength and he delivered a message straight from his heart.

1  You'll get a chance to hear that.
2  Avery said he should stay in jail forever because
3  my mommy is going to be dead her whole life. I said,
4  well, you are exactly right, but we have to follow the
5  rules.
6  Did you know that you're a grandpa? I hope and
7  pray you never see that child. You know J.C., the one
8  that you've always treated like a second class citizen.
9  The child that has begged and starved for your attention
10 his entire life, he's a father now. I pray the chain is
11 broken and he can be a better father than you were to him.
12 I hope he never lets that baby see you, but I
13 will. I'll see that baby. I'll kiss his little cheeks.
14 He'll grow up with the triplets. I will see them all.
15 I'll adopt those children of Jacque's and I will love them
16 and I will give them everything they need. We'll adopt
17 them. We'll go to games. We'll go to dances. They'll
18 learn to drive. We'll be there when they graduate, when
19 they get married and Bob will walk the girls down the
20 aisle while you sit there and rot and wonder if each day
21 will be your last.
22 We will be enjoying those precious kids. We'll
23 be taking them fishing and camping. We'll be going to
24 their school functions. They've got a garden. They've
25 got animals. They have a good life.

1    Was it worth it, Clay?  Was it worth it?  You
2    robbed those children of the most beautiful loving mother
3    they could ever have.  I will pale in comparison to the
4    love she could give them, but I am going to do my best.
5    That's it.
6            THE COURT:  Ms. Woodruff?
7            MS. WOODRUFF:  Judge, we do have a recording from
8    Maddox Waller, Jacque Waller's seven year old son.  We
9    would like to play it for the Court now.
10           THE COURT:  Please proceed.
11           (Whereupon, the tape was played but not recorded
12   by the court reporter.)
13           THE COURT:  Ms. Woodruff, the State's
14   recommendation regarding sentence?
15           MS. WOODRUFF:  Pursuant to the plea agreement,
16   the State recommends 20 years to serve.
17           THE COURT:  Mr. Davis?
18           MR. DAVIS:  We'd ask that you follow that
19   agreement, Judge.
20           THE COURT:  Mr. Waller, do you have anything to
21   say before I sentence you?
22           THE DEFENDANT:  No.
23           THE COURT:  Mr. Davis, is there any lawful reason
24   why sentence should not now be pronounced?
25           MR. DAVIS:  No, Your Honor.

1   THE COURT: Mr. Waller, there will be a number of
2   people that will be critical of this plea agreement,
3   however, none of those critics could provide the body of
4   Jacque Waller. There will be a number of people that will
5   be critical of this plea agreement regarding the number of
6   years that are imposed. None of those critics could
7   guarantee a conviction, particularly a conviction in a
8   trial without a body.
9   Those two reasons -- those two facts are the
10  reasons that I approved this plea agreement. It is
11  therefore the judgment and sentence of the Court that you
12  be remanded to the custody of the Missouri Department of
13  Corrections to serve a term of 20 years of imprisonment.
14  That is not what you deserve, but it will have to do.
15  Because I'm remanding you to the custody of the
16  Department of Corrections I'm required to read a notice to
17  you. I'm going to hand a copy to your attorney for you to
18  read silently while I read it to you out loud.
19  (Rule 24.035 was read.)
20  THE COURT: Court is in recess.
21                  * * * *

```
                                                           19
 1                        CERTIFICATE
 2
 3        I, BRENDA WILLS-CHRISTENSEN, Certified Court
 4   Reporter, do hereby certify that I am the Official Court
 5   Reporter for Division II of the 32nd Judicial Circuit Court
 6   of Missouri, Cape Girardeau County; that on June 6th, 2013, I
 7   was present in Jackson, Missouri, and reported by Stenotype
 8   all the proceedings had in the case of STATE OF MISSOURI,
 9   Plaintiff, versus JAMES CLAY WALLER, Defendant, Case No.
10   12CG-CR00686-01.  I further certify that the above and
11   foregoing pages are a true and accurate transcript of the
12   proceedings had.
13        This transcript was completed and delivered this
14   11th day of June, 2013.
15
16
17                         /s/ BRENDA WILLS-CHRISTENSEN
                           BRENDA WILLS-CHRISTENSEN
18                            Official Court Reporter, #452
19
20
21
22
23
24
25
```