# Deal in killing of estranged wife prompts dissatisfaction

**ASSOCIATED PRESS**

**JACKSON, MO.** • A frustrated judge, begrudging prosecutors and chagrined family members conceded Thursday that offering a plea deal to a southeast Missouri man accused of killing his estranged wife, a mother of 5-year-old triplets who was missing for almost two years before her body was found last week on an island in the nearby Mississippi River, was inadequate.

But it was the best option available, they said, because James Clay Waller II, 42, was the only person who could lead authorities to Jacque Waller's body, while ensuring a conviction and offering grieving family and friends closure for the 39-year-old mother who disappeared in 2011.

Clay Waller was given a 20-year prison sentence Thursday after pleading guilty to second-degree murder and admitting in a barely audible voice — inside a packed Cape Girardeau County courthouse — that he'd murdered the triplets' mom. The shaken inmate struggled to admit choking his wife to death before dumping her body on an island on the Illinois side of the Mississippi River nearly two years ago.

Before being sentenced, Clay Waller also listened to his 7-year-old son publicly disown him for life, calling his father a "big, fat jerk."

"You killed our mom," the child said in a taped statement. "I thought you were a good guy. Now I know you're not ... I wish you weren't my dad."

Few left the courthouse satisfied with the outcome. Jacque Waller's sister and Circuit Judge Benjamin Lewis said they weren't happy with the lighter sentence, but had few options. The plea was conditional on Clay Waller II leading investigators to his wife's body and his confession in court. Her body wasn't found until May 29 in Alexander County, Ill.

"I did not want this deal," said Waller's sister, Cheryl Brenneke, who has custody of the triplets and plans to adopt the two girls and one boy. "My mother and father and these children deserved to bury her, though."

Lewis acknowledged that "there will be a number of people critical of this plea



**ASSOCIATED PRESS**
James Clay Waller II leaves the courtroom Thursday in Jackson, Mo., after pleading guilty in the death of his wife. He received a 20-year sentence.

agreement. However none of those critics could provide the body of Jacque Waller."

"That is not what you deserve, but it will have to do," he said in handing down the 20-year sentence. Under the original charge, Waller could have faced the death penalty or life in prison without parole.



GOVERNMENT EXHIBIT 6