*as heading*

## Book Proposal For The True Story Of James Clay Waller

By 

**"If you take my kids, I'll kill you!"**

These were the words that James Clay Waller said to his wife Jacque Sue Waller in the middle of 2010. Nearly a year later, he killed her when she attempted to take the kids during a difficult divorce. Author Linda Richard brings to light all the threats, infidelity, distrust, and disdain.

For the first time, a detailed confession is made by James Clay Waller about how and why he killed his wife. Waller's story has been featured throught the Missouri media, as well by CNN's Nancy Grace and Dr. Phil. Perhaps one of the most notorious wife killers in history, his motive and mayhem are shockingly merged with the naked truth. How he dug a hole in the middle of nowhere and buried his wife's remains in hope that they would never be found. She wasn't found for 2 years.

Meticulously written as told by Waller himself, in a way that he reveals:

* How he killed his wife

* His motive

* What happened during the final hours

* Waller's nearly successful murder plot

* Waller's downfall and escape from the death penalty


Get the facts from Waller and then you will see a very compelling argument for why he committed one of the most horrific murders in the history of Missouri.

*Dont put this —*

is a first-time author. She was tapped directly by Waller himself to write this book. In Waller's words: "I wanted to set the record straight, once and for all, as to why I killed my wife. And I believe that Linda Richard will help me separate fact from fiction."

*This is a format to go by.*

*✗ Query Letter what this is. ✗*



GOVERNMENT EXHIBIT 7

CARDEIS 800-783-0399

Cops. Mom of Triplets Vanishes
After Visiting Estranged
Husband

HLN Cops. Missing / Mom of Triplets
Vanishes During Divorce
Dispute W/Hubby; car found
abandoned near Hubby Home

Nancy
Grace

HLNtv.com

~~Body of missing~~
~~mom of triplets~~ found

1 on the Case ) Bo
2 Justice
3 Mother of triplets murdered ?
4 Police Have Person of Interest in Search
   for missing Mother of Triplets

Book Proposal For The True Story Of James Clay Waller

By Linda ~~Richard~~ Perry

**"If you take my kids, I'll kill you!"**

These were the words that James Clay Waller said to his wife Jacque Sue Waller in the middle of 2010. Nearly a year later, he killed her when she attempted to take the kids during a difficult divorce.  Author Linda Richard brings to light all the threats, infidelity, distrust and disdain.

For the first time, a detailed confession is made by James Clay Waller about how and why he killed his wife.  Waller's story has been featured throught the Missouri media, as well by CNN's Nancy Grace and Dr. Phil.  Perhaps one of the most notorious wife killers in history, his motive and mayhem are shockingly merged with the naked truth.  How he dug a hole in the middle of nowhere and buried his wife's remains in hope that they would never be found. She wasn't found for 2 years.

Meticulously written as told by Waller himself, in a way that he reveals:

* How he killed his wife

* His motive

* What happened during the final hours

* Waller's nearly successful murder plot

* Waller's downfall and escape from the death penalty


Get the facts from Waller and then you will see a very compelling argument for why he committed one of the most horrific murders in the history of Missouri.

LINDA ~~RICHARD~~ Perry is a first-time author.  She was tapped directly by Waller himself to write this book.  In Waller's words: "I wanted to set the record straight, once and for all, as to why I killed my wife. And I believe that Linda Richard will help me separate fact from fiction."

Case: 1:16-cr-00058-AGF-ACL   Doc. #:  70-8   Filed: 07/24/17   Page: 4 of 54 PageID #: 445

Book Proposal For The True Story Of James Clay Waller II

"If You Take My Kids, I'll Kill You!"

These were the words that James Clay Waller said to his wife, Jacque Sue Waller, in 2010. Nearly a year later, Waller killed Jacque Sue when she attempted to take their triplets away from him during a difficult divorce. Author Linda F. Perry brings the exclusive story of threats, infidelity, distrust and disdain.

For the first time a detailed confession is made by James Clay Waller about how and why he killed his wife. Waller's story has been featured throughout the Missouri media, as well as CNN's Nancy Grace and Dr. Phil, NBC News, Fox News and Huffington Post and CBSNews.

For the first time an exclusive story detailing the confession made by James Clay Waller about how and why he killed Jacque Sue, his wife. How he dug a hole in the middle of no where and buried her remains and wasn't found for two years.

Meticulously written as told by Waller himself, that reveals:
How he killed his wife
His motive
What happened during the final hours
Waller's nearly successful murder plot
Waller's downfall and escape from the death penalty

Get the facts from Waller and see a compelling story of why he committed one of the most horrific murders in the history of Missouri.

I was tapped by Waller, himself to write this book. In Waller's words: "I want to set the record straight, once and for all, as to why I killed my wife. I believe that Linda F. Perry will help me separate fact from fiction."

Linda F. Perry
lafperry@cox.net
738 Martin Ridge Dr.
Baton Rouge, LA. 70809



"If you take My Kid,
I Kill you!"
Linda F. Perry
(James Clay Waller story)

Mrs. ▓▓, I would like for
this picture to be on the cover.

What do you think?

Cover

1

"IF YOU TAKE MY KIDS, I'LL KILL YOU!"

~~THE~~

~~JAMES CLAY WALLER II~~

STORY

The Public Confession
Of Missouri's
Most Notorious Wife Killers

As Told To
Linda F. Perry

*handwritten annotations:*

Missouri's
Cape Girardeau's
murder mystery.
or
Cape Girardeau's
Mother of triplets
murder mystery.

what do you
think -
~~The Jacque Sue~~
~~Waller Murder,~~
~~Story.~~

or
something
along that
line -
would it be
to our advantage
to copyright
a couple of
different titles
to protect it
from someone
else - Taking
or using our
Headline.

* The number on the pages start
from chapter 1 - then go on from
here.

Based on True story.
Cape Girardeau's
Great Murder Mystery.

2

This book is dedicated to

James Clay Waller's three children
By Jacque Sue Waller:
Avery, Maddox and Addison

His hope is to enlighten you with a
Wide-open look into
His mind.

Portion of the proceeds will be set up
In a Trust Fund for the Triplets

3 pic's of my children

Avery

Maddox

Addison

3

## CONTENTS

Foreword by Linda F. Perry

Introduction by ~~James Clay Waller II~~ JC

Chapter 1: In THE BEGINNING

Chapter 2: OUR LOVE WASN'T LIKE YOUR LOVE

Chapter 3: FAMILY MAN

Chapter 4: FOOLING AROUND

Chapter 5: WHEN THINGS STARTED TO CHANGE

Chapter 6: HOW I RUINED MY FAMILY

Chapter 7: DIGGING THE HOLE

Chapter 8: UNDER PRESSURE

Chapter 9: A SHRED OF HOPE

Chapter 10: A SPECTATOR FROM THE SIDELINE

Chapter 11: THE PRINCE OF DARKNESS

Chapter 12: SHOW STOPPER   ( Death Scene )

4

*Need Albi*

Chapter 13: FIRST-FORTY EIGHT (Part one)

Chapter 14: FIRST-FORTY EIGHT (Part two) SEE YOU ROUND

Chapter 15: YOU'RE GOING TO GET THE DEATH PENALTY

Chapter 16: IT DOESNT LOOK GOOD

Chapter 17: HOMELESS

Chapter 18: PUBLIC ENEMY NUMBER ONE

Chapter 19: INJUSTICE FOR ~~JAMES CLAY~~ *JC*

Chapter 20: JUSTICE FOR ~~JACQUE~~ *Ashley* SUE

CONCLUSION  By ~~James Clay Waller~~ *JC*
AFTERWORD BY LINDA F. PERRY
LETTER TO MY KIDS
LETTER TO AVEY  *Avery*
LETTER TO MADDOX
LETTER TO ADDISON

FOREWORD

*This page numbers are I, II, III, IV ect.. only on the Foreword*

I learned about ~~James Clay Waller II~~ *JC* after he was incarcerated in Louisiana. He shared

his story to my *family* life long friend. My first reaction after doing an Internet search of ~~Waller~~ *JC* and

~~Waller's~~ *his* wife, ~~Jacque~~ *Ashley* Sue, was astonishment. Well into one particular article the reporter noted

that ~~Waller~~ *JC* as an abusive husband who could not deal with the fact that his wife had moved on

and found new love. So many questions came to mind: What was in his mind at the time of

killing his wife? Why would ~~Waller~~ *JC* commit such a horrible crime? What alternatives did he

have? How did he avoid the death penalty?

3

CONTENTS

Foreword by Linda F. Perry
Introduction by ~~James Clay Waller II~~ Jc

Chapter 1: In THE BEGINNING

Chapter 2: OUR LOVE WASN'T LIKE YOUR LOVE

Chapter 3: FAMILY MAN

Chapter 4: FOOLING AROUND

Chapter 5: WHEN THINGS STARTED TO CHANGE

Chapter 6: HOW I RUINED MY FAMILY

Chapter 7: DIGGING THE HOLE

Chapter 8: UNDER PRESSURE

Chapter 9: A SHRED OF HOPE

Chapter 10: A SPECTATOR FROM THE SIDELINE

Chapter 11: THE PRINCE OF DARKNESS

Chapter 12: SHOW STOPPER    ( Death Scene )



*could change to Walker instead of JC*

*JC*

5

It has been said that wife killers such as ~~Waller~~ are vastly different from other killers, that Waller could be a product of privation with no family values. In truth he is not so different. Like any notorious killer, he plotted a plan, premeditated a murder, learned how to conceal the body, covered up the crime and eradicated evidence. He knew how to think like a cop and act like a criminal. He learned legally how to dig a hole to bury a dead body, how to maintain his composure, mislead the first responders and searches. He implemented strict calculated measures, devised drafts, conducted aerial helicopter assessments from a helicopter, a privilege of being a pilot. ~~Waller~~ *JC* was blessed to be the father of three beautiful triplets. At the height of his happiness, he cheated on his wife, something she couldn't let go.

But ~~Waller~~ *JC* refused to let her take their kids. Like any difficult divorce, there had to be concessions, and some conciliation. ~~Jaecque~~ *Ashely* Sue wanted the kids, but ~~Waller~~ *JC*, without regard for the tragic consequences, said these eight words, "If you take my kids, I'll kill you!" And he did.

~~Waller's~~ *JC's* explanation and justification are thought provoking and extend beyond those given by the average domestic killer. ~~Waller~~ had a history in law enforcement, which allowed him to stay a few steps ahead of the investigators. But the police's nonconventional tactics were necessary to Waller's arrest, as it is to maintaining public safety.

Just as Robert Blake cannot be written off as a clever killer, neither can ~~Waller~~ *JC* be dismissed as a clever wife killer--both took their cue from a script made for the Silver Screen. In desperation and determination to maintain custody and care of his kids, ~~Waller~~ *JC* did what most parents have said at least once: "If you touch my kids, I'll kill you." But Waller said, "Take," instead of "Touch," but his story should frighten you because it shows what made him similar to other parents.

*All cuss word's can you Abbr.- P U - - Y*
*F - - K*
*ect...*

*I would like to not have so much Bad language - please - I know it needs to*

6

*JC* Waller's womanizing was primarily responsible for creating the condition that made his wife want a divorce and to take the kids, but ultimately ~~James Clay Waller II~~ *JC* must be held accountable for his actions. Murderers must be punished! There have to me consequences for senseless killing. But there also must be an understanding of the deadly divorce, one that left three innocent children parentless—of the searing effects of fooling around and a lack of fidelity to one's spouse. In the case of ~~Waller~~ *JC*, for instance, flings that did not mean anything cost him everything.

Waller contacted me because he claimed he was contrite and conscience-stricken. If he truly is – only God knows. I wrote this book as it was told to me in his words.

You can decide for yourself--fact from fiction.

*Linda your name goes on Even page numbers, and mine is on ODD*

INTRODUCTION ( ~~James Waller~~ ) *JC*

This is the second hardest thing I've ever done in my life. While I was initially contemplating what I wanted to say, it was my intention to restrict my focus on the unconditional love that I have for my children, and this remains an important objective of this book. There are

many documented assumptive bits and pieces of why I killed my wife, although all are derived from a few unsubstantiated sources, but until now, these have not been confirmed or denied.

However, as evident of me writing this book, it is obvious that the sensationalized version was a fixation of the mainstream media and further more, these spell bound explanations had steadily become merged with the myth of a fictitious man. While this has resulted in much inaccurate and confused "knowledge" concerning why I killed the mother of my children, there is also a growing body of purely fictionalized versions that are in many cases quite disturbing. At the same time, there are apparently obscure aspects of the real reason that are disturbing enough in themselves to intrigue the most dedicated conjecture theorist.

Instead of just rejecting this factually inaccurate media and fictional material as something that could only contaminate the circumstances, I decided that my reason was important enough to warrant a public explanation. Also, I decided it was important that the apparent schisms between my actual and fictional lives be addressed in detail and finally reconciled. Hence, this book has embraced the Show Me State's and other fictionalized accounts of why I killed my mate in descriptive chapters as a framework for understanding why my rationale as extreme as it was, seems so common to this day.  This seems only right because almost every parent, at one point or another, has said, "If you touch my kids I'll kill you," and I said "If you take my kids, I'll kill you!," out of love for my children.

I am arguably the most media-sensationalized wife killer in Missouri's history. At one time, I was universally portrayed as an abuse husband, while today some media outlets claim I was little more than a helicopter pilot with an eye for crop dusting. Where lies the truth?

Strangely, very few accounts have dealt specifically with my actual life. Many of the elements of my life have been there for almost any competent researcher and reporter to produce

8

a satisfactory accounting. It soon dawned on me that my mythical persona is polarizing in the same sense as a familiar fictitious character on Law & Order that everyone assumes is a real person: the abusive husband whose domestic violence turned into murder.

My story is profoundly common in nature and context--husband and wife go though a divorce, the wife uses the children as a bargaining chip; the husband threatens the use of violence as the ultimate solution; plus the alimony drama of an upper class household. But it should also be made clear at the onset that this is not intended to assassinate my wife's character—I love my children too much to cause them any more pain. It should also be noted that this book does not attempt to merely recount the events that led up to me killing my wife, it includes the best and worst of time.

However, the media myth of me as somehow being a jealous, abusive spouse is addressed and finally debunked. This is a glimpse inside of the world of a successful and highly intelligent couple whose lives were predicated upon constant love for each other and their children, but who often had the outward appearance of the true happiness, which in a sense we were at one point in time. My wife and I – both educated – dealt with the interrelated commodities of consumption: money, materialism and mischievousness at many levels of absolute reality.

In addition to our marriage, it was important for me to include information concerning some of the really interesting people we were closely involved with over the course of our eighteen years of marriage. Breaking my silence has ultimately resulted in a reflection not only of my life and marriage, but also of the many consequences and repercussions of my life and actions, some of which continue to this day.

This book represents my first public acknowledgement of why and how I killed my wife; other speculative stories have focused on inaccurate theories and hypothetical hodgepodge

9

including some aspects of adultery. However, during the course of my introspection, I soon

discovered that my wife and I shared much in common with other married couples including

secrets and shortcomings, difference of opinions combined with astute business practices, and

with political correctness in which couples within upper class communities constantly jockey for

prominence. The last point is particularly pertinent to my years of marriage and fatherhood

because it has been claimed, erroneously, by some that I was resentful and repulsive.

In regard to the noxious innuendo that demonized my respectable reputation-- the

thousands of pages of digital and hardcopy assaults--I intend to set the record straight. The truth

is going to stand and represent itself.

The straightforward approach taken was to neutralize as much of this misinformation as

possible and present the naked truth.

Linda F. Perry

10

Chapter ONE

IN THE BEGINNING

Jim ~~James Clay~~ Walker

~~James Clay Walker II~~ was the name given to me by the beautiful hand that rocked my cradle, as well as the cradle of my twin sister. Unfortunately for us, we were born to a deadbeat dad. There is no truer statement: my dad was a deadbeat. He was simply a sperm donor. I resented growing up without a father that loved me. And I promised myself when I became a father, never to treat my children the way my father treated us. Get this in your head first, and everything you learn about me in this book will begin to make sense. Once you understand the unwavering, unconditional love I have for my children, you'll discover a few essential truths: I was driven by my love for my kids; what they meant to me, and how I just couldn't imagine living my life with out them. No matter if a father is rich or poor, everything he represents is filtered through his love for his children, how he protects his children (by any means necessary), and the pleasure he gets from being a parent, which strengthens his will. These three things make up the basic fiber of fatherhood—the three elements every father must embody before he feels like he's truly fulfilled his fate as a father. And until he's embodied his goal in those three areas, the leader you're obligated to be, and expected to be, will be too distracted to focus on his family.

Think about it: from the moment my children were born, the first thing I started doing was to love them the way that I always had longed to be loved. Growing up without a father, I never had a father to teach me how to be a man—to fight to care, to get back up without fear, or how not to let anyone take advantage of me.

JC

James Ritter

Instead of a father, I had a father figure. ~~Mickey Roper~~, my first boss taught me to work hard—to develop a raw piece of property, make something out of nothing, convert a farm into a subdivision, and become an independent provider. Mr. Roper taught me to protect—to watch out for my mother and twin sister, to watch over the house and our property. I was especially encouraged to start my own lawn service when I was 20—to make something of myself, everybody was clear about who I was, what I did, and what family I represented! Each of these things taught to me by Mr. Roper in preparation for one thing: fatherhood.

My pursuit of manhood came long before my pursuit of fatherhood. My passion, from the day my first child was born, has always been for, and will remain for, my children until the day I die. And when it appeared that I was on the verge of losing my children, I committed the ultimate crime of passion. I wasn't thinking about going to prison, facing the death penalty, or potentially dying in the act I committed. I'm not saying I don't regret what I did, but I did have my reasons.

This is certainly what motivated me to kill my wife. I'll never forget how disappointed, frustrated, and unhappy I was when my wife first told me she was taking the kids. I was at a lost of words. I was already losing her, and now, without my kids, I had nothing left to live for. This left me unsure of my future—what was I going to do, how was I going to stop her from taking the kids. The titles "husband" and "father" were almost gone; losing my kids pretty much meant that my chances of being happy again were slim to none; and I didn't have a clue how I was going to get her to change her mind. It took me awhile to find my voice. Finally, I thought out loud and said, "If you take my kids, I'll kill you!" It was insane what I was saying, trying to get her to change her mind. Killing my wife was the absolute last thing I wanted to do.

I grew up attending the Trinity Lutheran Church. We went to service every time mom wanted to go. I was raised around Christian—centered people. Mickey Roper was a devout Christian. He was truly blessed and was a blessing to so many people, including myself. Mr. Roper retired in his early 40's after an abundance of success in the private sector and went on to Seminary. He inspired me to gravitate towards principle-centered living. *christian - centered living.*

Many people have characterized me as a cold-blooded killer. Am I? Who is the real James Clay Waller II, I'll let you be the judge of that. Prior to killing my wife, I was a law-abiding citizen. Born in Missouri in 1970, my family lived in an affectionate town called Cape Girardeau, near St. Louis. I made my first declaration of intention for public service, when I was 22, while attending the Bible Chapel Church. I met a Cape Girardeau Police Officer named Lawrence Fleming. He was about 30 years old at the time and played with me on the church basketball team.

See, I knew I was intrigued by law enforcement, and I knew a lot of crime fighters—goodhearted people—who had the moral courage to put their lives on the line for good and bad people. And I wanted to protect and serve my community. I had the heart and head, and Lawrence showed me how to go about getting a job on the force.

Which I did and I enjoyed my job. I took my assignments seriously, and I took pleasure in making a difference in a community of indifference. I went to college because I wanted to best qualified for my career of choice. I received some of the best schooling and training America had to offer. I was a small town police officer, but my uniform announced that I was a very important civil servant (who I was proud to be), and that I had a special love in serving humanity, something I enjoyed doing. How much of an impact I was going to make remained to be seen, but I had the "who I was proud to be" and the "what I enjoyed doing" lined up.

I believed from the beginning of my career in law enforcement that if I wasn't pursuing my passion—if I wasn't chasing the "who I was proud to be," the "what I enjoyed doing," and "happiness," I was doomed. Destined for failure. But the moment that I figured out my passion and felt like my dreams were taking shape, new life breathed into me—it made me committed, engrossed, and energized. From the moment I became a public servant, I stepped into that field ready to be the very best.

Even today, no matter how much I've lost, I am never late for my prison job, and I never give less than my best. Why? Because when I wake up, my priorities are in line; I'm blessed to still be alive, whether it's in my tiny prison cell during lockdown, or on the confined compound with other killers or drug dealers, or in the chapel, during church service. Who I am in certain— I'm a murderer. What I did is certain: I killed my wife and how remorseful I am—only God truly knows what I always wanted for my family and myself.

And now, I can seek forgiveness. All the pain I've caused my kids, the loss of their parents, the family outings—everything we once enjoyed together as a family. All I ever wanted was to be able to provide for them the way they deserved, to protect them the way a father is supposed to safeguard his children, and in the media's eyes, I am, unquestionably a poor excuse for a man. Which means I don't have a clear head when I go to sleep at night.

Children are the passion that every real father has, whether he's a blue-collar worker, or the best public teacher in rural Missouri, whether he's the Chief of Police, or the traffic stop officer at the local four-way; whether he's the prosecutor of the county, or the jailer at the Detention Center. Encoded in the fiber of a father is the inherent notion that we are to be the provider and the protector of the family, and everything we do is geared toward ensuring we can make this happen. If a man can be unselfish, then he can protect his family by any means

14

necessary; if he can maintain custody of his children, he can feel confident enough to send them to school feeling safe and secure; if he is not around, he has no control over their safety or security. This is all any father wants, anything less and he doesn't feel like a real father.

Even more, I wanted to feel like I was number one. I wanted to be the best father and the best head of household. I knew I wasn't going to be the headman in every public situation, but I wanted to be the one my children answered to and looked up to, because it was important to me. I adopted this chain of thought the hard way.

When I was 20-years-old, I was involved in an out-of-wedlock relationship that resulted in James Clay Waller III being born February 25, 1992. His mother was 18-years-old, and there had been no planned parenthood. She married a military serviceman and took my son away. I sent monthly support payments, but in my absence, my son ended up having a troubled childhood. I promised myself that I wouldn't make the same mistake with Avery, Maddox and Addison.

A lot of fathers don't seem to care about this as much as I, my own father didn't demonstrate much care, but for me—it's everything. After Jacque Sue blessed me with three of the most beautiful children in the world, it was critical for me to avoid from ever letting anyone take them away from me, including Jacque Sue.

You need to know this because you need to understand my motivation—why I was so passionate about my children, why I would go to such an extreme, why I had a one-track mind when it came to my kids. Because in this world, people mistreat and abuse children every day, based on sick and perverted propensities. That affected my decision. I knew I wouldn't be comfortable without my kids being under my custody, care and protection. My wife could have taken anything else that belonged to me and it would have made more sense to me. Her inability

and unwillingness to find the middle ground, to make concessions created a consequential

impasse, a dead end. Honestly, it's all tied to three things that drove me—which represent my

three children, ~~Avery, Maddox and Addison~~. *my triplets*

So with this on my mind, I was no longer lined up with the who I was proud to be, or what

I enjoyed doing, and the pleasure I got from being a father, and at this time, I couldn't possibly

be to my kids what I wanted to be. Which meant that my wife and I had to find a happy medium.

Although, I wanted to get away with her murder, I decided (worst-case-scenario) if I couldn't

have the kids, neither could she. It was very insensitive and insane idea, but I was intent on her

not taking our kids. I couldn't move on or consider starting another family; my mine was on how

to stop her from taking the kids. I was determined to be the father my children needed me to be.

In light of what happened, these facts won't sit well with most of you. Many of you figure

that if I truly loved my wife, I wouldn't have killed her. The reality is this: I loved my kids more

than I loved my wife. I was prepared to live without her, but under no circumstances was I going

to live without my children. The murder is all that matters to most, *(why is that)*, but what were the underlying

causes—they should matter, too. I denounce what I did and really it wasn't the right thing to do.

My mind was always on my kids, and there was no compromising when it came to her taking

them from me. It's impossible for most people to understand—I just couldn't live voluntarily

without my kids.

Mind you, a father doesn't have to have a lot of money to be happy; as long as I had my

children—I was happy. What my wife did was kill my will to live, my life was nothing if I didn't

have my children. I envisioned myself inside of a cemetery when I was digging the hole that I

would eventually put my wife's dead body inside (you can get a cleared understanding of how I

16

killed her in later chapters). Even thought I had reached the level of success I was hoping to

reach, I couldn't enjoy it without Avery, Maddox, and Addison.

*put pics of children just being Born.*
*2- pic's.*
*1- pic's wife holding our*
*babies in the Nic-unit.*

\* chapter TWO

OUR LOVE WASN'T LIKE YOUR LOVE

No words ever written can describe the love I shared with Jacque Sue—it was kind

and compassionate, patient and nurturing, generous and sweet and unheard-of.  Real. From the

beginning I was lost in love with Jacque Sue. I would walk on water and through a tornado for

her, no matter what the circumstances were, no matter how she'd acted out, no matter what crazy

thing she'd done and no matter the time or demand. I would listen to her until there just weren't

any more words left for her to say, encourage her when she was down and in the dumps, hold her in my arms when she wasn't feeling well, and laugh with her when she was really being herself. And if she wanted me to die for her, I wouldn't have hesitated. I loved her that much.

When I met Jacque Sue, I was a struggling college student. In fact, I had dropped out a few times. She shined me up when I was dusty, encouraged me when I was down, defended me even when she wasn't sure I was right, and cling on my every word even when I wasn't saying anything worth listening to. And no matter what I did, no matter how many times I wasn't faithful and she wanted to slam the door on our marriage, she would give me her very best and then some. She would keep on trying to help me right my wrong, even when I acted like everything she'd done to convince me she was the only one for me, just wasn't good enough.

That's the James and Jacque kind of love—it stood the test of time, logic, and all circumstances.

And this is the kind of love I developed for the three lovely lives she blessed me with. I instantly fell in love with our triplets. They were my pride and joy. And I couldn't help but love them unconditionally.

This is the kind of husband I was in the beginning of our marriage: I was humble, fun and romantic, sensitive and gentle, and above all supportive. I looked Jacque Sue in her eyes and told her how beautiful she was and that she completed me. I was a husband who was vulnerable enough to cry when I was hurting, who introduced Jaeque Ashley Sue to my family and friends with a smile on my face, who loved children, and who was willing to do things she needed done without her having to ask.

Well, I'm here to tell you that kind of love----that perfection—didn't last.

Don't get it confused, now—I'm not saying that it was her fault, any more than it was my fault that our love didn't last. I'm just saying that over the years—after all three children were born—our love was different. Where we used to put each other first, nothing or no one came before our children. It's fair to say that our love became more simple, direct, and unfortunately a little less passionate for each other. I'll tell you this much: after the kids came into the picture, we weren't calling each other every half hour and giving one another an update on how much we loved each other at 11:30 pm than we did at 11:30 am; I wasn't sitting around stroking her hair and wiping her brow with cold compresses, while she sipped hot tea and nursed herself back to health.

But our love was still love, but was just different from the love we shared in the beginning. It was just different from the love that we initially gave and, in a lot of ways, wanted.

Looking back, we simply couldn't recognize how we were no longer giving each other our all and then some. How did I know that my marriage was almost over? Honestly, when the following started falling short.

In the beginning, we were willing to tell anybody and everybody, "Look this is my husband or this is my lovely wife." We were so proud of our official titles. These official ones far extends beyond "this is James" or "this my Jacque." That is because when you have placed your significant other in the most special part of your heart—the person who truly has love for you—will give you that prestigious title. That title was my way of letting everyone within the sound of my voice know that I was proud of being with Jacque Sue. When we were dating I would proudly introduce her as "my woman." And I would make it clear that I had plans for her. We saw ourselves in a long-term, committed relationship, and we professed it for all to hear

19

because we were serious about that thing called LOVE—it was the beginning of something special.

When we professed each other as our own, we weren't just claiming each other—we were putting everyone on notice. Whenever I said, "this is my woman," any man who had plans for Jacque Sue knew that he had to kill that thought, and vice versa—when Jacque Sue professed out loud that "Clay is mine." She meant business. Everyone recognized our official titles and accepted the fact that both of us were off limits.

Once we claimed each other, we made each other happy for twelve straight years. We got married December 18, 1993, after we met May 19, 1993. It was love at first sight. I was very work-focused back then. Having children wasn't a priority for me. I was primarily focused on bringing home the bacon. Simply put, I didn't want any more kids.

Jacque Sue's tubes were inoperable and we couldn't have kids the normal way. What Jacque Sue wanted, she got. Any real husband who loves his wife will do whatever he can to make sure that she gets what she wants. That was my role—my purpose. I believed that my primary function was to make sure she was happy—I didn't want my wife to need or want for anything. That was the very core of my belief system—to be her pleaser. That's what being a husband was all about. Okay, there were a few other things; for example, how good I was—I'm not talking about emotionally—and how well I could please—now, I'm talking universally. The more I could please her, the better I felt. Sounds so far-fetched, but that was the reality.

As Jacque's pleaser, I was willing to do whatever I had to do to get her pregnant. In 2004, we paid $12,000 for an artificial insemination procedure. It was our only hope for having children. Unfortunately, it didn't work, and we were back at square one, $12,000 gone down the drain. The money didn't matter, the disappointment did.

See, I was never one to spend my money on trivial things, and come to my wife with what was left. I wasn't one to selfishly give her a little cut and take the rest for myself. I truly loved my wife, so I would never hesitate to spend money on pleasing her—I made sure that she needed and wanted for nothing. For every pat on the back I got for bringing more money into the house, every kiss I got for handing over cash for shopping, every bit of appreciation I got for keeping her happy, boosted my morale as a husband. That's why I didn't hesitate about paying $12,000 more for a second shot at success. It was the best investment I've ever made. We received three times the return we were seeking. Yes, we wanted one child, but God blessed us with three at once.

Of course, I felt stupid for the delay I had put on wanting more kids. After coming in contact with Avery, Maddox and Addison, I was the happiest husband and father in the world. That's how I felt.

When a father truly loves his children, if anyone threatens, or even thinks about taking his kids stand at risk of being hurt. Since the day my triplets were born, I was at risk of destroying anything and everything in my path to make sure that whoever tried to separate us paid for it. This was my nature. You take most parents on the planet, and the same is true: no one is going to come between you and your children without paying a price—or at least putting up a serious fight. That was innate—experienced and established from the first time I laid eyes on the triplets. They may not know what unconditional love is yet, but a real father will never let someone say or do something to his kids or let someone take his kids away from him. This applies to parents practically all over the planet—safeguard your children, protect them, and don't let anybody say anything about them or do anything to them, and it they do, let them know that they will be held accountable. This is most certainly the way I fill about my kids.

21

So, be honest with yourself: Have you ever said, "If you touch my kids, I'll kill you?"

X Chapter THREE

*I pic's of children laying on couch asleep*

## FAMILY MAN

When it came to my wife, she was very needy. She would go for a while consuming happiness without producing much. She always needed stuff, lots of things. And she always expected me to provide it, even when she hadn't explained what it was that she needed or wanted. Then what she needed ten seconds ago was totally different from what she needed and wanted at the moment. In fact, I went above and beyond the call of duty to help her out: I took the kids to the Crossroads Church, regularly, coached my kids soccer team, took them camping and fishing—without my wife because—whatever Jacque needed, I'd provide it because I was just happy to be a part of such a beautiful family.

For me, fulfilling the needs of my family brought me happiness. It didn't always guarantee happiness for my wife, but the kids were very happy. With Jacque, she was always changing the perimeters, conditions, and specifics of what, exactly, made her happy, and I tried to adjust accordingly, but usually I couldn't.

Now I, by contrast, was a very simple man. It really didn't take much to make me happy. In fact, there were only three things that I pretty much needed—support, satisfaction, and sex. Three things—that's it. I'm telling you it was just that simple. What I needed never cheapened or changed—hardly ever got more demanding or difficult to achieve. In fact, it shouldn't be hard for any wife to give her husband support, satisfaction, and sex because it's in a woman's nature—support and satisfaction are things that most wives contribute naturally and freely.

Let me break it down. I wanted and needed to feel like my wife had my back. Please understand that when I walked out the front door of our home daily, the entire world was waiting at attention to wear me down. I had jobs where people were like crabs in a bucket, trying to bring me down. One minute I was a law enforcement officer, the next I was a UPS worker. My life had changed in the blink of an eye. The people I worked with in law enforcement were always *mostly* dishonest and ~~I became~~ *a lot of underhand dealing going on, during my* looking for ways to undermine me, so they could get the bigger pay—and they didn't care about *time on the force.* what they said or did that would put my job in jeopardy. The police force was dog-eat-dog and gradually, inexorably, selfishness and shadiness by some colleague pushed me to the United Parcel Service. I had lost my passion for police work. In other words, I was continuously on the lookout, standing at attention to defend all of my family and myself and that included my wife.

So when I walked back in my house, I wanted to be able to let my guard down. All I wanted, really, was to hear my wife say, "Honey, how was your day? Thank you for providing for me, I appreciate you." I wanted to feel appreciated by her, even though I was clearly loved by her. Trust me, years later, the kids made me feel like I was appreciated, the more I gave in return. I tried harder without hesitation. Not only did I make sure my kids attended church, we were there for Sunday school. There was nothing like hearing the people at church say, "Look at how lovely your kids are!" or "Look at them, they sure are a beautiful set of triplets." I internalized the message—if I spent quality time with my children, they would appreciate me, and I could walk around with pride because people complimented my children and that would encourage me to become engaged and a more involved father. I had a reason to poke out my chest when I took the kids to Sea World in San Diego, Universal Studios in Hollywood—just them and me—they reminded me that they were happy; they hugged and thanked me frequently.

23

I needed that from my wife—I needed her to say, "Honey, I can't tell you how much I appreciate what you do for me and the kids." Those simple words would have given me the strength to keep on doing right by her and the family. From working harder on the job, to bringing home that bigger paycheck, to something as simple as cooking dinner some evenings or folding up a load of the laundry, I would have done it more often if there were an incentive in it. That incentive wouldn't have cost her a dime. It could've come from her heart: "Thank you, ~~Clay~~, JC I appreciate you." You don't know how important that would've been for me; that little bit of encouragement would have made me want to do more for her. This is why I loved my kids more than I loved my wife.

Please understand that my kids' love was totally different from my wife's love. My children's love was emotional, nurturing, heartfelt—sweet and kind and all encompassing. It was so solid that it was unbreakable. When children love you, they really love you—and they let the world know that they do. That's why I was so attached to my kid.

For me, that love was everything! They showed me their love every single second we were together. My kids loved being with me. Our most enjoyable moments were spent buzzing the Mississippi River in a helicopter. We would fly a couple feet over the water and have so much fun watching the fish jump out of the water. The fisherman would duck for cover in amazement of our low altitude. ~~Maddox~~ JC, Jr, in particular, used to chase deer and coyotes with me for hours, sitting as co-polit. Pilot

Flying was my escape from this inescapable world. A personal friend, whose nickname was "Doc" taught me how to fly a helicopter. It was so easy to learn. Once you understand that the cyclic controls the direction, the collective controls the altitude, and the pedal controls the tail rotor—the pitch of the blade of tail. Flying was one of my favorite pastimes.

24

When the kids were with me, I generally flew about 50 feet over the power lines. Normally, I flew at about 200 feet.

Camping was equally as fun for the kids and me. We loved to explore the greater outdoors. Fishing was something we all enjoyed. I used to take them to Van Buren, Missouri, so we could fish in Current River. My kids were so talented when it came to extra-curricular activities.

I tried to show them my unconditional love by spending as much quality time with them as possible. That meant that no matter what, I was going to be there for them in every way I could. When my kids were around their friends, they always said with great enthusiasm, "That's my dad!"

That's love! To a father, that's the ultimate form of endearment and affection. The kind of love my wife displayed to me was conditional, but my kids' love wasn't like her love. It was unconditional. No sum could balance its worth. Yes, their love was very powerful. It was an amazing love. It was real and unimpeachable; it was a love to kill for. They wasn't going any damn place.

Killing my wife was a no-brainer. I couldn't live without my kids. There is nothing on this earth that could replace my children.  Take the house take the money, the cars, the shirt off my back, but never my kids. I needed to be physically around my kids, the family members who appreciated me and loved me. The kids stuff—the questions, the crying, the playing, and growing up—these are the things I couldn't miss out on. I spent quality time with my kids because I knew it was important to them. But please understand: living voluntarily without my kids wasn't an option. Bottom line. It was that serious. I don't know how any father who had been exposed to these three magnetic souls could've let them be taken away. I just couldn't do it. I needed my children like I needed oxygen to survive. I loved them more than my next breath.

(25)

You got to be on the verge of losing life's most precious prizes. And then you'll

understand how dire my situation really was. I'm telling you: there's no greater love than the

love I have for my children. Until you've been in my shoes, you'll never truly understand why I

killed my wife. When she tried to take my kids, he tried to kill me because I was going to be

dead to the world, just as I am now. _she_

_place in._     2-pic's kids fishing —
                All pic's of kids at campground.

*Chapter*

FOUR

FOOLING AROUND

What was happening at home wasn't like it used to be. That's right, I am admitting that I

fooled around. Did it have something to do with Jacque Sue? I know I was walking around

telling myself that our marriage just didn't have that spark anymore, even though she was still

able to turn me on like she did when we first fell in love. To be honest: the two of us got

comfortable with each other, settled in, had triplets, bought whatever we wanted, and then got

bogged down in the bills and raising kids and going to work and keeping up with the ladder

climbing that comes when you're a family trying to rise higher and higher. The next thing I knew,

the woman who used to wear and do little things to keep it hot and spicy wasn't interested in

doing the same pleasing things she did when we first got together. In fact, the sex became

26

mingled; she'd come home from work, some days, dressed up in her nice skirt and heels and makeup and such, and she'd break down before she could get to the door good. And then, after a long day at work, and even more work when she got home, she'd come to bed dead tired.

In other words, our lives had become too typical—routine. And I was missing the spark that used to be there. She'd changed and I had changed, too. Really, it came with a feeling that we didn't appreciate each other like we used to. The thank-you came less frequently, there was a lot of arguing going on—disagreement appeared to rise with me in the morning and hug up with the two of us at night. And when I felt I couldn't get the fulfillment I used to, I sought to find it elsewhere.

Why?

The most honest reason is there was always a woman out there willing to cheat with me. It's a reality that most women are not willing to face. It's very rare for a married man to go to a bar and hear the words. "You married?—I don' t mess with married men." Man, do you know how many married women go looking for love outside of their matrimony? The only reason that I was able to cheat was because there were so many women willing to sneak around town. Sure, every now and again there were women who got fooled and didn't know that I was married. But majority of the time, however, these women knew they were messing with an already spoken man. I agree, these were the women who had no standards and requirements and who, at times suffered from serious self-esteem issues, making themselves willing to cheat and available to be cheated on. Usually their spouses were doing the same thing. Everyone that does it, never ever wants to admit it.

Now, the reasons I've given here are the primary reasons why I cheated, but trust me, there are many, many more. I have always had a reason to justify why I was doing wrong, and

those reasons didn't change from day-to-day. What's important for you to understand, though, is that regardless of my reasons, I knew what my wife knew: it was wrong to commit to someone and promise to remain faithful and then go against that—especially when this was one of my wife's requirements. When ~~Jacque~~ Ashley Sue caught me cheating, I am certain that she went over it again and again in her mind, assuming all types of deficiencies in herself—"She didn't do this right," "She wasn't good enough," "She didn't love me the way she should,"—but the fact still remains that I didn't have any business cheating. I know it was hard for her to release herself from the blame of my cheating ways. Holding on to that baggage was paralyzing; it made her use the kids to get back at me.

     See, I caused my wife a great deal of embarrassment. One married woman I cheated with became very obsessive with me. She would email my wife and tell her disturbing things about me and then deny that she did it. It was a crazy time because this woman admitted our affair to her husband, who called Jacque and told her everything. As if that wasn't good enough, he went to Jacque Sue's job and made a big scene.

     That did it for ~~Jacque~~ Ashley Sue.

     She wanted a divorce and she wanted to retaliate by taking the kids. Although I was cheating, I never cheated my children. I was always there for them. I never neglected my responsibilities to them. But Jacque Sue was upping the ante of our divorce. See, she had the power to prevent what happened—I made it clear that if she took my kids, I was going to kill her.

     Why didn't she take me serious?

     One reason is because I had never laid a hand on her. Contrary to what was reported in the media about me being an abusive husband, there was never one incident at our home that required the police. Jacque Sue had the power of persuasion, and the power of suggestion. She

got her way 99 percent of the time. I told her up front when she first mentioned divorcing me in 2010, that I'd agree to everything but her taking the kids. I was very clear on the fact that if she took the kids, I'd take her life. I was prepared to let her walk away with everything we owned. I knew deep down inside that she couldn't stay with me after what I'd done. As soon as she found out, she started to question my every move and nag me about what I was doing every chance she got. I knew she would never forgive me.

The only options were: let me go, or find it in her heart to forgive me. She wouldn't do that. There was no working on a way to move forward with me.

Looking back, it took me to lose my wife and kids to really realize how good I had it.  See, I cheated because there was never a penalty for it. But when I seen my wife leave me, that mattered to me, please know at that point I was very confused and committed to not losing my kids. Had she been willing to let me keep my kids, I would've straightened up and lived right because I didn't want to lose them, too. I had told myself that I was going to agree to whatever terms she came up with to keep the kids. I was even going to try to earn her trust back.

I knew how to be a good husband. I knew how to be home by a certain time, call when I was going to be late, send flowers every week, find some her and me time—whatever. I was prepared to go to church with her, even sit on the preacher's couch and air out all of my dirty laundry until she was satisfied that I was a changed man. I was ready and willing to do whatever I had to, to not lose my kids. Once there was a penalty and I was forced to say to myself, "Man, everything I've ever loved is about to be lost," I was more than ready to become a better man.

At the end of the day, my point is I did love my wife, my children, my home, and the life that we'd all built together. Believe it or not, I still had an incredible physical connection to my wife, even though I got some from other women without a second thought about it, because the

actual acts with the other women meant nothing to me. It was something that did make me feel

good physically, but emotionally, my heart—the professing, providing and protecting I saved for

Jaeque Sue, whom I loved—was at home with her. [Ashley]

Now filter that thought through the tube of understanding and you'll see how a high-

powered husband who had a wife whose job was equally prestigious and demanding could be

perfectly happy, in love, supportive—there for each other. You have no idea how a spouse's job

could take her a good distance away from home, leaving her husband at home to run the

household, take care of the kids, and keep up his demanding work schedule for weeks on end,

without the necessary level of intimacy to help him make it through the declined time period of

having sex. Trust your best judgment and think about this: under this situation, plenty of men

would attempt to justify getting some from somewhere else. I am not the only man in the world

who enjoyed having sex with women other than their wife.

But please believe, I was there, coming home exhausted from a hard day's work, shuttling

the kids around to wherever they needed to be, and doing everything else real fathers and real

men did. I cannot lie, I was stressed out, and in my mind I told myself: "I'm going to go over

here and let this other women get me right, and then I'll come back and take care of my kids,"

until my wife, whom I loved, came back home.

This may seem like I was a cold hearted snake, but to me, it was reasonable. I had to feel

better some kind of way, and so I got sex that had no feelings attached.

30

X chapter FIVE

WHEN THINGS STARTED TO CHANGE

It was precisely the beginning of fall 2002 when I started work at United Parcel Service. I was hired as a part-time dockworker, putting in three or four hours a day. I earned about $12 an hour, all of which I spent on bills. At this time, my wife was our primary provider. My pay had declined about fifty percent. She was bringing home over $50,000 a year, so she financed my entry into the excavation business. A local businessman recognized in me a latent intelligence and innovation; he occasionally mentored me as an apprentice. He was bright, but not slick, a go-getter. He was always considerate and thoughtful and I appreciated everything he taught me. Mostly he taught me how to understand grades and elevations. There were three main elements of excavation: cutting, placing and compacting. I learned how to tear down houses and dig basements for new homes. Primarily, I learned perfunctory duties: digging holes for power, sewer, and water; hauling rocks and trash from construction sites. I learned everything I needed to know to start my own excavation business. I left my UPS job in 2005 because the excavation business had to provide a better way.

And it did. Missouri had long been famous for being the "Show Me State," the great innovators who had taken nothing and made their ideas into something. Missouri was a state for people who were willing to risk their capital in pursuit of riches, power, and society's cream of the crop. I discovered that UPS couldn't provide a way for me to make a fortune. I started as a part-time worker because everyone was required to enter that way. I found a naïve equipment operator who had a limited knowledge of the excavation business.

This operator was several years older than me but he didn't allow the age difference to dictate how much he dealt with me. He taught me so much that I accumulated more business than I could handle personally. So I started hiring helping hands. Demand was so great that I was making between $3,000 and $6,000 a week tearing out driveways and pouring back driveways.

32

The excavation business rewarded my initiative to provide for my kids who had just been born. I began flirting with construction and land development projects. These were projects that could hardly be done by myself, which I liked doing; they needed a lot more hands. My wife helped me co-sign the loan for the land moving equipment I needed.

This allowed me to expand my business interests. I also saw opportunity in the land development business. There were tons of raw prime undeveloped properties. Most was available for next to nothing. I formed a company to tap into this very lucrative business. I employed my wife's brother, who worked on and off for seven years, and her sister, Cheryl's son, Josh, as utility men, some days helping out with pouring concrete (we were the first company to begin work on the construction projects), other times in the land development business, assisting my crew on everything from building ponds to homes.

My first land development project was locally off Cape Rock Drive in the Snake Hill area. I built Addison Lake and some homes around the lake. From 2005 to 2010, I build seven homes. I eventually bided through Delta Companies and was awarded the sub-contract for the Missouri Route W Project in Cape Girardeau. The contract was worth nearly a million dollars. The per-day responsibilities were extraordinary. I supervised and labored in this project. We tore down and replaced concrete culverts (bridges over creeks), tore up and replaced existing highways in order to widen the highway four feet on each side. I spent hours and hours a day studying blueprints. I even employed J.C. Junior and paid him about $43 an hour.

For Jacque, the tensions that surfaced from my hectic work schedule proved too great. Before the kids were born, this had been only a side job. The kids were 3 weeks old when I quit UPS. I realized that the addition to our family meant I had to step up my game. Sometimes I

Place pic of kids sleep on couch
First born

would work 10-12 hours a day. And Jacque, at home alone with the kids, was less enthusiastic about such a recurring absence.

Don't get me wrong. My wife loved our kids. I mean she love those kids with all of her heart. She helped the kid color pictures, bake cakes, decorate during the holiday season, they would hunt for Easter egg—everything loving others mothers do with their kids. I guess we both were guilty of putting less love into each other and more love into our kids. It was so unfortunate because it hadn't always been that way.

Jacque Sue came from a goodhearted, loving family, so she knew how to be a good mother. Ruby and Stan, her parents, had raised her right. I was well acquainted with her family. Before and after the kids were born, we visited with her parents several times a month. On occasion, we went to Lake Kinkaid together in Illinois for boating. Stan was a man's man. I had much admiration and respect for him. In fact, I called her dad and asked him for permission to marry Jacque Sue before I asked her. Stan said, "I think that would be a good idea."

We got married in a church in Leadington, Missouri. Pastor Vernon Long, who officiated my wife's funeral, also presided over our marriage before a crowd of a couple hundred people. The wedding was wonderful. We went to Vail, Colorado for our honeymoon. Within two day, my wife got altitude sickness, and I spent the next two days caring for her. We didn't get to go skiing or snowmobiling, but it didn't matter as long as we were together as newlyweds.

*[handwritten: My mother passed away in 1997 after having throat cancer.]*

*[handwritten left margin: What 2]* We go married in 1993 and my mom passed away in ~~middle up 1997.~~ My mother left me enough money that I was able to finance our love life with a 20 ft., pleasure cruiser boat. From 1997 to 2002, we spent almost every weekend water skiing and cuddled up under the sun on Lake Kinkaid. It was our home away from home.

34

Looking back, I fell in love with my wife because she commanded respect. She wasn't a woman who allowed anyone, especially a man, to get away with disrespecting her. She was a woman who was always dressed appropriately, and she stood out from the tramps that kept their goodies on display. She was naturally sexy.

Growing up I saw a lot of women who let men get away with anything. They would let you feel all over their bodies while they were dancing. They would drop their panties like they were hot. These women would give their home addresses, work phone numbers and cell phone numbers to men who had done nothing more than buy them a drink.

My wife was attractive to me because she knew from day one that she wanted to be married and raise a family and she let me know that. In the beginning, she understood that I validated my manhood by who I was, what I did, and how much I provided for us. She would finesse our marriage so that I felt like I was handling my business when my career and financial contributions weren't as big as hers. She used to genuinely seem interested in my needs, life, desires, and future. This was at a time when neither of us had it together financially, emotionally, or spiritually. This is when I used to cringe at the mere mention of having children.

So how did our feelings for each other change? This is a question I still ask myself to this day. We should have set higher standards to make our marriage work the way we wanted it to. We didn't have clearly established rules. I would've been happy and eager to live by my wife's rules, if I would have known what those rules were, and if I would've been sure that abiding by those rules would help keep my wife happy. The main thing we should have done was establish some rules, committed to them early in our marriage, and made sure that we stuck to them.

But because we didn't have set standards, we weren't able to stay on the same page. I am telling you, men need structure. I got use to set standards and requirements by being raised by

34

Looking back, I fell in love with my wife because she commanded respect. She wasn't a woman who allowed anyone, especially a man, to get away with disrespecting her. She was a woman who was always dressed appropriately, and she stood out from the tramps that kept their goodies on display. She was naturally sexy.

Growing up I saw a lot of women who let men get away with anything. They would let you feel all over their bodies while they were dancing. They would drop their panties like they were hot. These women would give their home addresses, work phone numbers and cell phone numbers to men who had done nothing more than buy them a drink.

My wife was attractive to me because she knew from day one that she wanted to be married and raise a family and she let me know that. In the beginning, she understood that I validated my manhood by who I was, what I did, and how much I provided for us. She would finesse our marriage so that I felt like I was handling my business when my career and financial contributions weren't as big as hers. She used to genuinely seem interested in my needs, life, desires, and future. This was at a time when neither of us had it together financially, emotionally, or spiritually. This is when I used to cringe at the mere mention of having children.

So how did our feelings for each other change? This is a question I still ask myself to this day. We should have set higher standards to make our marriage work the way we wanted it to. We didn't have clearly established rules. I would've been happy and eager to live by my wife's rules, if I would have known what those rules were, and if I would've been sure that abiding by those rules would help keep my wife happy. The main thing we should have done was establish some rules, committed to them early in our marriage, and made sure that we stuck to them.

But because we didn't have set standards, we weren't able to stay on the same page. I am telling you, men need structure. I got use to set standards and requirements by being raised by

35

only one of my biological parents. My mother used to tell me what she would and would not

accept. For instance, it helped me to be told to wash my hands before I sat at the dinner table, be

back in the house before dark, open doors for ladies, to protect my sister when the two of us were

out, and always—forever—listen to and trust her judgment. I followed those rules to the letter

(almost), because I didn't want to deal with the consequences that came with disobeying my

mother or to disrespect her. I also followed those rules because I loved my mother. My mother's

rules (almost) never change, in fact, they adapted to my age and the circumstances. My mother

demanded that I love her unconditionally, and protect and provide for her and my sister. She

never relinquished those standards and requirement. They helped me to become responsible,

thoughtful and loving.

When I married ~~Jacque~~ Ashley Sue, I found a woman I loved and who loved me back, but we

didn't have enough sense to set some ground rules and requirements for our marriage to survive.

If I could do it all over again, I would make sure that chief among the set standards and

requirements would be putting each other and our kids after God and above all others.

✗ Find a nice pic of my wife

36

*chapter* SIX

HOW I RUINED MY FAMILY

Sierra Jackson

The turning point in my life came when I met ~~Cassandra Hill,~~ aka "Tudy". She was TV scandalous. I became acquainted with her through the equipment operator who taught me about the excavation business. He had contracted the service of Gary Hill, Tudy's husband. Gary was a third class logger, and we dealt with Gary in relation to projects from time to time. Tudy accompanied Gary to a job he was doing for the equipment operator and me. While the equipment operator and Gary were touring the work-site, Tudy hung back in the area I was in and gave me a lustful eye. Then she pursued me like a prostitute.

Here's a generalization but in my experience, it's true. Happily married women don't engage in conversations with men for no apparent reason but to talk. And I knew that Tudy wasn't hanging back to chitchat for the sake of chitchat—we didn't have time for that. Tudy was a very direct woman: if, she liked what she saw, she'd waste no time letting it be known. If she didn't want anything from me, she wouldn't have hung back. I had already figured out that much. Please highlight this part right here so you can always recognize a cheater: a cheater is cleaver. Always! And when it comes to unhappily married cheaters, they always want to find out two

things: (1) if you're willing to join the cheater's club with them and (2) if you are, how well can you conceal it. That's the mission of a cheater.

That is what I wasn't ready for.

Tudy was in her twenties and she had four kids, and had been married to ~~Gary Hill~~ Brandon Jackson for a couple of years. At the time I met her, I was unaware of anything about her, except the fact that she was married to ~~Gary~~ Brandon.

I wasn't ready to respond when Tudy came up to me with the best cheating game I'd ever encountered. She asked innocently, "Where's my husband?" I replied sharply, "I don't even know your husband." "Whatever you're selling, I'm buying," she said seductively.

Ordinarily when pursued by a married woman, I don't even entertain the thought of it. There were always too many strings attached. For Tudy, it was really less complicated: she liked what she saw and she was determined to get me. She didn't care anything about my personality or what I did for a living; and my wife meant nothing to her or whether I was a cheater was irrelevant. She just wanted to know if she might be able to cheat with me. She pursued me to determine exactly how much she had to invest to get what she wanted.

When I say, "invest," I'm not talking about monetary valves; I'm talking about my values—my requirements. She would assess the risk to see if they was too high, if it was worthwhile, if she could get confidentiality, whether she could get me to cheat that night. With Tudy she knew her sexy body could get almost any man to sleep with her with minimal effort.

That was not something I was ready for. Tudy got straight to the point with me.  She said, "I would love to suck you off." That got my full, undivided attention. Tudy had assessed right away. She could tell from the look in my eyes that her looks were killing me morally. That became obvious when she bent over in her short skirt so I could preview her private parts.

38

She gave me a lot to think about that night when I went home. Within a week, Tudy called the equipment operator and asked him if he knew anywhere she could go because her husband had beat her up. The equipment operator called me and asked if she could stay at a brand new house I had recently built. I agreed to let her stay there temporarily. When I went over there to give her the garage door opener, she was laying on the floor in her panties only—a sight hard for me not to look at. She was tall, tanned, and tempting. Little did I know I had been lured. She told me, "You're not leaving unless you cum in my ~~cat~~ pussy or my mouth." puⁱⁱyy or my mouth."

This is relevant information to you because now you know how I really ruined my family. This led to a near daily affair from 2008-2010. I did give Tudy gifts and money to keep her pacified. I was able to maintain normalcy at home because this affair was strictly sex. No leisure time to hangout in public. We both had families to tend to. This was always sex, gifts and fun.

Tudy was in a very abusive marriage with Gary. She kept black eyes and scars that she had to cover up with dark shades and make-up. I used to see her husband frequently, and he'd always make fun of me having a stuttering problem. I would think to myself, I hope you didn't kiss your wife lately. He didn't have a clue what was going on. In fact, he thought I was too square to be cheating with his wife. But in reality, I was having sex with Tudy more times in one week than he was in a month. They were separated most of the time because he treated her like a punching bag. I used to take Tudy to several parts of Missouri for sex: Charleston, Sikeston and Perryville. When my wife and kids went to her sister's place for the night Tudy and I would spend the night together at a hotel. She had no problem taking her kids to her moms' house.

All of this ruined my marriage. But the main problem arose when Gary found a text message in Tudy's phone that had been sent to me. Usually, Tudy deleted the messages we exchanged. I really believe that she wanted to get caught. She was a professional cheater. It

hadn't started with me, and it didn't end with me either. She had natural whorish tendencies. Honestly, the only thing she had going was a hot body and she would take it any way you wanted to give it to her. Gary tried to control her with fear. You can't control any woman with fear. Once the fear is gone she's going to do whatever she wants to do. The more Gary abused her, the more we had revenge sex. It was her way of reclaiming control over her sanity. Sex kept her sane. Cheating was common. Tudy didn't have any rules, requirements, respect for herself, or guidelines, and men could recognize that instantly.

Tudy was jealous of my wife. I knew it the second she started sending Jacque Sue emails. Tudy was an attention seeker in the first degree. She would do whatever it took to get attention. She didn't have plans for the future; she didn't expect anything in particular from me other than sex, which was her way of getting the attention she sought—she made it very clear through her words and actions that she really wanted the life my wife had.

Anyway, after Gary found the text message, he called my wife. Then he went to Jacque Sue's job and made a scene. This was very devastating for her. She didn't say anything to me about what happen for weeks. She knew I would be outraged over what Gary had done. She had seen me take my anger out on a man named Phillip Moore in the first 2 weeks of our relationship.

Phillip Moore had told Jacque Sue that I had been cheating on her with an ex-girlfriend. This was a lie. She knew it so she told me, "Your buddy is trying to fuck me." I asked her what did she mean, and she told me the fabricated fairy-tale that Phillip had told her. We drove to his house so I could set the record straight. Jacque Sue rang the doorbell, and I stood beside the doorway, out of his site. When Phillip saw that it was Jacque Sue he asked, "Where is Clay?" I stepped out and beat the truth out of him. I made him tell her the truth. Jacque Sue knew me and she knew I would eventually take my anger out on someone.

40

June 2010 was when my wife first mentioned that she wanted a divorce. The revelations of my affair with Tudy, were more than Jacque Sue could bear. I told her," I don't mind getting a divorce as long as it don't involve my kids being taken." I didn't want a divorce but I wanted her to know that there was no middle ground when it came to me losing my kids. She told me, "I promise you, I'll never take the kids from you." Then a couple of days later she said, "I don't know if I can ever get over you having sex with that slut from the trailer park. I might take your kids from you and move on."

This was the first time the thought of killing her entered my mind. I told her what I was thinking: "If you take my kids, you'll have bigger concerns than ever." Please don't put me in a position to act on my feelings because I can't control it. I don't mind getting a divorce as long as it don't involve the kids being taken."

This time she didn't back down. She let her position be known that she wanted to take the kids and move on. I told her, "I don't think we're ever going to see our kids grow up if you keep talking like that." "If you take my kids, I'll kill you!"

41

_Chapter_ SEVEN

DIGGING THE HOLE

It was an irreconcilable difference.

I wasn't about to let my wife take my kids. In my mind she was trying to issue me a death

sentence. I would be dead to the only world I cared to live in. A world without my kids meant a

world without happiness. True indeed, I had brought all of this on myself, but my wife hadn't

been as innocent as she was trying to portray. I had my suspicions of Jacque Sue cheating on me

but she never go caught—I did.

In 2008, Jacque Sue hired a personal trainer to help her get back that beautiful, pre-pregnancy body. The trainer was a black man, and I didn't feel comfortable with him spending several times a week with my wife. The $300 a month service fee didn't bother me as much as the intimacy. They had developed a cordial working relationship, which resulted in my wife being featured with her trainer on the front cover of a regional magazine. They did a story about her bouncing back from having triplets. However, a man named Eddie Rhodes, who worked for me, called to tell me that my wife was screwing her trainer.

I wanted to go to that Anytime Fitness center and confront his man, but I decided to take this matter up with my wife instead. I said, "You're not screwing that nigger are you?" She immediately denied it. "You know I don't get down like that," she contended. Unconvinced, I said, "How much longer are you going to be supplementing that nigger's income?" She replied, "As long as it takes."

On the surface, race relations in Cape Girardeau were as friendly as the customer service in business establishments. But under the quiet landscape and the politically correct talk floated a hidden sense of boundary, a line over which neither blacks nor whites cared to cross. Dropping the words "nigger" or "cracker" into a conversation was as common as drinking coffee in the morning. It didn't denote white of black supremacy. It was more a sign of being pissed opposed to racist. My wife had used it in the same context, so she knew the simulation of my usage of "slut." At the end of the day, I never in my wildest dreams thought that my wife was really cheating on me.

But this wasn't about her allege affair, it was about me thinking with the head in my pants, rather than the one on my shoulders. It was about one unpardonable affair that had resulted in dire consequences. For me, it was my wife who had determined that she wanted to die. I don't

expect you to agree because this is how I was feeling at that moment. When I gave my wife a conditional threat: " If you take my kids, I'll kill yo!"—she was the one with total control over the situation. I certainly didn't want to kill her; that's  why I threatened her in the first place. But it was her who decided she wasn't going to take me seriously, and I knew why she didn't. I had never been abusive towards my wife or kids. For me to issue such an uncharacteristic threat, there was no real basis for her to be afraid. What I had done in the past was simply go along to get along. Every word I had ever spoken, every non-violent move I had ever made, every compromise I had ever made helped her determine that I was blowing smoke, that I wouldn't have the guts to try to kill her.

But I had determined that it was time for me to dig her grave. I changed, instantly, from an easygoing non-combative pushover to a homicidal lunatic. I started gathering the instruments I needed to ultimately resolve this issue in my mind.

First, I surveyed a 15-mile radius of the Mississippi River in a boat until I located a very distinct site that would pretty much guarantee that she would never be found. I knew that I would be the only person on the planet who would know where her remains would be buried. In the end, I was 100 percent correct because she never came close to being found.

The location I chose sat about 25 or 30 yards from the river—it was a thicket of trees inside the sand dune. I needed the burial site to be in a sandy area because it would perfectly conceal the location. Dirt would have been too obvious. A couple hours after sand has been disturbed, it's hard to notice that it has been tampered with. So sand and trees were essential elements of the plan. Being that the trees were close to the river, they had to have a deep root system to survive the frequent floods and a decomposing body would easily become natural food

44

source for the trees and vegetation in that area. Eventually, my wife would become part of the tree.

With a hardware store shovel, I began digging through the sand. As I was digging I kept wondering if I had the nerve to go through with this. A part of me wanted to wake up from a bad dream. I didn't feel good about being in the middle of nowhere, in the midst of snakes and spiders, but I considered it a necessary evil. I had it all mapped out in my mind, but it was mostly thoughts and emotions. I was going through a maze of scenarios, and they were all evil.

I was trapped. I couldn't live without my kids and there was no other alternative. It was either kill my wife or lose my kids. Neither choice appealed to me because in the end the results appeared to be the same: no love, peace, or happiness—only grief.

I said, "I'll give her one last chance."

 Chapter EIGHT

45

*Chapter 8*

UNDER PRESSURE

When I returned home that evening, I looked at my wife and kids and immediately started feeling uncomfortable. The plans that I had for my family's future were gruesome, and I was not looking forward to traveling down that deadly road. I was troubled by the things I had running through my mind. I suddenly launched into fix-it mode. I wanted to do everything I could to stop the divorce, and convince my wife not to take the kids. What I had in mind was much too extreme, and I had to at least make one last good faith attempt. It wasn't going to require an action, but a reaction. If my wife would just listen to me, I was sure she would see things differently. We had been in situations in our marriage and proceeding relationship time and time again, and I would be able to recognize instantly if my wife was ready to reconcile our differences. When I went into fix-it mode, I envisioned Jacque Sue as my wife and I gave it all that I had.

We talked about the kids and their future—school, college, gymnastics, tee-ball, etc.—and she stated that she didn't want to break up our family. I was shocked and soothed. I had prepared myself for an evening of begging and pleading. I had it all figured but in my mind how I was going to retrace our humble beginnings and reminisce about the first time we pushed our kids on swings; that was my plan—but I was fine with the way things had worked out. I was really hoping my wife would respond with some kind of alternative solution, and she did.

She asked me if I would go to counseling. That sounded good to me. I really wanted to find a way to keep our family together. I truly wanted to make amends for my countless sins. I had became a person who I didn't like or know. I really didn't know the Machiavellian James

46

Clay Waller II—the two-dimensional devil, the one wanting to kill his wife to maintain custody of his kids. This rational demon that was not entirely evil, but was pressure to act in evil ways because of his consequential choices. I had become a psychopath in the name of love and I didn't even know it.

Looking back, my mental demise was tragic at a personal level to my family. I didn't even realize that I needed some serious help. I knew the things I had been thinking and planning was not normal, but I believed that the end would justify the means. No marriage counselor could've gotten to the crux of my lunacy. But at that point in time, I was willing to try anything to get back to living a normal life.

We went to a professional female marriage counselor. My body was there but my brain was elsewhere. I really couldn't relate to the counselor whose suggestion was, "You guys should separate because it's difficult to fix something if you live in the same home together." I really couldn't believe the advice that came out of this counselors' mouth. Here we are trying to put our marriage back together again, and the proposed solution was separation. I think this really drove our marriage back into the danger zone.

It was insane because my wife was saying, "We need to work this out for the best interest of our babies," and this counselor was saying, "No you don't."

Based on this misguided advice, in March of 2011, my wife told me, "I am going to move in with my sister, so that I can take some time to think about our family."

Just like that, I was back to square one and things were almost back on the right track at least I thought they were. We attended the one hour sessions, once a week, and after the sessions, my wife would always say, "I will always love you."

It took for me to lose the family life I once had to really appreciate it. When I actually saw my wife walking out the door, please know at this point I was very distressed and disturbed mentally. I truly wanted to win my wife back; I was prepared to straighten up and fly right because I didn't want to lose my wife and kids. I didn't overreact to this separation solution because I was willing to do almost anything Jacque Sue told me to get back into her good graces. I really had a desire to work to earn her trust back—sacrifice for the good of my family.

We agreed that we would never separate the girls, so when Jacque Sue had the girls, I had my son and vice versa. My wife's job was relocating to a smaller building, and it was transitioning so some people could work from home. She used this as a partial pretext house for moving to her sister's house, also. I was willing to work through those difficult times by doing things her way. Is that to say it was going to be easy to adjust to the new living arrangements? Absolutely not! I told my kids things were this way because I was trying to build a new house. No, I didn't like having to lie to my kids. I knew they would ask questions about why we're not living altogether. I cannot lie I really hated not being with all my children while we worked through our marriage. I was really reluctant to mislead my kids, but in my heart of hearts, I knew that was a part of working my way back into Jacque Sue's heart. I knew I created this—I knew what I did, and I understood the consequences, ramifications, and repercussions. I understood penalties, and I knew it was going to be straight hell. Trust me, I knew. Because I knew my wife and she wasn't the type to simply forgive, forget and move forward.

The counselor had convinced my wife, without even knowing it, to move forward to a future without me. The way Jacque Sue construed the advice to separate was as if it was a directive for her to release herself from the man who had cheated on her—to just take the kids