and move on. But it wasn't that simple. She simply couldn't take my kids without me putting her in that hole I had dug.

The warning signs were there that Jacque Sue was attempting to move on and find new love. I was fine with that, as long as her quest didn't include taking my kids. Is that to say I had given up on my marriage, No! But I was accepting the reality that my wife really didn't want to work things out with me. She essentially told me what I wanted to hear, while she worked behind the scenes to figure out a way to legally take my kids.

As long as I had either my son or daughters with me daily, I was fine with the separation. In April 2011, I decided to embark upon my own quest for new love, because holding on to that baggage was paralyzing; it was crippling me and preventing me from being happy. I simply couldn't drive forward while I was focused on what was happening in the rearview mirror. My wife had a right to find new love, but she didn't have a right to take my kids. So as far as I was concerned it was a dead issue until she brought it back to life.

I found my new love on Match.com. She was a smoking hot beauty named Becky ~~Baringer~~ Rendleman Ironically, she was a divorced mother of triplets and the same age as Jacque Sue. She had her own place, and just so happened to be the school teacher for Tudys' kids.

Becky provided a shoulder of support for me to lean on. I told her about everything I was going through with Jacque Sue, well almost everything because she didn't know that my wife's grave had already been dug in the event she tried to take my kids. Becky had been through a similar situation but her husband had been abusive. In fact, she had survived over 10 years of physical and mental abuse. I relied heavily on Becky because she let me know up front that it was going to get worse for my wife and me before it got better. There were too many unresolved issues.

I introduced my kids to Becky and her children. Our kids played together and bonded fairly quickly. We all went fishing and four-wheeling. Becky and I had a lot in common and within 60 days, we had plans of starting a life together. We were having some serious discussions about building a home and raising all of our kids together—in Becky's words, "Like the Brady Bunch."

Becky let me know up front that she could tolerate a lot of things but cheating was not one of them, and I was clear on the fact if I stepped out on her, I could stay away from her forever.

## Chapter NINE

## A SHRED OF HOPE

No matter the extremes to which I went to work with my wife, the fact was that the family I'd started and held together with unconditional love was, by May 28, 2011, almost gone. Jacque Sue contacted me and said, "I am going to schedule us an appointment to meet with the lawyer to finalize our divorce and I am going to take the kids." When she said that, she was dead and didn't even know it.

The monster I had been suppressing had suddenly resurfaced. I said, 'I can't believe this is how it is going to all end. You and I aren't going to see our babies grow up."

She cut me off and said, "You aren't going to hurt me."

I told her, "Have you ever known me to make a promise and not keep it?'

"Don't be threatening me," she shouted back. "It's all fun and games until somebody gets shot in the head."

Her comments were intended to make me reflect upon the time I awoke to a .40 Glock pointed under my chin. Jacque Sue told me, "See how easily you could've been dead." You would think when she did that to me out of anger, because of another time she found out about me cheating, I would've learned my lesson. But I didn't.

Anyone who knows my wife knows about stories of her drinking and fighting were many. A sampling: Once she slapped me cold at a fair about something she asked me about. Dispensing violence wasn't foreign to Jacque Sue. When she got mad, she got mad! By any means necessary she would even the score. She was just as stubborn as me, and I knew that when she said that she was taking the kids, she was ready to call my bluff.

After she said something to me about how easily I could have been dead, I said, "Are you sure you want to do this? I beg you, please don't go down this path, please, not down this road. There is no happy ending." I told her to think about our family.

All she said was, "You didn't have our family in your thoughts when you was boning that whore from the trailer park."

There was no fixing this.

The next day, I flew in the helicopter to survey a 30 miles radius of the Mississippi River in search for a better burial site, but I settled on the previous area I had chosen a year ago because it was such a good spot. The only way to it was by helicopter or by boat.

I called my wife from the helicopter and asked her to meet me at O' Charlie's Steakhouse, so we could discuss the divorce. She agreed. I was prepared to plead my case because I really didn't want to kill her. I believed in my heart that there was a slim chance that I could get her to

change her mind. I was miserable. I mean, I couldn't even think straight. I had lost my wife, on the verge of losing my kids—the people who mattered most to me were almost gone. I wasn't giving them up without killing my wife.

It had taken me too long to find the love and happiness my kids brought into this world. I didn't know who, if anyone, was pulling Jacque Sue's strings behind the scenes, but I'll tell you one thing: if there was someone, they can take credit for getting her killed. I wasn't about to let anyone or anything come between my kids and I. When you've loss everything, and you have nothing else to lose, nothing matters. Two things had to happen: first, my wife had to figure out what was important to her—living or dying. Second, she had to come to the realization that she needed to restructure our divorce: taking the kids was out of the options.

When we met for lunch, I said, "Jacque, it's important to me that three kids don't grow up in a broken home. Please don't go through with this. These kids need their mom and dad in their lives everyday."

Everything I said, I meant if from the bottom of my heart. I really didn't want my kids to grow up in a fatherless home like I did.

There are a few things you should know about Jacque Sue: She was incredibly talented and innovative. She was just as beautiful on the inside as she was on the outside. She loved our kids. I can't stress that enough. She was a terrific mother to our children. She was classy and smart. She cared for, respected, and adored me until I got caught cheating with Tudy.

You should also know that my wife used to use the kids to her advantage. She said over and over again, "Those kids are the only things I can get your attention with," and she was right. She had my full, undivided attention.

52

I told her, "I hope you're not using those kids to control me because that's a dangerous game you don't want to play."

Jacque Sue's entire demeanor was different when we met that day at O'Charlie's. I truly believe that she had someone in her ear telling her to take the kids and move forward without me. The attitude she had the day before was toned down, almost as if she'd been following a script on the phone.

After listening to my persistent pleas, she said, "We're not divorced yet, I'll think about it before the meeting with the lawyer."

When she said those words, I wanted to believe that there was a shred of hope.  But I wasn't ready to bet my future on it.

I went back to her would-be burial site in a boat. The location was on an island in the middle of the Mississippi River. Because the flood stages of the river fluctuated, I knew that eventually her body would end up under water. This prediction also proved to be true. When I decided on the new location of the burial site—the old one had been filled with debris—I entered the GPS location into a hand-held devise. I eventually gave this information to a person whom will remain anonymous who didn't realize what they were in possession of. That person never knew a thing until a couple of years later when the news reports of my wife's remains being found went public.

I dug another hole near the previous one within a few feet of the tree I had marked with my wife's initials. I had to dig through roots because trees repair their roots and I wanted the sand to flow back together into a natural impression of a dune. The objective was to get through the first hunting season because there would be foliage (leaves, greenery, etc.) And in the winter time it dies and the hunters would have easily detected foul play.

53

As I was digging, I had an epiphany that I was digging my own grave because the sand could have easily collapsed—being that it was well over my head—and I would've been buried alive. It was scary because I knew that this would be the easy part; the hard part was going to be killing my wife, the mother of my children. That wasn't going to be easy. Although I had an evil intent, I didn't have the desire to kill my wife. There was no malice or hatred. I didn't hate my wife, I hated that she decided to take my kids. I was wondering how did the love, compassion, and kindness convert to bad blood, bitterness, and vengefulness? What I was plotting to do was a by-product of what my wife was planning to do. She wanted to make me feel the hurt she'd felt from my infidelity. She wanted the humiliating loss of my kids to kill me softly.

Chapter

TEN

THE SPECTATOR FROM THE SIDELINE

54

Trust me on this: I had always had a vision for where I wanted to see my family in 20 years and I always looked into the future and seriously considered what it would take for me to get us there. In deed, I had foresight, and from the day my kids were born, I'd been plotting out the steps to their future. I wasn't a day-by-day kind of man. My long-term plan wasn't the same as my short-term plan. I had really thought the future through, and all I wanted was to grow old with Jacque Sue and see out kids graduate from college to their careers. All I had now was hopeful plans without my family.

I had always been a man with a plan but the plan had changed. I now was devising a well-thought-out plan that I didn't see my wife in. Because please believe me when I tell you—I had no place in her plans.

The night before I killed my wife, I spent it with my son and Becky. Maddox went to sleep in my arms and I cried off and on throughout the night. I wasn't about to let Jacque Sue take away my kids. I knew in my heart that was her plan. And it was something I wasn't about to let happen voluntarily.

The morning of the killing, Becky cooked pancakes for Maddox and me for breakfast. I left there at 7 am and went to my house. My wife called that morning and told me that we needed to meet to figure out what to tell the lawyer. The appointment with Attorney Jeff Dix had been set for 3 pm. With very little time to convince her not to take my kids, I began to execute my contingency plan.

First, I needed to be seen in a congenial and conciliatory manner with Jacque Sue in public. I told her to meet me at Walgreens at 11 am. When I got together, I gave her a warm hug,

so that store's video surveillance would show that we were in good standing when we met there. This was the first breadcrumb I put down for the police to find. Who fights and hugs?

Second, I was at the Walgreens to pick up some hemorrhoid medicine and latex gloves. I had my wife make the purchase. I knew the investigators would eventually ask me why I bought latex gloves. The gloves were needed for application of the medication. This was the second breadcrumb.

Third, I left my truck at Walgreens and rode with my wife for five miles to the Sonic Restaurant. Jacque Sue wanted to discuss the divorce—plans for the kids' future.  I was there to take pleasure in her presence. I just wanted to take advantage of the declining time we had left together—to record her expressions forever in my mind: how beautiful she looked, how sweet she smelled and how soft she felt. I knew if she didn't change her mind fast, her time alive was limited. Now, I knew it wasn't going to be easy for me to squeeze the life out of her—that it would be the hardest thing I'd ever done, because there was still a lot of love in my heart for her. But I had to set in place a long-term plan that would afford my kids the kind of life I felt they deserved. I wanted to be by their side every step of the way. I wanted to restructure my financial situation to provide a lifestyle for my kids that would've made them proud. I envisioned our lives this way, and then executed a plan for how I was going to get it.

Now, I knew jail or hell would be my only options, but I was willing to take whatever risk I had to. At that point in time, when I was sitting with my wife in Sonic, I was gone mentally to a dark, deep place.

Jacque Sue waved her hand to bring me out of the daze. "You're going to get the kids for 48 hours, twice a month," she said explaining the standard Schedule J agreement for long-distance joint custody in Missouri. Because she was moving the kids an hour and a half away

*In the Bible, in the book of Numbers,*

56

from Cape to the outskirts of Farmington. I could only see my kids every other weekend—two weekends a month. As she was speaking, I knew she was signing her death certificate. She wanted me to agree to see my kids four days a month—imagine that! How could any father who loved his kids as much as I did, agree to such a one-sided agreement?

*Numbers*

In the book of Nehemiah in the Bible, it says, "Your sins will seek you out" and they did. She told me that the kids were going to go to school in Farmington, so I asked, "What about me being their coach in soccer and t-ball?"

"The most you're going to be is a spectator from the sideline," she replied cold-heartedly.

Once she told me that, it was almost like I had no emotion. I knew she wanted me completely out of the way. Here I was saying, "Hey, let's still be their mom and dad" and she's saying all I can be is a spectator from the sideline. She had to know I was crazy about my kids. I was only reacting to the foolishness she was trying to force-feed me: 48 hours, four days a month. You can't begin to imagine how small she made me feel. In an instant, she had reduced me from hero to zero. My kids looked at me like I was their hero.

I remember being in the checkout line at Wal-Mart one day and the kids were playing with the shopping cart. Addison slipped off the cart and to avoid from falling, she grabbed onto a male customer's shirt. Now remember, she was only 3 or 4 at the time. Well, the man, whose shirt Addison had grabbed, looked at my wife and said, "Control your kid bitch!" I was in the next line, and he didn't realize that we were together. As I came over to them, I grabbed a baseball bat. The man looked at Jacque Sue and said, "What's that guy about to do?"

"Beat the hell out of you," Jacque Sue said sharply. "Call me bitch now!"

"Get him, dad!" Maddox shouted out proudly.

"I'm going to save you because I don't want my husband to go to jail," Jacque Sue told the man.

Once you hear your kids say, "That's my dad!" —You have a firm understanding of the kind of love they have for you. They loved me just as much as I loved them.  When you read the media reports, you get the feeling that I was a deadbeat. But the pictures you see in this book are real. They represent the proud and loving father that I am. My wife should've never tested my love for my kids. She made a terrible mistake when she did.

The conversation at Sonic lasted about an hour. Again, I said, "Jacque, please don't do this, please don't take me away from these babies."

In all actuality, I needed my kids more than they needed me. I was co-dependent on them. I relied on there: endearment, devotion, fondness, friendship, adoration and affection. I cherished my kids like nothing else in this world. And Jacque Sue knew this.

Parenting is a multiple-part process. I wanted to teach my daughters about relationship with boys, I wanted to show them the importance of knowing what boys' plans were and how they fit into the key elements that helped a boy become a man—who he is, what he does, and how well he provides. I wanted to be there to help my girls learn how to plan for their future happiness. A father has a responsibility to teach his daughters about love and relationships with boys. It's the duty of being a dad. I wanted to let them know—when they became of age—that they had every right to know what a boy was doing now, and what he was planning over the next days, weeks, months, and years, to be the real, responsible young man they deserved to have as a boyfriend or husband. I wanted to teach them how to determine whether they wanted or needed to be a part of that plan or not. I didn't want my girls having relationships with people that weren't good for them.

58

I guess, being a former law enforcement officer, I wanted to teach my girls how to inquisitive investigators. My wife could never teach our girls more about boys than I. I've been a boy, she hasn't. I know how boys love to talk about themselves in order to impress girls. And I know the more impressed I taught my girls to appear –the more inquisitive and interested they seemed—the more information they would get out of a relationship.

I knew what I had done to deceive girls when I was younger, and I didn't want my daughters being taken advantage of in any way, shape or form. A man is only as good as his woman, and a woman is only as good as her man. When I think about the relationship my father had with my mother, and how she got left all alone to raise two children on her own. Had my mother learned from her father how to listen carefully and evaluate whether my dad was just talking a whole lot of nonsense, she might have been able to see that having a family was not in his plans. I didn't want my daughters to experience anything close to that. If I was there to raise them, I would immediately assess if their boyfriends had plans, and if they wanted to be part of their lives and what roles they would play, or if they needed to remove themselves completely from the equations.

This is what my wife was taking away from me. I didn't see how it was okay for her to have the kids and not me. I even asked her about this and she simply said, "Because I'm their mother." The more I pleaded: "please don't take these kids… don't take my babies"—the more she knew just how emotionally whipped I was.

My kids were that important to me. I had seen them grow up from being itsy-bitsy to big and beautiful. I remember Maddox used to ask his mother for things, and when she'd say "no"--- he'd say, "Mom if you say no, I'm just going to ask Dad." I was a softly because I would

59

sometimes undermine her authority and say, "They're only going to be babies once." She would say, "You're right." It was hard for either of us to deny them outright. They would team up on us and would demand that we let them sleep with us. We would always start them out in their beds, but they'd find a way to manipulate us into letting them sleep in our room.

So, yes, it bothers me when media tries to depict what my kids thought about me. When you've been a hands-on man and dedicated dad, you've had countless conversations with your kids, you know everything about them, but what's more important, you know exactly what they think about you. They tell you. Oh, trust me, my kids used to make it a point to let me know how much they loved me. They were very appreciative—they like me being their soccer coach. They didn't want me to be a spectator from the sideline. Beyond the sports aspect of being their coach, however, I knew that my role reduction was going to be devastating for them. You can't just run in and out of your children's lives and expect them to feel the same way about you.

Think about this carefully. I assure you this would've been unacceptable for you, too. Four days a month is equivalent to 13 percent, which means I would've been absent 87 percent of the time from my kids' lives. Would that have been fair for a father who had been there for them 100 percent of the time since the day they were born? Regardless, how you feel about what I did to my wife, you cannot possibly contend that what she was attempting to do to me was right. I'm sure you wouldn't went to the same extreme as me to right this wrong, but you would have done something if you loved your kids as much as I do. And that includes by any legal means necessary.

Now, I must point out that many people have confused, "What they thought about me" with "how they felt about what I did." These are two wholly different things. And it's obvious that no child would ever feel good about one parent killing the other. Ask my kids today how

they feel about me, and they're going to probably not say too favorable. I realize that I hurt them deeply, and it's going to be hard for me to change the way that they feel.

I am not upset with the people who have helped them feel the way they feel. Although, they may never forgive me for killing their mother, it won't stop me from seeking their forgiveness. After going to prison and not being able to spend any time with my kids, that 4 days a month would be acceptable---I'd take it in a heartbeat, if I could do it all over again. A little time is better than no time at all. But I am enlightening you how I felt about the 13 percent at that time.

Please don't hate me as a person because people change, and I definitely don't feel today, the same way I felt June 1, 2011. Prison gave me a chance to go into that part of myself that I didn't want to go to. I have studied the scriptures from II Kings to Acts—who were murderers but were changed by God's grace and mercy. If you believe in the Bible you know that it is possible to hate the sin without hating the sinner. But this also means that I still must appear before God on the Day of Judgment. I'm sure there will be some who will say that God was the farthest thing on my mind when I violated His commandment that: Thou shalt not kill. And this is exactly why I am confessing my sins before Him and the world. In other words, I am accepting full accountability for what I did and I am sharing with you secrets that only God and I know about.

The following chapters of this book are going to be gory, not glorious. But confession is good for the soul, and you have a right to know how I killed my wife. You will not like "how" I did it—I denounce it in hindsight—but I need you to know that I've looked into my soul, and my conscience has convicted me to make this heartfelt confession to the world.

In the words of Isaac Friedmann, "Forgiveness is the sweetest revenge." And in order for God to forgive you, you must forgive me. It's the only way to enter the Kingdom of God.

Asking for forgiveness after what I did may seem narcissistic—vain, as if I'm only interested in myself. I cannot deny that I was an egotistical, narcissistic husband when I killed my wife. And if I even tried to justify why I did what I did, I wouldn't be able to. At this point, it would be senseless in even trying. But if, after you've asked yourself how you would've felt to go from hero to zero, from 100 percent to 13 percent, you would've felt disagreeable—then you need to know that you could've reacted irresponsibly. Pump the brakes before you assume I am suggesting that you would've killed someone.

I am fully aware that most people wouldn't have killed their spouses. But many husbands have been faced with similar situations—their wives using the kids as a bargaining chip. Isn't that being narcissistic? You may not necessarily like the comparisons that I am making, but countless divorced women have dangled their children like carrots at their ex-husbands. "If you don't do this, you'll never see you kids again," or "If you don't give me that, you'll be a spectator from the sideline...." Don't you think that's being narcissistic? Explanations aren't excuses—there is no excuse for what I did.

The over whelming consensus among persons who have actually conducted research on the effects of dangling children as carrots in clear: Using children as bargaining chips— threatening the deprivation of meaningful parental contact and other deprivation that commonly occur in conjunction with misusing children—is psychologically painful and can have harmful psychological consequences. Most people will find it difficult to take any advice from me, but don't use (or let others use) children as bargaining chips. Take the high road—it's your spouse's right to joint custody and equal parental rights—4 days a month is cruel and unusual, and it could

lead to a deadly consequence, which you'll discover in the next chapter, no father who loves his kids as much as me should be forced to be a spectator from the sidelines.

My wife wasn't just taking my kids away from me; she was taking me away from the kids.

See, from the age of 3 until I killed my wife when they were almost 6, I was Daddy-Daycare. My kids were under my primary care. I took them to work with me, my son Maddox would ride shotgun in the dump truck; I painted my daughters' toenails, I took them to McDonald's for lunch frequently; they did Whoop-de-dos in the helicopter with me (roller coaster motions over the Mississippi), Avery would put her hands up like she was on a ride at Six Flags and all three kids would laugh—I was with them over 80 percent of the time while my wife worked. From the airport staff that would give the kids candy when we washed the helicopter or flew it, to the mall employees who provided us with service, everyone knew that James Clay Waller was one of the proudest fathers in the Cape Girardeau area. I just couldn't see myself being just a spectator from the sideline.

When we left Sonic, I was crying real tears. There was no convincing Jacque Sue to change her mind. She wasn't interested in my entitlements as the father of our kids. She didn't care about my future because she was stuck on what I'd done in the past. Me being the kids' soccer coach meant nothing to her—but it meant everything to the kids and me.

She wasn't simply taking my kids; she was taking my pride. It was all I had left inside of me. When she'd initially left me in March 2011, she had taken my sunshine and replaced it with a cloudy day. I couldn't help but think about how I'd seen her love walk away. There had been a time when we used to spend our evenings, cuddling and making love all over the place, but I could see that her love had just faded away. At Sonic that day it was written all over her face.

Now, all she wanted to leave me was some memories and the echoes of a sad love affair that I saw again and again in my mind right then. All of her love was gone.  Everything was going wrong.

Jacque Sue grabbed my hand and said, "Everything is going to be alright." I shook my head and said, "No, it's not."

chapter                ELEVEN

THE PRINCE OF DARKNESS

Let's get one thing straight. When my wife told me I was going to be a spectator from the sideline, I lost every shed of sanity I had left—I was like the Prince Of Darkness in my

remaining dealings with my wife: crafty, conniving and cunning. I didn't care anything about the meeting with the lawyer. I didn't care about the consequences of what I was contemplating. And I especially didn't care about the one-sidedness of the terms my wife was demanding. In fact, I was all about deception and my deception would fix or worsen my dilemma; I figured I would go along to get along for as long as I could, possibly establish a bulletproof alibi; and be the grieving ex-husband. Fear? None. I wasn't the least bit afraid. In fact, I had one thing on my mind—I was dead-set on killing my wife—and the plan was to gain full custody of my kids. Once I left the meeting with Jacque Sue, man, you wouldn't believe how much I was plotting.

What actually happened was I followed the time-honored disgruntled dad tradition of misery loving company, all the while maintaining my composure—partly because I wanted to get away with murder, partly because I didn't want to tip my hand to my wife. Once I'd made up my mind that I wasn't going to be a spectator from the sideline, the difficulty I had with following through with my promise diminished.

I was at an advantage.

I'm here to tell you that my wife had no idea that I was planning to kill her. She didn't think I had the heart to do it. But she made my weak heart stronger when she became emotionally detached from me and made some coldhearted choices that didn't regard my best interest, or the best interest of our kids. She had gone and got this hotshot lawyer and once assumed that the wheels of justice would turn her way, and once she got me to sign the divorce papers she'd be able to simply move on, collect child support, and make my kids miserable. I didn't mind paying her money because money couldn't provide me the happiness I sought. That could and would come from me being with my kids. This was not a good situation. Not a good situation at all. In fact, she had committed the forbidden sin—taking my kids.

*Page Twice* *

64

remaining dealings with my wife: crafty, conniving and cunning. I didn't care anything about the meeting with the lawyer. I didn't care about the consequences of what I was contemplating. And I especially didn't care about the one-sidedness of the terms my wife was demanding. In fact, I was all about deception and my deception would fix or worsen my dilemma; I figured I would go along to get along for as long as I could, possibly establish a bulletproof alibi; and be the grieving ex-husband. Fear? None. I wasn't the least bit afraid. In fact, I had one thing on my mind—I was dead-set on killing my wife—and the plan was to gain full custody of my kids. Once I left the meeting with Jacque Sue, man, you wouldn't believe how much I was plotting.

What actually happened was I followed the time-honored disgruntled dad tradition of misery loving company, all the while maintaining my composure—partly because I wanted to get away with murder, partly because I didn't want to tip my hand to my wife. Once I'd made up my mind that I wasn't going to be a spectator from the sideline, the difficulty I had with following through with my promise diminished.

I was at an advantage.

I'm here to tell you that my wife had no idea that I was planning to kill her. She didn't think I had the heart to do it. But she made my weak heart stronger when she became emotionally detached from me and made some coldhearted choices that didn't regard my best interest, or the best interest of our kids. She had gone and got this hotshot lawyer and once assumed that the wheels of justice would turn her way, and once she got me to sign the divorce papers she'd be able to simply move on, collect child support, and make my kids miserable. I didn't mind paying her money because money couldn't provide me the happiness I sought. That could and would come from me being with my kids. This was not a good situation. Not a good situation at all. In fact, she had committed the forbidden sin—taking my kids.

See, I knew what all I could expect up front; my wife thought she was going to keep her role as my kids' mother and keep me away from being their father. I had evaluated the situation from all angles, and I didn't want to be the baby daddy lurking in the background. I wasn't about to play second fiddly to my kids. All of these things and then some ran through my mind. My wife was holding back key information I needed to assess my potential life away from my kids. She thought she was going to pop it on me when I wasn't expecting it—after I had signed on the dotted line. I wouldn't have received the information well—had she lived. In fact, I felt like I had been tricked—tricked into thinking that she was trying to be fair with her four-day-a-month agreement, when clearly she was planning on getting me completely out of the picture. (NOTE: She was still bend out of shape over the whole Tudy affair.)

Besides that, the longer I held off killing her, the more I was going to have second thought about doing it—I was convinced that this was the only way I could be with my kids. And that made me more apprehensive about meeting with the lawyer. Jacque Sue had elevated the meeting to the level of a congenial confrontation, giving the reasons for it way more positivity that it needed or deserved. I was losing my kids, for goodness sake—we weren't about to attend a celebration.

So, to avoid attracting any suspicion from the lawyer, I knew I needed to bring my A-Game. I had no doubt in my mind that the attorney would be at the top of his game. He was being paid good money to make me miserable. In my eyes, he was just a penny-pincher, a money-grabber because you had to be money-hungry to break up families.

Before leaving Jacque Sue, I pretended to be tired. I told her to call and wake me up when it was time for us to meet the lawyer. I needed the investigators to know that we were in separate locations and we were on good speaking terms. (Breadcrumb number 3.)

I called Becky and checked on Maddox. They were at the Area Park so I stopped by and played by the train with Maddox for a few minutes, and then we played catch football for about thirty minutes. Being that I was in the process of determining whether Becky was right for me, I had to also see if she was right for my kid. It was important for me to have my kids get familiar with her as soon as I started developing emotional feelings for her beyond the normal physical attraction. It was necessary for me to let her see me from the beginning in my natural setting—in a father-son capacity. She saw me spending quality time with all of my kids. It helped her see firsthand what kind of father I was, and whether she'd like to have me be the stepfather of her children. This was hugely important for both of us because some people aren't cut out to be around your kids. The reality is that there's no automatic parenting gene that kicks in for men or women just because they have the means to produce kids. Just as some men can't cook, just as some women can't change the oil in a car, some people aren't good at parenting. And I wanted to see that the potential step-mom of my children was at least good at it, that she could be kind, compassionate, creative and stern. I wanted to see that she could handle matters without making things worse--that the stress that came with marriage and family was something she could handle with a good attitude—because one thing I had learned during my 18 year marriage was that marriage and family equaled stress. So I was looking—looking to see if Becky could handle having to make dinner for the kids, while helping Maddox with his homework, tending to Avery who's trying to fix her own hair, and helping Addison learn how to use the computer, all at the same time, without losing her mind.

On the other hand, Becky introduced her kids to me so that I could see her in a motherly capacity. She walked me into her house, introduced me to her kids, and then sat back and observed; she got the realest and sincerest reaction from me when she did this. It showed her that

67

I actually knew something about kids and liked them. I was able to start and hold a conversation with them; the biggest test of my children skills was when she saw I could talk to her kids in a way that kept them engage and elicited responses. I didn't freeze up and act like I was on the witness stand when they asked me countless questions. Once she saw that I was completely defenseless against the scrutiny of her inquisitive kids, she knew that I was very compatible for her and her kids. I've always been able to hold my own in those situations—able to use my humor and compassion or square my shoulders in a take-charge way to deflect any attempts by anyone who wanted to do damage or harm to women or children. After all, all I wanted my potential mate to able was to be was a lady around my kids—someone who could talk to the girls about female things. Girls, after all, respect an adult female who acts like a lady.

All of this was very important, of course, because I was plotting on killing my wife sooner rather than later. When I saw that Becky was comfortable with the kids, could entertain as well as give them advice, and give me solid support on all ends, I knew she had the traits of a potentially good mother figure for my kids. Likewise, when she saw me with my children—nurturing them, raising them, and keeping all of their needs satisfied, she knew not only was I a good father to my own children, but that I was potential father material for the children she already had, and we could really live like the Brady Bunch together, once my wife was in the grave I had dug for her.

After I finished playing catch with my son, I went home and contemplated everything I was going to do if Jacque Sue didn't change her mind before the meeting with the lawyer.

There was a lot said in the media about my wife finding new love and me not being able to accept it. Well, now you know that Becky was my new love. She was my future. I fully intended to replace Jacque Sue with her. My kids were going to need a mother figure in their

lives, and Becky filled the bill. Certainly, how my kids felt about Becky counted for something, too. Children have an unbelievable ability to pick up on when human beings mean them good or bad; being that mine were younger, they had no ulterior motives about liking Becky. But know, too, that I knew that when their mother was deceased, there was the possibility that my kids would not necessarily have the most warm and fuzzy feelings about the new step-mom—and that was a fear. In the case of a missing or murdered mother most children wouldn't exactly make it easy for the new step-mom to get close quickly. But I wasn't worried about that scaring Becky off. Now, I figured she'd raise an eyebrow or two if she kept running into problems with Addison and Avery—if after Jacque Sue was gone, they gave Becky cold shoulders, or rolled their eyes. Becky was thick-skinned, so I knew she'd stick it out and find a way to sooth and console them during their grieving process. Becky was the type of woman who would've tried harder and harder to win my kids over, and give our relationship more time to assess whether it was worth it.

Again, this is how I felt at the time I killed my wife. I am sharing this with you because I want you to see that I was completely out of my mind. The Prince Of Darkness was calling all of the shots.

*✗ Chapter* TWELVE

SHOW STOPPER

Lawyers? Oh, from the beginning I saw Jeff Dix as a problem; no husband walks into a meeting thinking he's going to be best friends with the attorney of his wife. Even the charisma that Dix had made me feel some type of way, so the odds were low that the man who made a living destroying lives was going to say or do anything that had my best interest at heart. The ruthlessness about divorce attorneys is that they tend to make themselves coldblooded. As a result, I was unable to focus on the meeting without the distraction of misguided thoughts. But a lawyer who really wants to make your life miserable will totally disregard your disposition—he won't be deterred. He's expecting that a husband will be a jerk to him. What he'll try to determine is whether the jerkiness is an attempt to intimidate, or manipulate the meeting.

Now, I'm sure you understand my need as a father to protect my children and my reluctance to let them go without a fight. Likewise, I'm sure you understand how important it was for me to not act like a madman, threatening both of them throughout the duration of the discussion. I'm sure you also understand how psychotic I was. Everything that was being said only validated every single insane thought I had hammered into my head about stopping the show. But my goodness, I'm talking about the most evil thoughts that could enter the human

mind. I'm taking about the mindset of a psycho. And I wasn't worried about whether Dix was

going to get over on me because I knew he was about to be one client short. Lawyers all over the

planet have tried to convince their clients that everything would workout in their favor, with their

natural instincts as manipulators and schemers in full gear, that is taking everything from

men who had nothing else to lose would be safe. But, readers, here's a secret: that's exactly what

I wanted them to believe. Most men don't live under that murderous rage because they are

content with playing the game, being tricked into thinking the way the lawyer wanted them to

think. As long as a person goes for fried ice cream, that person gets to eat up as much as being

served, without any benefits.

　　If my wife really wanted to live, if she really wanted to do what was best for our babies,

she would've stopped all the foolishness and met me halfway. I knew that she was trying to dig a

hole for me, but what she didn't know was her hole had already been dug. What she didn't

consider was that she was a mother with obligations to her kids first, especially when I let my

intent be known up front. I told her straight up: "If you take my kids, I'll kill you!" I said what I

meant, and I meant what I said. I wasn't just thinking about myself when I threatened her; I was

trying to prevent from our kids being raised parentless.

　　During the meeting, my wife laid out all of her stipulations as plotted with Dix: four days

a month, two weeks in the summer—the standard Schedule J agreement for long distance joint

custody. I could've gotten the kids during the week, but my wife insisted on moving them an

hour and a half away. Another bit of selfishness on her part.

　　We postponed specifying the terms of the divorce because we had to file for bankruptcy.

The separation had not allowed me to thrive financially. I had a lot going on and had made some

bad business decisions. Anyway, Dix told us if we got a divorce first, we would need to file for

bankruptcy separately. He advised us to get together as soon as possible and sort through the insolvency. The Route W Project had literally wiped me out—emotionally and financially. When I say that my kids were all I had left, I really mean it. You know what that meant? I had everything to gain by killing my wife and nothing to lose, so I thought. I had told her repeatedly in a nice, but not-so-subtle-but-serious way that the only way we were going to see our kids grow up was if

she agreed to let me be a primary part of their lives, too. I so wish she had been able to be okay with that because she wouldn't be dead and I wouldn't be in prison.  Considering what happen, I know that she would've wished the same. What she didn't realize was myself and my kids were a package deal, I couldn't live without them. With all of that on the line, with my threats so clearly laid out, she chose to sign her death certificate rather than figure out how to make this thing work.

Now, Dix told the police that I suggested to my wife that we go have sex one last time before we finalize the divorce, though I recall my wife making that proposal to me.  It's water under the bridge now. I do want to address an allegation that was made by my wife's sister, Cheryl Brenneke. It's something that has bothered me deeply because I would've never used my son to be a ploy for his mother's murder. But Cheryl contended that my wife came to my house to get Maddox. Becky and Maddox were at the water park. I had no intention whatsoever of killing my wife at my house that day. I wanted to get away with murder, not hand one to the police on a silver platter.

What I'm about to tell you is the real deal. Where my wife lived was 90 minutes away from Cape, so we decided to go to my place to have sex and discuss the bankruptcy. In my mind,

I thought there was a slight possibility that she would change her mind after we had marital relations. When we walked in the house Jacque Sue said, "Are we going to talk first or fuck first?"

I started unzipping my pants, and we ended up having sex in the bedroom. Before we did the act, she was adamant about me not ejaculation in her. This sent a red flag because we'd been having raw sex for 18 years, now all of a sudden she wanted to change the script. Not wanting to ruin the mood, I agreed not to, but when the time came I couldn't control myself. The whole idea of us having sex and that changing her mind was dead as soon as I discharged within thirty seconds. Man, she wasn't pleased about that--the breech of our agreement and the timeliness of the act.

Afterward, she went to the refrigerator to grab something to eat or drink. While she had the door open, I slid under her to grab a candy bar. When I came up, I accidently hit her nose with the top of my head. Instantly, her nose started bleeding. She rushed to the back bathroom, but tripped in the hallway over the kids' toys. She rested on the carpet for a few moments, while I got her a cold washcloth for her nose. She was fuming over her blooded nose.

"You idiot, this hurts," she shouted, as she flicked blood at me with her fingers. "I wonder how the police would view this."

"I'm sorry," I said softly.

"If I told the police you did this, you'd never see the kids again," she said in an angry, sarcastic manner. "I told you not to cum in me."

I didn't respond.

"I hope my next husband can fuck better than you," she hollered mockingly.

I did something I'd never done before—I punched her in the nose, then held my hands up and said, "This shit is driving me crazy... All I wanted to do was have my family back to normal."

But this wasn't what she wanted. She wanted a killing.

She had yanked my chain for the last time. Her blatant disrespect had made my blood boil. She could see that my eyes were blazing murderously, my face was flushing fury, and my lips were curled with disgust.

The punch had her in somewhat of a daze. She was on the floor in a state of disbelief. I put on a pair of the latex gloves she had purchased from Walgreens.

Through her terrified eyes, she saw death around the corner. I could easily see that she had the feeling of impending doom. All I could think about was what she told me in that phone call on May 28, 2011: "I am going to schedule us an appointment to meet with the lawyer to finalize our divorce... And I am going to take the kids."

That monster I had been holding back finally broke free. She couldn't believe this was how it was going to end. But hadn't I told her. I mean, I remembered saying, "You and I aren't going to see our babies grow up." But she didn't take me serious. Her exact words were, "You aren't going to hurt me!" And mine were, "Have you ever known me to make a promise and not keep it?"

And I was about to keep it.

Honestly, I believe the one thing that she'd said that bothered me the most was, "The most you're going to be is a spectator from the side."

Never that.

Tears welled up in her eyes.

"Clay, please don't do this," she pleaded as I stood a few feet away from her.

"Bitch, don't start crying now," I said walking towards her. "I've begged you for the last year."

And it was true.

She tried to stand up and run past me, but I grabbed her from behind her neck and cut off her air. I guess you can say that I strangled or suffocated her. The reality is that I was the showstopper. And when the show was over, I regretted that it had ended.  I mean as soon as my wife stopped breathing, it was like I wasn't even mad at her anymore. I know this sounds crazy, but I had wanted so badly to do this and once it was done, I felt bad that she was gone. All I could do was hold her lifeless body. I wasn't heartless anymore. The monster was gone. The Prince Of Darkness had turned into a crying shame. For fifteen minutes straight, I weep, wailed and whimpered—boohooed and moaned as I convulsed with tears. My chest grew heavy and I gulped air spastically. My eyes had taken on a wounded look. They were transfixed with shock and grief. I saw them after I ran to the bathroom in the hallway—sick to my stomach—and threw up.

I was sick at heart and in my head.

\* Chapter   THIRTEEN


FIRST FORTY-EIGHT

75

(Part-One) (Need Albi')

Need Albi ✓

I immediately went into self-preservation mode: sabotage, sophistication and secrecy.

I needed to get moving quickly.

There was no time to waste:

My action plan was pretty simple: dispose, deceive and disrupt—the first forty-eight hours

is the most crucial period of a murder investigation—it was the bubble the police had to burst

when a killer blew it for perplexity.

Obstruction was the crux of my mission: I needed to conjure up some lies and an alibi—a

cover story, and, of course, a defense for when I became police suspect number one.

I put on my police cap of consciousness. In the academy, the instructors teach you the

keys to cracking a case: examine, explore and exaggerate.

And there's only one rule—never forget that there are no rules. Criminals are cheaters,

and to beat a cheater you have to cheat. That meant there would be no integrity, honesty, honor,

fairness or courtesy. It was a sticky situation and I had to figure out a way fast to appear squeaky

clean, innocent. I knew the police's fact-finding mission would include a lot of checking out and

nosing around. They knew me and would properly predict that I wouldn't play fair.

And neither did they.

This is all to say that I had to stay three steps ahead of them at all times. There are three

classes of criminals: clumsy, careless and clever. I had to be clever in all of my endeavors. After

all, I was a G-man at heart: I had been undercover many time, I knew the job of a detective. It

was all about sniffing around until you stumbled on something. That was the purpose of the

breadcrumbs. I welcomed and waited for the unexpected (mainly because I knew that they would try to get me by any means necessary.)

Still, the deception it took to "handle it" was not, in my mind. Out of the realm of reality. To me, my advantage came from one simple thing: I was once one of them, and I knew they would do anything humanly possible to arrest me so that, ultimately, I'd get the death penalty. That would be their primary goal. Police go out and combat crime to make the public safer. And they wouldn't feel that anyone would be safe as long as I was free to kill.

Death by lethal injection was the ultimate prize for them.

And that was a hard pill for me to swallow and some of you may be offended by what I'm about to share, but I say this in truth and an abiding desire to fully confess my sins.

First, I grabbed a roll of large-size trash bags. I went to the back bathroom and laid one down on the floor and stepped in the middle. I got completely naked and placed all of my clothes and the gloves inside of the opened bag. Then I stepped from the trash bag into a cold running shower. I washed off my wife's DNA. Detectives would try to trace me to the crime scene using nucleic acid and nucleotide chains. As you know, my wife's DNA was all over the place. I had already formulated a contingency plan to adequately address that. So it was the least of my worries while I was showering.  Honestly, it felt like I was dreaming, like I was on a flight of fancy. I wasn't afraid—it was too late to be scared. In all actuality, killing my wife was the easiest part of it all. I hate to say that, but that only took a matter of seconds, disposing her body would take a lot longer. And I knew the hourglass had been turned over. And I knew if I got caught with her in the guesthouse, I'd be a dead man walking.

After I got out the shower, I put on some shorts and crocks and put everything I touched inside of trash bags. I knew I couldn't leave anything—no breadcrumbs or clues whatsoever.

77

As I moved meticulously, I placed plastic trash bags on the ground to step onto, so that my crocks never touched the bare floor. I made my way to the front porch and grabbed the mobile trashcan. Still placing trash bags to walk on, I took the can to where my wife was. Feet first, I used the can to scoop up her body. Then I raised the can up so it sat normal.

Next, I collected the bag in the bedroom bathroom that contained the clothing and other incriminating evidence, and took it to the can in the hallway. I stuffed the bag inside with my wife's body.

With time constantly ticking, I retrieved a wastebasket from the bedroom bathroom and filled it up halfway with cold water. I used it to wipe down the hallway. After the cold water treatment, I grabbed a piece of light sandpaper and a black light, which allowed me to see the blood splatter. I sanded the entire area where she was killed, but I was far from being done.

I headed to the refrigerator and got one can of Coke and one can of Sprite. The carbonated acid would *might* contaminate the DNA, and disrupt the two-stranded chain component in the nuclei of cells that made up my wife's genes and chromosomes. I poured both cans into a glass and tainted the walls in the area where blood splattered.

Still using the bags to cover my tracks, I pushed the trashcan to the front porch-carport area with a second set of clothes. I took off my shorts and crocks and tossed them in the can. I got on old pair of shoes out of my truck that I had picked up from a trash can a day before. They were a size 9 1/2—I had cut the toes out so my size 12 foot would fit them.

Lastly, I went back into the guesthouse and started from where I got out of the shower—with a trash bag in hand—and grabbed everything I could've possibly touched. The cold water in the shower was still running. This was done intentionally so the blood particles that came off my body wouldn't settle. I figured the cops would check everything, including the plumbing

TWICE

pipes—and I was right. This was a brilliant move because during the first search they checked the shower and couldn't find a trace of anything.

Once I was done sweeping and cleaning the crime scene, I prepared for the disposal of the body.

I knew that this would be complicated because of the location of the hole I'd dug for her. But I had it all laid out in my mind. Primarily because I had made back road arrangements, and the route I was going to take. I knew it like the back of my hand. I had been planning for this for this potential day for a year, and every possible scenario had been present in my mind—at one point or another.

Whatever the case, I was ready for whatever.

There is no #78

79

*Chapter

FOURTEEN

FIRST FORTY-EGIHT

(Part 2).

SEE YOU AROUND


I leaned the trash can over that contained her 120 pound body and raised it up slow and easy. Once it was secure in my truck, I drove from the carport to the end of the driveway—about 100 feet—where Jacque Sue's car and my boat were parked.  Without wasting a second, I hooked up the boat to the truck. Before I took off, I texted Becky and placed breadcrumb number four.

"Me and my wife are almost done. I'll call you soon."

After I sent the text, I saw Dr. Gibbs' wife Barbie, her friend Tiny and their children return home from a day of swimming. I waved at them, then went and planted my phone on the tree stump where Jacque Sue's vehicle was parked—breadcrumb number five.

I got into my truck and executed my plan. I drove from Jackson to Cape on Route W— ironically on the same road I'd just built the year before. I took my wife's phone with me. While driving by I-55, I took out the phone's battery, which caused the police the most trouble. See, I knew if they didn't have her body, their only way of searching for her would be by tracking the phone. They played right into my hands. I mean, they did exactly what I anticipated. On top of

*page #'s wrong*

80

that, I predicted that they would check the OnStar GPS on my truck, so I tactfully took the rural

route that had virtually no video surveillance.

I drove to Honker's Boat Dock by the Mississippi River. It had been about an hour since

the killing. Well, upon my arrival, I came across a hurdle. The Corp of Engineers that monitored

the flood stages were there unloading a boat, along with a local Cape police officer, who shall

remain anonymous because he never told a soul that he saw me there—even after he inquired

about how my wife was doing. Little did he know that she was in the trashcan in the back of the

truck. (What a feeling) *(could you ever imagine talking to police with your dead wife in back of your truck).*  *← ADD*

"What type of fish are you going to catch?" He asked casually.

"I'm going to run a trout line, but I forgot my bait," I said lying but it was a very common

thing to be doing at this time of the day.

He left me alone. I was thankful that he did. I believe the real reason he didn't report this

later was because the top dogs on the force had done him wrong for years, and he probably

wasn't interested in helping them in any way—even by dereliction of his duty to help put me

behind bars.

Needless to say, I wasn't about to unload a dead body in front of the police. I was crazy

but not that crazy. I left and detoured to Toys-R-Us, where Becky, Maddox and her daughter

Ashley were. I purposely got seen on camera with that at 6:47 pm—breadcrumb number six.

Becky wanted me to accompany them to the Olive Garden for dinner. I respectfully declined and

told her I had something very urgent to take care *Delete* take care of.

About 7:3 p.m. I arrived back at Honker's—the coast was crystal clear. But the river was so

flooded that I had to unload the boat by hand off the trailer. I pulled the boat over by the tailgate

of the truck. I had to jack-knife the trailer to get the boat next to the tailgate to unload her body.

As soon as I got her loaded in the boat, I headed upstream, approximately 4-miles until I arrived at the hole I had dug for her. I pulled the trashcan from the boat about 25 yards, then I took her body out of the trash can and dumped her inside the hole, alongside of a cotton-mouth snake that was about 3-foot long. I used the shovel that I'd left the day before and emptied a 35 pounds bag of fertilizer over her and buried her and the snake together.

After I was done, I had these parting words: "You really shouldn't have tried to take the kids. See you around."

As I got to the boat, I took off all my clothes and walked waist deep in the water—I tossed my clothes in the rushing water. They disappeared. I got back in the boat about 8 pm—butt naked. Halfway across the Mississippi, I discarded the shovel and trashcan. I waited and watched as it all sunk out of sight.

I made my way back to the truck and put on another set of clothes. I loaded the boat up and headed back to the guesthouse. I stopped in the middle of Cape, off King's Highway—by Ace Hardware –and left the boat there in a vacant parking lot.

I arrived home about 9 pm.

I still had work to do. I got Jacque's blue Honda Pilot and drove it up the Interstate about 5 miles from Jackson, Missouri and parked it on the northbound side of the highway—just outside of the Fruitland area. This was breadcrumb number seven.   Then I ran back to the guesthouse.

As I arrived about 9:45 pm, Dr. Gibbs said, "How come you are out of breath?"

"I just got finished riding a bike," I said trying hard to maintain my composure.

"You need to call Jacque's family because there's a problem. They called her and said she hasn't returned home."

"I'll call her," I said, and I did.

"What did you do with her," Jacque Sue's mother asked frantically.

"What do you mean?" I asked sounding blown away at the accusation.

"She hasn't returned home," she said sharply.

"I'll call her phone," I replied, and hung up.

I call Jacque Sue's phone to solidify the phone records. This was the first of countless calls I made after the killing from my phone to hers.

After planting that breadcrumb number eight, I called Becky.

"If you're not at home, you need to take Maddox back to Illinois because there's a problem," I told her.

"Okay," Becky said. "Call me if you need anything."

I called Cheryl next. Bear in mind that my phone was on voice mail during the disposing of the body, so I was trying to routinely return calls.

"Have you killed my sister?" Cheryl snapped as soon as she came on the line.

"Of course not," I answered, appearing to be in a state of shock.

But Cheryl wasn't buying it. "If she doesn't call me in the next ten minutes, I'm calling the police."

"I'll call her phone," I replied, then hung up.

Between eleven p.m. and midnight, I sent Becky a text message informing her that my wife was missing.

Everything was happening as I had figured it would. I continuously left text messages on Jacque Sue's phone, asking her to call me.

Next, I got inside of my truck and drove to the carwash off Bloomfield road in Cape. I sprayed off the inside of my truck, just to be on the safe side. Actually, I took every possible precautionary measure I could, though I knew that I was the only person on the planet who knew where my wife was and I would be able to use that – if the time ever came – as a bargaining tool to avoid the death penalty.

During this time, I was very visible for surveillance cameras in Cape. I even made a calculated stop at the Rhodes 101 Convenience Store in front of the Jackson Police Department. I picked up a ~~Dr. Gibbs~~ *Mr. Pibb* and as I was coming out of the store, I ran into a former colleague, who worked for the Cape County Sheriffs' Office.

"How are things going?" He asked casually.

I deliberately ignored him and pretended to be talking on the phone – Breadcrumb number 9. I knew he'd remember it and report it.

Approximately 12:15 a.m., I strategically called 911 to report that my wife was missing in lieu of the conversations I'd had with her mother and sister.

"I'd like to report my wife missing," I said to the operator, I then gave my location.

"We'll send an officer to you to take a report."

While I waited, I doubled, tripled, and quadruple checked for anything out of order. This was the test of all tests, and I wasn't taking any unnecessary risk of failing it.

About 2:20 a.m., Office James Barker arrived at my doorstep. He was the perfect officer because he was a pea-brain. I mean he was the equivalent to Barney Fife on the Andy Griffith Show. I was surprised that he was allowed to carry a gun. He was that dumb. Prior to joining the force, he had been a dogcatcher. And the word-on-the-street was he couldn't catch a dog dead. I believe it because he had the chance to solve this case the second he sat down at the kitchen table

and didn't notice my wife's purse and keys sitting in his face. In fact, he scooted the purse and keys out of his way to write his report.

I was shaking like a Parkinson's patient when I realized that I had slipped up like that. I had been on both sides of the table, I knew what to expect from season investigators. But I could've never imagined that they would've sent such a lamebrain to me. I thought it was a set up. One thing I had learned was to never give your hand away to any police officer because you never know who had sent them. The Jackson police knew that I knew they were pursuing me and they could have told Barker to play dumber than usual to find out whatever he could. So I wasn't about to give my hand up to anybody, especially to someone as dumb and goofy as, Barker. I have known him ever since the police academy.

"What time was she here?" Barker asked first.

"She got here around 4:15, then left between 5:15 and 5:30 on foot."

"Why'd she leave on foot?"

"Well, we got into an argument over bankruptcy, and she wanted to leave. I took her keys and threw them out the front door, and they got hung up in the tree. So she took off on foot."

"Did she say anything?"

"She didn't say anything."

Barker had me hand write a statement, which I kept very vague too less than a couple of paragraphs. I knew they'd regroup and come back at me.

And they did.

That's when Lt. Rodney Barnes showed up on my doorstep at approximately 6 a.m. with Barker.

"We need another statement," Barnes said reading my body language.

"Did you lose the first statement I gave you?" I asked rhetorically.

"We're just trying to get as much pertinent information as we can to find your wife," Barnes replied.

So I wrote another statement that said the same thing as before.

Barnes wasn't pleased. "You wrote exactly what you did the first time."

"I'm just trying to help," I said laughing to myself.

They asked to search the house, and I said yes.

"Where is your son?" Barnes asked as they walked to the back bedroom.

"He's in Illinois with Becky."

"Who is Becky?" Barnes asked as Barker took notes.

"She's my girlfriend."

"How do I get a hold of her?"

I gave him Becky's telephone number. After they completed the full sweep search, Barnes said, "If you hear something, call us."

⚹ Chapter

FIFTEEN

YOU'RE GOING TO GET THE

## DEATH PENALTY

The mere fact that my wife was missing was enough to satisfy the Illinois State Police that wasted no time taking Maddox into protective custody. Barnes convinced the State Police to simultaneously search Becky's property and her parents' property. They weren't taking any chances. The moves they were making meant one thing: I had graduated from public servant to primary suspect.

Becky called me as soon as the police left. "They look Maddox," she said somberly. "I offered them to let him stay until his father picked him up, but they weren't having it. They're making some pretty serious allegations that you killed your wife."

"They're just doing their job," I told her soothingly. "When you talk to them just tell them the truth and be forthcoming."

Around mid-morning, I drove to my longtime friend/attorney's office of Mount Auburn Street in Cape, Brian Greaser. We had known each other since we were snotty nosed brats. I knew he would be bounded by attorney-client privilege, so I told him without telling him that I had killed my wife.

He advised me in these words, "Don't ever breathe a word of this to no one."

And I took his advice.

"Keep me out of this," he demanded during our two-hour conference.

The police called my cell phone around 10 a.m.  and told me that they had located my wife's vehicle. They asked me to come to the Jackson Police Department.  I knew they were up to something, but I didn't know what. Anyway, I agreed and drove right over there. While I was in the process of giving them consent to search my wife's car, Greaser called me.

"What are you doing?" Greaser asked curiously.

"I'm about to give the police consent to search my wife's car," I told him.

He advised me not to, but I really wanted to because I had left a lot of breadcrumbs through out her car. I told them my attorney advised me not to, and the lead investigator, Don Perry, had a fit.

"You're going to get the death penalty," Perry said in disgust.

"Good luck," I replied sarcastically.

I knew they had no chance of finding my wife, so I wasn't concerned with their threats. I guess I was there about ten minutes.

As I got into my truck to leave, my half-brother called my phone. "Meet me at my house," he instructed.

"Okay," I said wondering what he wanted.

Several people had been calling my phone, including Tudy, and I was avoiding returning their calls. I knew most people were just trying to be nosey, and the last thing I needed was everyone in Caped and Jackson in the middle of my business.

Thirty minutes later, I was sitting with my brother in his living room.

"You know Jacque's mother called me last night about 7 and I was over at your house about 8 o'clock. And the police want me to give a statement. What do you want me to put?"

"Be vague but truthful," I told him. "You know how to deal with Mayberry's finest."

"Whatever you did," he said calmly, "I'm sure you'll be okay. This wasn't your first rodeo."

I knew exactly what he was saying, and I felt a bit of comfort in knowing he had my back.

88

"I was at the Rhodes 101 while you were at the station," he informed me. "They put a GPS on your truck while you was in there. And they probably already have one on my car."

"Do you want me to put the GPS on a squad car or you think I should just keep it on my truck?" I asked because I valued his advice.

"Just keep it on your truck," he answered. "Make them think that they're getting one on you."

After reading this exchange, you're probably thinking that I confided in my brother. Well, I never admitted, indicated, or told my brother that I killed my wife.  Actually, he assumed this was standard police procedure because I was the husband.

We talked for about 2 hours, and then about mid-afternoon, I went to the Diversion Channel, which is a river access South of Cape. Because of the flood, I was able to easily get three Buffalo Carp fish out of the shallow waters, which was breadcrumb number ten. I needed the fist to plant fish blood inside of my truck so that the police would follow that rabbit hole. I really wanted and needed my truck to be impounded as evidence.

Afterwards, I returned to the guesthouse and continued to place calls to Jacque Sue's phone. Also, I swept the house again because I knew a court ordered search warrant was coming.

In need of some physical support and affection, I went to Becky's house and spent the night. We talked about everything that was going on. I told her that the police was going to threaten to take her kids, threaten to put her in jail – the death penalty and all. But I told her to just tell the truth. I made it clear to her that I wasn't involved, though she wasn't a dummy.

"Whatever happened," she told me, "Don't allow it to affect my family."

I looked into her eyes and said, "I always told you that some things are worth fighting for."

"Oh, J.C.," she cried. "I hope this all works out because they told me that they believe you did it."

She gave me a play-by-play of the dual searches of her property and her parents' property. She told me they questioned her and her parents. And they even asked her to wear a wire and/or take a polygraph test. She told them that she didn't feel comfortable in doing that.

We ended the night with the last and best sexual encounter we'd ever had.

After that, I realized that I was going to have to separate myself from her to protect her and her family.

The next morning, Becky followed me to the courthouse in Anna, Illinois. A child protective custody hearing was scheduled for Maddox. Jacque Sue's mom, dad, sister, and an unknown male were in attendance. They didn't acknowledge me, so I didn't recognize them either. My daughters were already with Cheryl, and it was apparent that she wanted my son too.

"I don't know what happened Mr. Waller," a state female worker said to me after a bench conference was held in the courtroom. "But the police didn't follow the proper procedures and we're not getting in the middle of this mess. Here's your son."

Maddox came running into my arms and said, "Dad, where have you been?"

This was one of the happiest moments of my life. Maddox gave Becky a hug and we took off in my truck.

The court determined that the Illinois police had taken custody of Maddox illegally and that the police's paperwork was factually incorrect. My son was legally in my custody.

"I had to stay at a strange black lady's house last night," Maddox said to me. "Why didn't you come to pick me up?"