I just started crying. Maddox undid his seatbelt and gave me a hug. I knew that he was completely unaware that his mother was missing at this time, and I didn't have the heart to tell him.

When we arrived at the guesthouse, I fixed Maddox a sandwich. He went outside to ride his bike while I was preparing it. I called for him a couple of times to come in the house to eat, but he didn't answer. So I walked out on the carport area, and was confronted by Cape County Sheriff, Lt. David James and detective Travis Sikes.

"We're taking your son into protective custody," James said authoritatively.

I had a 9mm stashed on top of the flowerpot a few feet away, but I couldn't get to it. It's a blessing that I couldn't, because I was contemplating on killing them both.  When it comes to someone taking my kids that was a penalty *death* in my book.

David James looked me in the eyes with a smile and said, "You're going to get the death penalty"

Once they left, I returned to the location in Cape where I'd left my boat. It was somewhere around mid-afternoon. I conducted a quick inspection of the boat, but it appeared to be in the same condition as I'd left it.

I went inside of Ace Hardware and purchased a hand-held razor knife with cash.  This was breadcrumb number eleven. I used the knife to gut open the three Buffalo Carp fish I'd obtained from the Diversion Channel. I gutted two of the fish in the back of my truck – right in the parking lot – to cover up any traceable blood evidence that I may have left in the transportation of my wife's body.

Next, I gutted the other fish in the boat because I knew that I hadn't committed a perfect crime – there was too many loose ends left untied.

91

In fact, I had received a tip from a courthouse worker, whom I had been romantically involved with years past; she told me that, "The local heroes have applied for a search warrant…what the fuck have you done?"

I told her to calm down and thanked her for the information. As I ended the call, I said, "I'll go home and wait for them."

After the fish blood had been properly placed and planted in the boat, I left the boat and returned back to the guesthouse.

When I arrived at the guesthouse, I strategically put fish blood on the drivers' side of my truck. The reason for these breadcrumbs and deception was as long as the police were chasing rabbit holes, the less likely they'd be able to find my wife's body.

SIXTEEN


IT DOESN'T LOOK GOOD


Lt. Barnes returned to headquarters convinced that I was guilty. It was impractical to lock me up without probable cause – the Illinois State Police had already been admonished for their unlawful seizer of my son, and Missouri authorities knew I was subject only to prosecution after a showing of at least some evidence. He did what officials often do when confronted with a problem for which there was no simple solution: he launched a public relations campaign. Barnes met with media representatives, detectives, investigators, and chiefs of police from towns in surrounding areas. They formed a Major Case Squad and joint task force that included: Cape City, Jackson City, Scott City, Cape County Sheriff Office, Bollinger County Sheriff Office, Missouri State Highway Patrol, Southeast Missouri State Police, Missouri Drug Task Force and F.B.I. Early in the investigation there was federal cooperation with state and local law enforcement efforts. The task force sent agents and detectives into surrounding areas to urge residents to come forth with any information, and it sought to convince the public that their help was vital to fining Jacque Sue Waller.

The cornerstone of the strategy was a telephone hotline. Citizens were invited to give anonymous information; Chief Humphries especially encouraged former associates of mine to come forward with anything they knew about me – from the past or present.  Within days, the hotline was operational.

The tips poured into the hotline, terrible, unverifiable tips: I saw Waller driving his truck on the day of the killing; Waller threatened me in the past. But there were no need to follow-up, and most of the tips probably languished. The cops knew it was get back at J.C. Waller season. They were not impressed at all with the revenge calls they received.

Based on my prior experience, more than likely all they had was notepaper. Small town cops usually didn't have forms, or other methods of organizing information. I'm certain that they just filed the paper in Xerox boxes, half-assed. They might've put color-coded stickers on return calls, but that probably was the extent of it. I could tell from Barnes' frustration that there was very little thought given to what to do with all those people phoning in. I could easily tell that the only thought given was to the public relations value of it.

The family was in an uproar over the lack of success. Jacque Sue had been missing for seventy-two hours and all the police had were the breadcrumbs I'd left for them. Surveys showed that most people believed that I had something to do with her disappearance. Pictures of my wife had found a home on the front pages of local and regional newspapers and the pages of Internet users.

The intense news coverage of Jacque Sue's disappearance prompted public outcry over the low-level of progress being made by searchers. Such outcry, as it often does, prompted the Task Force to do what it did best – conduct a massive search of Dr. Gibbs' property. Friday night, approximately 6 p.m., a search warrant was served on the Gibbs' estate. The plan was to simultaneously search the primary residence, guesthouse and ponds. There were countless cops, investigators, highway patrolmen, state troopers, sheriffs, marshals, and detectives.

Barnes knocked on the front door of the guesthouse and said, "We have a search warrant."

"Imagine that," I said, already expecting them.

"You need to sit here in the living room with me," Barnes ordered.

I sat down and let him deliver the standard "make-the-person-feel-guilty" speech.

"Make it easy on yourself," Barnes said pitifully. "Those kids need their mother."

"You know, I know about your affair with Tudy," I interjected abruptly. "You think your wife knows about it?"

"Fuck you!" Barnes shot back sticking out his chin defiantly.

"Well, can we at least agree that Tudy's got some good pussy," I said being smart.

Barnes' lips pursued with suppressed laughter. "Have you thought about what prison is going to be like?"

"Prison is the least of my worries," I said confidently.

"We're going to find Jacque," he spat back. "If it's the last thing I do on earth, I'm going to find your wife."

"I want you to find her," I told him mockingly. "You guys are doing a great job.  You might need to bring in more Feds to help with this investigation."

I said it in a way that he knew I was dropping a hint.

Barnes smiled with a bitter resentment. "I think we'll be able to handle this just fine. This case is almost solved."

Inside the investigators bagged up clothes, took pictures, hunted for blood, and seized some kitchen knives.

Outside, the Missouri State Highway Patrol Dive Team was checking the three ponds for my wife's body. As soon as the other officers saw the fish blood in my truck, they fell for that breadcrumb – hook, line, and sinker. I had to laugh to myself as I thought, 'You idiots.'

Barnes' stony expression turned into a smile when they found the fish blood. "Where's your boat?" He asked, thinking he was onto something.

"I don't own a boat," I replied shrugging my shoulders.

I had given them enough breadcrumbs to eat for one day. I let them waste my entire evening.

Dr. Gibbs understood why his property was searched. He knew about the hotline of course – everyone did – and he figured someone tipped the police to all the potential hiding spots there. After the police left, he came to the guesthouse and said, "I don't know what's going on, but it doesn't look good." He looked like he felt sorry for me.

And it really didn't, until the cops figured out that it was fish blood in my truck.

I had another truck over at my twin sister's house. I called my half-brother, Mark, to ask him to come pick me up from the guesthouse, so I could get the back-up truck.

I originally didn't want to include my half-brothers in this book, but it wouldn't be a tell-all if I didn't. Before I was born, my mother married a man named Leon Hearting and they had two sons – John and Mark – and a daughter named Sherry. My mom actually cheated on Leon with my father, James Clay Waller, which produced a set of twins – my sister and I.

Well, once John saw the media reports of a small fishing boat, he immediately knew that his boat was allegedly involved in a missing person/murder investigation. Mark told me this when he arrived to pick me up. He said John wanted to know where his boat was. I told Mark, "It has fish blood in it, but I'll go spray it out and take it to John."

I know you're wondering what happened to the boat I bought when my mom died, I sold it a few years prior to the killing. Ever since, whenever I needed a boat, all I had to do was borrow John's.

96

Now, I know you're thinking, "Why would you use your brother's boat to dispose of a dead body?" this boat wasn't the type of boat that was hard to replace. The maximum value of it was less than $1,000, so it was no big deal for me, but it was for him.

This also explains why I had no problem leaving the boat in the middle of town.  The only problem I had was the cops weren't competent enough to find it, which was really complicating my plan.

Once I got the back-up truck from my sister's house, I proceeded to pick up the boat and take it to the carwash. When I got there, I threw the fish in the carwash stall's trashcan and sprayed out the boat with some cleaner I had picked up at Wal-Mart.  Then I took it to John who lived in the Snake Hill area.

"Little brother, what the fuck is going on?" John asked very concerned.

"It's all good," I said bleakly.

John just shook his head.

\* *chapter*

SEVENTEEN


HOMELESS


*saw Dr. Gibbs*

I never again would draw a salary from Dr. Gibbs. Before I left the guesthouse for good, Dr. Gibbs told me, "After this is all said and done, we'll get into the crop dusting business." (I could make some pretty good money in the crop dusting business) And Dr. Gibbs had been good to me. But I became a burden. I went from flying helicopters to homeless. I was forced to live out of my truck. I had hit rock bottom. I stopped functioning properly, stopped thinking properly. I started stealing food and gas, any little thing I needed to survive. I left the guesthouse and became a guest at the local shelter.

I was dead broke. I couldn't find work because the media had me all over the news.

Partly, because within ten minutes of me leaving John's house, the Cape County Sheriffs Department was in possession of the boat, courtesy of my brother John. He immediately called the cops after having seen the mounting media reports. Had I confessed to him that I had killed my wife, it would've been me they had in custody instead of a beat up boat.

But I wasn't mad at John for being an honest citizen. It actually helped more than it hurt because the police weren't smart enough to locate it siting on the busiest street in the middle of town. It was pathetic: from the purse and keys sitting in plain view on the table to a fishing boat sitting in plain sight at one of the busiest intersections in Cape.

One day I was planning with Dr. Gibbs for the crop dusting business. I mean I had the guesthouse to live in, money, Becky, and, most importantly, my kids. Then next I was stealing produce as I walked down the Supermarket's aisle. You cannot imagine what it's like eating

grapes that you can't pay for. I was doing so bad that I had to go to the Victorian Inn and pretend to be a guest, just to shower, shave and eat free food. I am not kidding.

I had no one else to turn to. My friends shunned me; my brothers and sister were consumed with their own problems. That was a lot of pressure on me. I couldn't handle it. I saw the karma defeating me, people defeating me, my own brother defeating me. I was crushed like a jellybean.

I finally broke down and answered one of Tudy's constant calls.

"What's going on," she said curiously. "I need to see you immediately."

I agreed to meet her at the South Missouri Hospital – a place we frequently met up at when we were having an affair. When we got together in the parking garage, she told me, "Barnes thinks you killed your wife, and he wants me to set you up."

"Go along with it," I told her not knowing what else to say.

"Well, we need to have trigger words, so when I call you, if my phone is tapped or if the police is with me or listening, you'll know."

It sounded like a good idea to me. I let her continue.

"I will accuse you of stealing $20 from me, if I'm wearing a wire, I'll tell you that I love my kids and my husband, and I can't see you anymore."

I wanted to test her loyalty so I told her "the police have been following me on the ground and in the air. I think Gary killed my wife."

"I don't know why he would kill her," she replied curtly. "Not when he wants to kill you."

"He don't have the fucking nuts to fuck with me," I said slightly losing my composure. "Forget all that, I need some pussy."

We had sex in the truck.

Afterward, I said, "Hey, I need some money."

According to Tudy, she had a new banker-boyfriend who gave her an allowance of $100 a day. And she cheated on him, supposedly, because he had erectile dysfunction.

She gave me $20 or $30, whenever we met during my last days on the streets.

After John turned the boat over to the cops, Jackson Police Chief Humphries and Cape County Sheriff Lt. Dave James, made the media rounds. They had released to reporters that their "so called" elite investigators had located the boat. They contented publicly that they were getting closer and closer to solving my wife's disappearance.

And every time they made it a point, they pointed the finger at me.

Honestly, each time I saw the reports, I said to myself, "she isn't missing...I know exactly where she is." And it was a secret – a secret that I vowed to myself never to tell.

But Crystal Britt, news anchor for KFVS, continuously called me for comments. I eventually got tired of the taunting I endured in social media. Specifically from the Cape Girardeau Area Tropics Bog Site, which a lot of area residents frequented to keep up with local gossip. I mean I was crucified daily. People would post things like: "You're a killer" "I hate you" and "Clay, tell us where you put her, you'll get life instead of death" – you name it, they posted it.

Crystal Britt tried to befriend me because she wanted an exclusive story. Don't get me wrong – she didn't call me daily, but she did call me a half dozen times before I finally agreed to meet her at the Cape Girardeau Regional Airport. She told me that she knew the information the police was releasing was partly inaccurate. I decided to appease her with a nice appetizer.

"Have you been searching for your wife?"

"Everyday."

"Where have you been searching?"

"I've been searching the Fruitland area."

Now, during this time, Humphries claimed on National TV that he had reports of me on video flipping off searchers. For the record, I flipped off Humphries after he made a taunting death penalty gesture to me by pretending to inject a needle into his arm expression with his hands. Now that is the truth. But he put a spin on it to get his 15 minutes of fame. The mainstream media ate it up.

Tudy told me, within a couple of days of us meeting at the hospital, Barnes and FBI Agent Brian Ritter and other law enforcement officials met with her at 7 a.m. at her new banker-boyfriends' house. She claimed that they took her to the Illinois State Highway Patrol Office in Ullin, Illinois, where they arranged for her to call me while they listened. When she called, she immediately used the trigger words of accusing me of stealing $20, so it gave me an avenue to put Lt. Barnes on blast.

In a roundabout way she asked me if I had anything to do with my wife's disappearance. I denied it and told her, "I think your husband Gary had something to do with it". She denied that.

I couldn't let this opportunity slip by, so I asked her to get the explicit Facebook messages for me she had exchanged with Lt. Barnes. According to Tudy, she started messing around with Barnes because he promised to help her get a dispatcher job with the Jackson Police Department.

During the set up phone call, I said things to make it known to Barnes' colleagues, including the FBI, that he and Tudy had an affair. It was a chance I couldn't let slip away.

101

Later that day, Tudy called and told me to meet her at Arena Park. She gave me a complete run down on what had transpired at the Highway Patrol Office, and it could all be summed up with: They weren't pleased.

With Tudy playing on both sides, I really couldn't trust anything that she said, no, nothing at all. But she proved to be the least of my problems.

There was one other more pressing problem. Dr. Gibbs and his wife had done a thorough search of the guesthouse, and noticed that the hallway carpet was missing.  Bear in mind that the carpet runner was about 20 feet long. It originally had a spot of blood on it about the size of a pancake. I had given it a soda treatment the night of the killing, and it had survived the search warrant.

Until this day, I am dumbfounded how the Mayberry's finest missed it the first time. Had I removed the carpet prior to the search, it would've looked much too suspicious. So I rolled the dice and didn't crap out. That was until inspector Barbie Gibbs noticed that it was gone. The authorities were notified immediately.

Actually, this was my first regrettable mistake. Never in a million years would I have imagined that the Gibbs would've been able to put two and two together the way that they did – though I should've because they had everything to lose and nothing to gain by withholding such a critical piece of information. I say critical because it led to the FBI getting more involved, as well as probable cause for another search warrant.

At the time, I was totally oblivious to what was going on at the Gibbs' guesthouse. I had no idea that Barbie Gibbs would stumble upon the breakthrough the police had been hoping for. It wasn't their make-it or break-it moment, but it put them back in the game. I had known all along that this carpet could be a potential problem, but I was screwed if I got rid of it and

screwed if I didn't. I mean, with it not being there it would have automatically raised red flags. I just couldn't remove it from the home, though I wanted to, because there was 24-hour on-site surveillance of the Gibbs' property by the Jackson Police Department.

I really don't hold any hard feelings towards the Gibbs for doing what the police couldn't do themselves. At the end of the day, they did the right thing. If anything, I was wrong for putting them in the middle of my self-imposed miss – all they did was try to help me get my life back together during the separation.

I am truly sorry.

Now, I didn't find out until a couple of days later that the Gibbs gave officers consent to search again and process the guesthouse as needed for evidence collection following my departure from the residence. When I stopped by my sister's house, I bumped into FBI Agent Brian Ritter, on the backyard deck. He informed me that the police had returned back to the Gibbs' property and found some items that, in his words: "They needed an explanation for." Instantly, I knew what he was talking about because it could only be one thing: the bloody carpet I had stashed away inside the guesthouse in a basement crawl space.

But I kept my composure with a straight face, as he asked me repeatedly to make another written statement about my whereabouts the day of the murder. At that stage, I knew anything I wrote would only be used against me, not to help me. He asked me to confess, but he had a better chance of climbing a greasy pole than of getting a free confession out of me.

I did thank him and all the other law enforcement officials for the "fine job they'd been doing," and I told him to "keep up the good work."

103

During this time, I was bouncing around from house to house – anywhere that was livable. And I did my best to keep up with what was being reported in the news.  There was so much media coverage that it was impossible.

Suddenly, I was public enemy number one.

104

Chapter

EIGHTEEN

PUBLIC ENEMY NUMBER ONE

For one local television station, mired like the others in the low ratings of summer, a time when Missourians cruise the Mississippi River while they can enjoy it, the Jacque Waller disappearance was like Christmas in June. In the little time the Task Force had been searching, it had suspected foul play and believed the scene, where Jacque Sue's blue Honda Pilot was found abandoned alongside nearby Interstate 55, was staged to look like a abduction. On most of the reports was Crystal Britt.

Even before I killed my wife, Crystal was doing stories related to homicides in Missouri. June 6, 2011, police publicly named me as a person of interest in Jacque Sue's disappearance. News reporters basically covered the story from sunup to sundown. I grew so frustrated with hearing the anchors report everything that was said about me. There were no restrictions. None whatsoever. Especially from two former co-workers at Anthem Blue Cross Blue Shield – Elizabeth and Kristin -- who claimed that Jacque Sue was so fearful of me harming her or the kids that she had everything documented so that they would be able to retrieve it easily if something happened to her or the kids.

In fact, they both told reporters that they recalled me telling Jacque Sue I'd agree to a divorce if I could have Maddox, and she could keep Avery and Addison. According to Elizabeth and Kristin, "Jacque wouldn't hear of it." And Kristin was right when she said Jacque told her, that she told me, "Our kids were not puppies you could just split up." That was my wife's attitude. There was no compromising.

Yes, indeed, I threatened to "take her out of the picture," just like Kristin said.

Now, Kristin also claimed that Jacque Sue said I repeatedly threatened to kill the triplets because that would hurt her more than anything else. And according to Kristin, "That's what prompted her to finally move to her sister's house in Farmington in March 2011."

Well, that lie hurt me more than anything else. I understand Kristen and Elizabeth attacking me, but when they attacked my love for my kids, they took revenge to a whole new level. Why would I say that? Saying that I killed my wife, their close friend, was acceptable, but saying I put a gun in Jacque Sue's mouth and said, "you're going to commit suicide," while my kids watched, was disgusting – it turned my stomach.

I realize that I was wrong for killing my wife, but what made it right for these two revenge-focused friends of Jacque Sue's to use my kids as a false talking point. They swore in the National Media that I dragged Jacque Sue outside by the hair and threatened to blow her brains out, but when asked why Jacque Sue didn't protect herself, call police, and leave me sooner, Elizabeth said Jacque Sue had told her she didn't want anything on my permanent record. "She just wanted out, she didn't want to jeopardize his future."

Really...

I'm threatening to kill my own kids, but my wife doesn't tell the police. Instead, she tells two friends who can't do anything about it. Examiner.com reported that Kristin said, "She doesn't think Jacque Sue reported this or Clay's many threats to kill her and the children to the police," but why, because it never happened.

Jacque Sue's father and brother were former law enforcement officials – sheriff deputy and city cop. If I was beating her, dragging her, and trying to make her kill herself it goes without saying that she would've turned to them. So why didn't she?

Why, because it never happened. The reality is this – my wife was far from the innocent angel she was portrayed to be by the media. According to Cheryl, Jacque Sue "planned to live with a new boyfriend in Farmington, ordering pink-and-purple monogrammed Pottery Barn bedding for the girls and gray-and-blue plaid bedding for her son Maddox, and had painted their new rooms the day she disappeared."

Matt Marshall, a former employee of mine, told the police I came to his home in a foul mood one night accompanied by my "three five-year-old triplets." He said I sent the children out of the room and told him, "I'll definitely kill her before my kids call another man Daddy."

And he was right.

I said it.

And I meant it.

According to a probable cause statement, obtained by KFVS, "it appeared Jacque had her future planned out. She had custody of her triplets, was getting a new job eliminating her commute, and she also had a new love interest – they were planning to move in together."

Ironically, I was no place in those plans. As Jacque Sue told me previously, I was going to be a spectator from the sidelines.

Imagine that.

She was planning on replacing me and releasing me from my duties as a father. Who gave her that right to dismiss me? It wasn't fair. There was no justice – none whatsoever. So I did what I had to do to get "justice for J.C."

See, in my mind at the time, I didn't have a prayer – Jacque had money, means, and malice. She simply could not get over the fact that I had cut out on her with the "slut from the trailer park." And it was apparent that she was about to impose her own justice. She was using

the justice system to her advantage without any regard to my rights as a father. Like she said,

"I'm their mother."

And she died for being selfish.

That's the bottom line because I was always willing to compromise.

As long as I had at least one of my kids, she would've sill *still* been breathing.

NINETEEN

INJUSTICE FOR ~~JAMES CLAY~~ JC

After being featured on Fox News, CNN and Good Morning America, I could feel the heat of the investigation bearing down upon me, a heat as relentless and unforgiving and burdensome as a mid-west tornado in the last summer. I was public enemy number one and according to Stan Rawson, Jacque Sue's dad, it had been confirmed blood evidence was found at the guesthouse and the hole in the tire of my wife's abandoned vehicle was made with a knife.

In fact, Stan told FoxNews.com, "I've seen it...but that's all I'm going to confirm. There's a ton of evidence...just suffice it to say there is blood evidence. I saw the evidence bags."

I had no doubt that I was on borrowed time. Especially, when Chief Humphreys told Good Morning America, "Right now, it doesn't look good. Something terrible happened, I feel it in my

108

heart to her, yes." Humphreys even told FoxNews.com that I was "not cooperating the way we hope I would."

I stuck to my guns and maintained that I was innocent, I wanted my wife back, and I felt the police and community were on a witch-hunt.

Jacque Sue's family and friends were out and about in full force. Two hundred people attended a prayer service for her June 9, 2011 at Farmington High School in Farmington Missouri. I couldn't turn on the TV without hearing something about her or me. The media concentrated on the threats that I had made to my wife. To the credit of the press, they never accused me of being abusive or violent prior to 2010, which I wasn't.

Elizabeth and Kristin told reporters that they knew bits and pieces, which was the truth. They claimed that Jacque Sue was "scared to leave and scared to stay." They also contended that she was scared to call police and scared to say too much to friends and family. They said, "Clay made it clear to Jacque that she'd never be able to leave him."

I made it clear that she'd never be able to take my kids. I have no problem admitting to the conditional threat: "If you take my kids, I'll kill you!"

Cheryl told reporters, " I remember Jacque telling me Clay would ask her: " You didn't tell anyone about this, did you?" And Jacque would respond: "Of course not, Clay." So honestly, Cheryl said, "I don't think Clay thought this was coming.  He didn't count on this and I don't think he believed she told anyone."

Well, the truth of the matter is I really didn't care who Jacque Sue told about my threats because they weren't just threats—they were promises. See, I find it hard to believe that every one knew that I was threatening her, because no one did anything about it. Everyone including Jacque Sue's father, claimed that they knew about the threats, I watched Stan go on Good

Morning America and say, "I know the threats that he's made against her and kept out lining those threats. He did it, there's no doubt in my mind."

Jacque told people what she wanted them to know. Not one person commented about in less than 90 days, she'd found new love and was planning to take my kids and raise them with her new love. We went on our trail separation in March; by June, she had a new man and a new home they were planning to move into with my kids.

When Jacque Sue decided that she was revoking my parental rights, so her new man could take up my duties and responsibilities as a father, she knew what the consequences could be, but she wasn't certain what they would be. Primarily because she had a lot of people tell her not to worry about me. Kristin said Jacque Sue told her at least once, "If something happens to me, make sure you tell them it was Clay, and the things Clay has done."

What about what Jacque had done to me. I guess it didn't matter that she was taking my kids away from me because of the affair I had with "Tudy."

Let me get this straight: according to the media, Jacque Sue was going to move into a new house the very next day after she and I met with a divorce lawyer. Now, from a legal standpoint, wasn't she my wife? Wasn't she having an affair of her own? I never knew who her new love was until the media reported it. And if you haven't figured it out, her new love was the unknown male at my son's protective custody hearing with Jacque Sue's family. So, was that an affair? The divorce wasn't finalized and my wife was ready to move my kids in with a man she barely knew.

But no one asked a single question about this, no, not one.

110

Kristin said, "I was shocked because I thought things were better since she and the kids had moved in with her sister. In my mind, I thought she was finally safe and I wasn't so worried about her and the kids. Evidently, I was wrong."

Yes, you were, Kristin.

But you were right about the statement you said haunts you every day: "Just when you think things are safe and OK, that's when I'm going to get you."

I said that.

And I meant that.

I wasn't about to let Jacque Sue revoke my rights to being my kids' father. That right was non-transferable. I wasn't the first man to say, "If you take my kids, I'll kill you!" or "I'll definitely kill her before my kids will call another man Daddy"---And I won't be the last. Every man with dignity feels the same way. It's just wrong for women to use kids to get back at men.

At least it is to me.

The media reported two possible motives: (1) Jealousy of a controlling abusive husband, and (2) Greed as they alleged I believed I would lose financially by the divorce. To support this the press reported that I had serious money problems---which I did---and felt I would lose too much in a divorce. It was even reported that Jacque Sue didn't want any form of child support from me, and even offered to give me $50,000 the minute the divorce was final.

That was the motive right there. She thought she could give me money to disassociate myself from my kids, so they could call another man daddy. Well, my parental rights weren't for sale. No sum could balance the worth of my kids to me. And the media reported this indecent proposal like it was OK. I guess the message the press sent was clear: Whatever makes money makes sense.

Forget about the fact that my wife was about to move my kids in with another man, a man she hardly knew. Since when did it become acceptable for that to happen? Everyone has focused on the fact that I killed my wife, but what about my rights as a father?

But why did I do it?

What did she do to me?

No one cared to know. It didn't matter that I was being forced to be a spectator from the sideline. The only thing that mattered was money. The press wanted to peddle the pain----bottom line. It wasn't fair and balance when it came to me. The media reported whatever was being said about me as long as it wasn't good. I was a good father to my kids. No one can deny that. But no one wanted to report that, either. No one wanted to report that my married wife was moving my kids in with a man she barely knew.

I wonder why?

Why were the media afraid to report the truth? It was apparent that my wife wasn't an angel. That became obvious when it was reported that my wife was fooling around with her black trainer. I got that confirmation from the media, but it paled in comparison to the injustice for James Clay Waller II.

112

*chapter* TWENTY

JUSTICE FOR JACQUE SUE

Two funds were set up with US Bank: The "Jacque Waller Fund," for care of the triplets; and the "Justice for Jacque Fund", which offered a reward for the information leading to Jacque. Many people donated to the triplets and the reward fund, and I would like to take the time to thank each and every person who helped in support of these funds. You are appreciated. It's my hope that your funds were used appropriately for the care and well being of my children. All I ever wanted was what was best for my kids, and for them to never want for anything.

I assure you that I have no desire to profit from their pain. No desire whatsoever.

Cheryl said a lot of things about me to the media, and I understand that it was because of the unfortunate circumstances concerning what happened. I get that, I really do! She told the media, after her November 12, 2013 adoption of my children that, "We've just closed this chapter. We can get on with living now."

I couldn't agree with her more. I would like for everyone, especially my kids, to get on with living. I realize that the thoughts and memories will always remain, but the hate and malice doesn't have to. I let go of mines the day I decided to tell the police where my wife was. After the announcement, Jacque Sue's family posted the following statement on the Facebook page, "Find Jacque S Waller."

"It is with a heavy heart I deliver this message. Our daughter, mother, sister and friend have been found. God has planned everything well to place us in this very moment. God guided the law enforcement officials, searchers, K9s and most of all the prayers being sent to the prison to weigh heavily on "Clay's mind." We thank everyone who has supported us and assisted us in this terrible nightmare. We have no arrangements as of yet but we will be able to lay our Jacque Sue to rest...finally. God Bless you all!"

114

Yes, God spoke to my heart and I wanted Jacque Sue's family and friends to get the closure they sought. The fact of the matter is no one person, I mean not one individual—convinced me to give up her remains. I didn't do it to avoid the death penalty. Cape Girardeau County Prosecuting Attorney Morley Swingle didn't seek the death penalty. The murder charge alleged that I killed Jacque Sue Waller on or about June 1, 2011 by "unknown means," and offense punishable by a life prison sentence without the possibility of parole.

At the time, I was in federal custody serving a five-year prison sentence for transmitting a threat over the Internet against Cheryl. The federal judge declared in open count that I more than likely killed my wife. My federal defender had advised me that if Judge Stephen Limbaugh— cousin to Rush Limbaugh-was fair, I'd get probation with no prior criminal history. But there were no chances for fairness. Limbaugh told me something to the effect of, "the federal sentencing guidelines rules are not going to apply to you."

I had already been in solitary confinement for about six months. I was initially arrested on July 28, 2011 on a Class B Felony charge of Stealing and Deceit, and a Class A Misdemeanor Charge of Harassment—charges unrelated to my wife's disappearance. Judge Gary Kamp set my cash-only bond at $55,000 for the stealing charge and $10,000 for the harassment charge.

The Probable Cause Statement for the stealing charge said: "In early September 2009, Delta Companies, Inc. invited bids for a construction project to complete the interior of a building in Cape Girardeau. Waller, though his company Triple C Development, LLC, submitted a bid to finish the project. His bid was accepted.  Following his bid acceptance Waller approached the project manager of Delta, Josh Trolinger, requesting a $55,000 advance for materials. Trolinger requested an invoice detailing the items to be covered by the advance on April 14, 2010. Waller submitted the invoice and on April 21, 2010 a check in the amount of

$55,000 was issued to Triple C Development for the purpose of purchasing steel framing materials, sheet rock, exterior and interior doors and hardware. In October 2010 it was noted that work was not being done on the project. Trolinger contacted Waller and requested he provide receipts for materials purchased with the $55,000.

The police concluded that the money was used for another project and that no materials were ever purchased for the Delta Companies, Inc. project. This was a play by the police to get me into custody. This charge was ultimately dismissed.

Now, the Probable Cause Statement for the Harassment Charge stemmed from a complaint that at 10:08 p.m. on July 27, 2011, I allegedly arrived at Tudy's house and started beating on the door. She claimed that she looked out the window and saw me bare-chested, wearing yellow shorts, and a baseball cap. This was all behind Gary, Tudy's husband. He was mad about me accusing him of killing my wife. Gary called the cops and said that I threatened to kill him. The police knew it was bogus, but they wanted to get me into custody by any means necessary.

Well they did.

Because of the high profile natural of the case, I was forced to spend quite a bit of time in solitary confinement. During the brief time I spent at a low-custody Federal prison in Louisiana, I decided I had to camouflage my prior law enforcement experience, and make myself appear slow and less intelligent than I really was. I would also present a made-up history of my case making it almost impossible for the other inmates to know my true background. I already felt outraged by how correctional staff recognized only an inmate's number, rather than his name. I mean they used my name but to them I was only a number. Even today, I am forced to wear an ID card with my number and picture on it—at all times.

Anyway, on April 24, 2012, I was placed into solitary confinement once I was charged with first-degree murder and it was televised nationwide. The prosecuting attorney, Morley Swingle said there was "no point in waiting any longer." Additionally, I was charged with two counts of tampering with evidence. Specifically, the first count claimed that I hid Jacque Sue's body with the intent of impairing the murder investigation, and the second one was related to the bloodstained carpet—they said I concealed the carpet with the purpose of, "Impairing its availability in the investigation of the murder of my wife.

I was immediately brought back to Cape Scott Reynolds, my lawyer on the previous state charges, tried to cover me, as soon as the charges were announced.  "He maintains his innocence, yes," Reynolds told the media. "He's always maintained his innocence."

Swingle, under immerse public pressure, said, "At this point, we're just ready to file the charges and proceed to trial."

The police didn't have any newly discovered evidence. Lt.  James told reporters the charges were simply the next phase of the investigation, which he said, "Wasn't over." "We're going to continue to search for Jacque's body until we can find her. We may not ever find her, but we're going to keep trying."

Swingle said he didn't pursue the death penalty because none of the aggravating factors were involved. To quality for execution, you must kill more than one person, kill someone after robbing or kidnapping or kill a government official—prosecutor, police officer or judge because of there work. I didn't meet the criteria.

I had lived for years in a close web of family and my sister, Ruth and half-brother stayed in relatively constant touch through phone, mail and visits. They came to visit me several times a month. I was so thankful to have their support.

But Mark and Ruth weren't my only visitors. My most regular and perhaps most sympathetic visitor was the man who married Jacque Sue and I on December 18, 1993—Pastor Vernon Long. He came every Friday to visit me at the Cape County Sheriff's Office for a year straight. According to Pastor Long, he got permission from Jacque Sue's parents to come see me. He never asked me if I was guilty. He told me that he wasn't there for that. It wasn't his concern. He said that he was there to get me saved.

We spent the 30 to 45 minutes going over Bible Study lessons. He made it a point to teach me about salvation. Those visits with Pastor Long, who was in his seventies at the time, changed my life. He was awesome. He even taught me how to pray. In fact, he would pray with me after every visit. Each of his prayers ended with, "Lord, please guide the searchers to Jacque's body."

When Pastor Long came to see me, he would always teach me scripture lessons and give me something to study until the following week. When he returned week after week, he was happy with what he found—that I was reflecting in a very serious way on why I had wound up in jail or what the consequences might be for me. He was very proud of my decision to accept Jesus Christ as my Lord and Personal Savior. This wasn't jailhouse religion. It was reality religion. The reality was that only God could save me.

In the end I was forced to fortify my faith and come clean. I knew I could never be forgiven if I didn't give up the whereabouts of my wife's body. Her family, including my kids, wanted, needed and deserved closure. I felt it was time for me to provide it to them.

Too many people had called me out—especially after the police announced that they found Jacque Sue's laptop in her vehicle and it contained a personal diary detailing death threats I had repeatedly made against her. I had denied it, but no one believed me. In one of his many

statements, Chief Humphreys said that my accounts of what happened June 1, 2011 given over the course of numerous interviews were in consistent, incomplete and contradictory.

"Clay told me that I didn't deserve to live and he wishes he had a gun so he could blow my head off that day," Police said Jacque Sue wrote on March 18, 2010. He told me that a divorce would be my death sentence.

At my July 26, 2012 preliminary hearing, the prosecution pulled out its big guns during a seven-hour hearing. I was amaze at how willing many of the prosecution's eighteen witnesses, including Becky and Tudy, were trying to get me a Life Sentence in prison.

The get-back-at-Clay-day angered my oldest son Clay Waller III that he got into a fistfight with Matt Marshall and police had to intervene. The episode was featured throughout the mainstream media, but it hurt me to see my son get a criminal record defending me. "I love you, son."

After a year of getting my life right with God, I was ready to do the right thing.  Even for me to spend the rest of my life in prison. I had always known that I could get a reasonable sentence if my legal team played fair with me. On May 25, 2013, I informed my attorneys— Chris Davis and Amy Commean—that I wanted to give closure to everyone. I said "If you can get me 10-years, I might be able to tell you where Jacque Sue is." They told me that they'd present my proposal to the prosecution.

My lawyers came back the next day and said, "They won't go any lower than 20 years." I told them, "Let's get it in writing." I said that because of how Judge Limbaugh had dealt unfairly with me, even with a plea agreement.

119

Chris and Amy returned an hour later with it in writing. I told them exactly where the body is located, but I also let them know, " They're going to have to take me because they won't be able to find her."

My lawyers wanted me to pinpoint on Google Earth map where the burial site was, but I couldn't do it.

Angel Woodruff who succeeded Morley Swingle told my lawyers that they wanted the Feds to handle this so it didn't get screwed up. The FBI searched the next day but couldn't find my wife's body. They advised my lawyers that they would be there to get me the next day. I told them I needed an Apple Bee's house sirloin with a baked potato before I gave the whereabouts in writing. They agreed.

Handcuffed and shackled, I took them by boat to Devil's Island. Now, I stalled for about 2 hours because I was looking for something I had left. I had lost something but wasn't able to find it. But, I did find Jacque Sue for them.

It wasn't a surprise because cadaver dogs had been in the area earlier searching for her, but had not found her as she had been buried six feet deep and covered with fertilizer.

Pursuant to the plea-deal, the first-degree murder charges were dropped to second-degree murder.

During my sentencing hearing, I had to verbally admit my guilt. I kept it short and simple." We got in an argument," I said. "I lost my temper."

When the time came for the victim-impact statements, I wasn't even prepared for what was said by my son. Now, Cheryl, said, " To someone who has always considered himself the smartest guy in the room, you just look like a skinny, washed up, murdering con man to everyone in this room. I knew immediately that you killed my sister."

I had expected something like that from Cheryl, but somebody coached Maddox so he could record an audio statement. "This is the last time you'll hear from me…"His words still torment me until this day. "You killed our mom…I thought you were a good guy. Now I know you're not. I wish you weren't my dad. I never want to see you again."

It infuriated me that people would stoop that low to get a 7 year old to say what he said. It sounded so scripted. And it tore me apart exactly the way they intended it to.

But I am not mad at them, I understand the pain that they were going through at the time. I'm just glad that God was in control of my destiny and not those who cannot find it in their heart to forgive me.

Circuit Judge Benjamin Lewis told me, "This is not what you deserve, but it will have to do." He also said, "There will be a number of people critical of this plea agreement. However non of those critics could provide the body of Jacque Waller."

Cheryl was very critical of my 20 years sentence. "I did not want this deal, " she said. "My Mother and Father and these children deserved to bury her, though."

Cape Girardeau Sheriff John Jordan echoed Cheryl's discontent. "It's bitter, because Jacque Wall was sentenced to death, and her family was sentenced to life without Jacque."

Jacque Sue's dad said the family accepted the plea deal in order to remove the uncertainty over their daughter's fate. He claimed that my wife was a long time victim of domestic abuse, and blamed himself for not taking Jacque Sue's alleged warnings about my so-called temper seriously. "She thought she could control him," her dad said. Needless to say, she couldn't."

All I can say in conclusion to everyone that my wife meant something to is:

I'M SORRY!

I AM TRULY, SORRY!

121

## CONCLUSION

I have spent almost three years in grief—constant sadness and sorrow, constant misery and mourning, and perpetual pain. My heartache had been rooted in self-condemnation and second thoughts—the kind that comes from being filled with guilt, embarrassment, humiliation and remorse. I know that my actions took the wind out of countless people's sails because I have been reminded over and over again, especially of the effects, of what I did had on my triplets— Avery. Maddox and Addison. It never ceases to shame me how much people talk about my

transgression, think about it and write about it—it hurts me just as much as it hurts them. For sure, if there's anything I've learned during my journey through jail—which was a living hell—its this: (1) you can want to do something so bad that when you actually do it, you realize that you really didn't want to do it—the end didn't justify the means, (2) you never really know what you have until it's completely gone, (3) when God blesses you beyond measure, never take Him or His blessing for granted.

I learned this after I lost everything that ever meant anything to me. Back when one of my main tendencies was the sole aim to win. When I would do anything to get what I wanted—by any means necessary. At the very least, I thought I was very clever and convincing with my tricks to manipulate others. I want you to know and understand that I was not entangled in a web of emotions and dilemmas that any normal person goes through, but I was busy scheming and plotting ways to win this game called LOVE. I loved my kids unconditionally from the second I laid eyes on them. And I would have killed anyone who I felt was trying to take them away from me. When your passion rises to that level, you can be so shy and sly in your ways that people will never know what struck them.

Another interesting tendency I had was that I tended to get bored very easily.  This is because normal people are so occupied with their relationships and people around them, that it does not give them time to get bored now and then. But, I was shallow and empty from inside— once my wife (God rest her soul)—told me that she was taking my kids—and was just playing a game to win. Once the game began, I got bored when there was nothing stimulation my calculating mind like drama, worry or anything promising enough to keep me active. I want you to realize that there are a lot of people out there, thinking and feeling the same way that I was feeling when I killed my wife. I led an ordinary life. But—once my evil side had been

123

triggered—I just didn't feel any emotions, empathy, remorse or care for anyone else. I was just a good actor who would dramatize the emotions around me without actually feeling them emotionally.

This created havoc in my married life, professional life, and even among my closest associates. The havoc I created didn't affect me a bit, but for those around me. I deceived, hurt and wreaked the people in contact with me at that time. I never felt sorry or guilty about my wrong doings. I just wanted to do things my way—that was the bottom-line.

Indeed, my advice for any couple that may be going through a storm is: COMPROMISE—find the middle ground, please strike a balance and make concessions. I told my story in hopes to help couples that genuinely want to find a happy medium, to figure out how to get one, and help men make amends so they can be recognized and respected for what they can and are willing to bring to the bargaining table. I have to admit: I didn't really see the value in telling my story at first. What, after all, did I have to say to explain, the unexplainable? Even bigger than that, how could I be taken sincerely? I mean, I killed my wife.

But then I started thinking about how many other similarly situated couples could learn from our mistakes. My wife wasn't the first woman to use our kids as a bargaining chip, and she certainly wasn't the last. I considered the impact that poor decision making had made on us. Our stubbornness? We both were bullheaded. And that destroyed our marriage—it destroyed our family's destiny. Losing my kids was an invaluable lesson. In fact, my kids and my concern for their future inspire me here as well. They have to live with the reality that their own father killed their mother. And I want my girls to reach the same dream most women do: A good husband, good kids, a good home, with a good life and true love. And I want desperately for my daughters to avoid being mistreated and misled by the games men sometimes create just to perpetrate the

control and selfishness we tend to show the world until we become the men God wants us to be. I know---because the mistakes I made---that couples need help, people to help get them through and settle the difference, so they can truly live happily-ever-after. I figured I could be that bleeding heart to deliver a report from hell and say, I'm going to tell you the truth—the real deal about sociopaths, the things we hide from you.

In essence, I want to provide preventative medicine. I want you to recognize a sociopath when you see one. Psychologists and sociologist can only assume why people commit the crime I committed. I wasn't a criminal. I lived an ordinary life among ordinary people for most of my life. Professionals in the mental health field will argue that there are four subtypes of sociopaths basically:

COMMON SOCIOPATHS: This group is characterized by common sociopaths' lack of conscience. When you bury your wife on Devils Island, in a six-foot deep hole alongside a snake, and attempt to resume life as if you're a grieving husband, you lack a conscience.

1) ALIENATED SOCIOPATHS: This group is characterized by alienated

sociopaths' inability to love and to be loved.

I imagine it can be argued that I had an inability to love my wife and to be loved by her---but that doesn't hold up with respect to my kids because I loved them more than myself.

2) AGGRESSIVE SOCIOPATHS: This group is characterized by a streak of sadistic

nature. What I did was beyond sadistic. So I won't waste time disputing this

characterization.

3) DISSOCIAL SOCIOPATHS: Now, this group is very distinctive as they have an

ability to stick to gang rules. As long as the rules are wrong rules, they have no

problem following them.

I gave you these four subtypes of sociopaths because they all dwell among you—somewhere. I am sure you know someone egocentric (selfish) that thinks the world revolves around him. Someone I really respect told me that I was narcissistic. Don't think for a second that didn't know I was wrapped up in myself—knowing and acknowledging are two different things, though. You probably know someone with an inability to love or be loved. Just know that you can't make anyone love you and no one else can make you love him or her. Love is a supernatural thing. I don't know anyone who hasn't met someone who has a streak of sadistic nature. This is the sociopath most prone to having a pattern of abusive behaviors in an intimate relationship such as marriage, dating, family, or cohabitation.

See, domestic violence has many forms, including physical aggression or assault (hitting, kicking, biting, shoving, controlling, slapping, throwing objects), or threats. But it really doesn't stop there. From my own personal experience, I can tell you there are several other forms of abuse. First and foremost: emotional abuse. This is what my wife and me were guilty of the most. She used the kids and economic deprivation, which led to my constant threats. (Cause and effect.) Her emotional abuse included forceful efforts to isolate me from my kids---even to the extent of offering me $50,000 to agree to allowing her to take my kids to live in a house with a man she barely knew. I was so enrage, I wanted to bury her money with her. No sum of money could keep me from loving or being with my kids.

When women dangle kids like carrots, it results in psychological abuse, make no mistake about it. It damaged my sense of internal strength; I felt helpless and degraded. I thought I was unable to escape from the situation. When women or men undergo emotional abuse of this nature, it puts them at increased risk for suicide, violence, eating disorders, and drug and alcohol abuse.

126

The best way to describe my true state of mind was in the likeness of Jekyll and Hyde. I didn't know how to react to my wife's name-calling, blaming, ridicule, disrespect, and her critical comments. These types of statements may seem harmless on the surface because they can be thinly veiled attempts to humiliate, falsely accuse, or manipulate others to submit to undesirable behavior. It is never okay to make our spouse feel unwanted and unloved, threaten your spouse economically, or isolate your spouse from the kids.

This can lead to a fatal ending. And it's why I am sharing my story. I want every couple in crisis to learn the value of compromise, and those who are not in crisis to make their marriage better. What will endanger or imperil your relationship is a failure to give and take. A relationship must have a mutual balance. No matter how good you are to your mate, no matter how good you are for him or her, until you understand that compromise is the middle ground between cooperation and conflict, you will be vulnerable of making the same mistakes we made.

But with my story, you can get into a sociopath's mindset and understand better, so that you can successfully achieve your plans, your dreams, and best of all, your marriage and possibly your life.

Thank you for allowing me to share my mistakes. I hope you will see the mistakes and learning from them.

God bless you.

## AFTERWORD

A true crime biography maps the criminal architecture of a lawbreaker's life. The writer charts the evolution of a crime over time, and the various challenges and tests that the lawbreaker endures provide insights into the culprit's character. But the storyteller has an additional burden when he or she has committed the crime: to explain events and the perspectives and action of others and oneself that the reader could not possibly know, that nevertheless had a direct bearing on the lawbreaker's life.

James Clay Waller II today has psychopath status, in the pantheon of notorious American Killers. Moreover, at the time of his arrest for killing his wife he was reviled and dismissed as an irresponsible rogue.  James Clay deliberately sought to stand for his parental rights, believing that if he could not have equal custody to his children, neither could his wife. There was a cost to his misguided thinking. The police branded him sociopath and a security risk. The police's animus toward James Clay, for example, set into motion acts of illegal wiretapping, surveillance, and disruption by law enforcement officers that probably surpassed anything James Clay could have imagined. He was not fully aware until it was too late, of the deep hostilities he had provoked inside and around the Cape Girardeau area that led to a coterie of people across the nation to call for his arrest. He set aside his fear and foolishly killed his wife who did not deserve to die. Killers like James Clay have enormous pride in themselves and in their convictions. It was extremely difficult for him to recognize other alternatives, or even to pursue other options. James Clay's insanity was his inability to live away from his kids, he could not function and even thrive without them being around. His loss of reason and purely rational calibration to the insane cosmos caused him to have delusions of grandeur---delusions that killing his wife was his only

option. He wove a narrative of success and suffering, of triumph and tragedy that ruined the futures of his wife, kids, and himself. He committed the consternate crime of passion, the wheels that put everything in motion, though his passion for his kids caused a storm. He was consciously a killer, who empowered himself to take vengeance against his wife, payback for her decision to take his kids—tit for tat and measure for measure. James Clay was delusional, demented and disturbed.

One terrible trait of such deranged killers is the inability to think rationally, to consider the consequences—to others and personally. James Clay was such a killer, but he embraced his psychopathic thoughts in a non-traditional manner. He embodied the fatherly love held by generations of fathers for full equality. He wanted unfettered access to his triplets, such as he had maintained since the day they were born, but the best he could hope for was every other weekend. James Clay never pitted the kids against his wife, or used the affairs on behalf of both as a justification for retaliation. By contrast, according to press reports, Jacque Sue Waller was unwilling to make concessions with custodial rights. She keenly felt, and expressed that the kids weren't puppies. Her stance was togetherness, complete solidarity. She was against splitting up the triplets. At a time when American society stigmatized or excoriated deadbeat dads, James Clay dedicated desire to be engaged and involved with his kids was admirable. He wanted to do what millions of deadbeat dads do not do. His parental passion was at the foundation of what in June 2011 became murderous and passion was his motive.

Avery, Maddox and Addison came to occupy a central space in James Clay's heart. With pure passion for all three, he was paralyzed with fear of losing them. What his fears forced him to do was an unfortunate fallacy, a really regretful mistake. More significantly, the motive of James Clay was to be together, forever, with his kids; yet, it was sickening that he transgressed

the established moral order of God. In his respect, the psycho as James Clay constructed him was the Prince of Darkness, the bad person who believed that doing wrong would bring about right, who used polices' tactics to break all the rules. A close examination of this book illustrates that many of the elements of the Prince of Darkness' narrative are not genuine; despite this the alter ego influenced James Clay altruistic side because the components of hatred, scorn, and animosity were integral contributors to the unholy deadlock.

The other dimension of James Clay delusions of grandeur was his identity as a loving father, the man who loved his triplets unconditionally. Again, this was the role that caused him to commit this crime of passion. Through his powerful passion, he nspired his kids to see themselves not as fraternal triplets, but possessing the power to separate themselves and their lives. Like Jacque Sue Waller, James Clay boldly taught their triplets that fraternity would not define their futures; that instead, children in the Waller family were destined for greatness. He developed a profound passion for fatherhood, and he integrated into many of passionate beliefs formed from the prestige of parenting. James Clay encouraged his kids to be proud of their membership in the Waller family. Despite his hideous homicidal act, his underlining motive was connected to his parental passion. His greatest contribution to this world was being a committed father to his triplets. To some disgruntled dads, James Clay represents a visceral villain, an immoral set of values and criteria for one-sided divorces that affirmed the ideas of similarity situated husbands. James Clay provided the template for what some other husbands have contemplated. This book was needed to showcase what can happen when a divorce in not balanced. James Clay wanted a level playing field, one where he would have been involved in the fun and not a spectator from the sidelines. That position from his wife became the foundation for the digging of the hole, causing countless consequential results. Uncompromising became

130

their dead end, the stalemate of death. Even Jacque's friends, Elizabeth and Kristin, recalled James Clay telling Jacque he'd agree to a divorce if he could have Maddox, and she could keep Avery and Addison. According to both friends, "Jacque wouldn't hear of it."

There is now a tendency of retribution, to make sure James Clay Waller II get his just deserts through: distortions, inaccuracies, and even lies. This approach is not only wrong, but was unfair to Avery, Maddox and Addison. James Clay was a great father who loved his kids wholeheartedly. He struggled to strike a balance with his wife. Unlike the abandonment of his father, James Clay wanted to convince Jacque that "all he had left was his kids"—he had nothing to lose.

Unapologetically, James Clay perceived himself first and foremost as a father, a man who could not or would not be a spectator from the side line. This was what made it possible for him to commit domestic violence, first-degree murder. When the triplets were born, James Clay saw himself as a proud parent. But by 2010, he linked his parenthood to the innate imperative of fatherhood, the concept that all fathers have equal to their children. James Clay perceived fatherhood as obligatory, required, and mandatory. His duty was binding. When offered $50,000 to relinquish that responsibility, he felt insulted. But he always thought first and foremost about the kids' interests. No amount of money in this world could keep him away from them. Jacque should have sensed that James Clay could not be bought; it would have saved her life.

James Clay presented a narrative to America that revealed that he was prepared to go to jail, and even die to realize the promise of fatherhood. At the same time he made the argument that fathers have the same rights as mothers when it comes to parenting. His message was that of the history of equal rights—from the beginning until the end—and his stance was if he could not exercise his right to be a father, his wife could not exercise her right to be a mother. This is why

it is important for similar situated couples to see the mistake in not learning from Jacque and James Clay fatal mistakes.  Stubbornness should never be a factor when it comes to equitable access to the kids.  What James Clay sought was a fundamental right to be a father—not a 20-year prison sentence for being psychotic, but as amicable association with Jacque and his kids.

Another critical point was James Clay's reason for making a public confession.  He repented for his sins and decided that he wanted to make amends. The substantive confessions in this book began in James Clay Waller's prison cell in the late summer of 2013. He really did not want to kill his wife. He felt he was being wronged and swindled out of his parental rights. Which ultimately led to the invocation of abuse intended to cause feelings of intimidation, pain, injury, as displayed by Jacque and James Clay. Even though Jacque's was emotional and psychological demeaning verbal abuse and economic exploitation.

James Clay  felt humiliated—privately and publicly, he felt Jacque was attempting to buy his parental rights----this was obvious because she did not want any form of child support from him. In his mind, that meant only one thing: she had found a new man.  One she thought would be better suited to be the father of his kids. That is how he perceived what he calls her "indecent proposal." That left him feeling diminished and embarrassed. In essence, he assumed that she wanted to isolate him from her and the kids. He construed her offensive offer as an implicit blackmail because he actually had to agree to limited access to his kids. Degradation in such a way was psychological abusive.

Jacque undermined his self-worth and self-esteem. After she found out about his affair, there was constant criticism, name-calling, and made statements which confused and created insecurity in James Clay. These behaviors also let him to question his right to still be a father, even if he could no longer be her husband. Furthermore, this damaged his sense of internal

strength, and left him feeling helpless and unable to keep his equal custodial right. This caused him to undergo depression, which increased his risk for killing himself or Jacque.

This book obviously will stir up some controversy. But it was not deviously with that purpose in mind. James Clay Waller II had one thing in mind: making a public confession that was remorseful and redeeming. It truly hurts him deeply not to be able to communicate with his kids. He committed the ultimate crime of passion and he wanted to make ultimate display of repentance.

## LETTER TO MY KIDS

Dear Kids,

I love each one of you with all of my heart---unconditionally. I apologize for all the pain I caused to our family. Every year, over 3 million children are impacted by domestic violence in America, and I did this book because there is a lot to be learned from the mistakes your Mother and I made. I never should have taken your Mother away from you. I never wanted things to end this way.

Your Mom loved you just as much as I do. Her and I were faced with some difficult problems, which led to us agreeing to a divorce. I wanted to still be your dad, but she wanted to move you away from me and have you living with another man, a man she hardly knew. I asked

133

her not to take you away from me, but she did anyway.  I got really upset and decided that if I couldn't have you, neither could she. That's the truth!

Again, I should not have taken her away from you. At that time, I could not think straight. I was not going to let you go easily. You Mom tried to give me $50,000 to stay out of your lives. Money couldn't replace the happiness I received by being your Dad.  When the three of you were born, I was the happiest father on earth. We gave you the names: Avery Rawson Waller, Maddox Linhert Waller and Addison Ruby Waller. Those names meant something when you were born and they mean something today.

Your Mother wanted you to have the names we gave you. Please never forget your birth names.

No matter what, no one in this world will ever love you more than your Mom and I do.  I mean no one! I am thankful that your aunt and uncle are doing their best to raise you. Always show each other and them love and respect.

You were too young to understand why I did what I did to your Mom. I hope this book will fill in the blanks because there was a lot you were never told. Now that you have the full story, I pray that you will find it in your heart to forgive me. I believe in my heart that one day you will. Please contact me as soon as you do---you know where I am. I'm just a stamp away.

Love Always,

Your Dad



pic's with Kids

Avry

Maddox

Addison

single pics -

134

*Nicknames*

*Keep*

↓

Dear Avery,

There was a time when I used to call you my "Little – Avery – Doodle." Each one of you is so very special to your Mom and I. I hope the pictures I put inside this book will help you remember how happy we used to be. I did this book because I want to provide you, Addison and Maddox with some answers. There is no good excuse or explanation for what I did to your Mother. I can only imagine how much pain I caused all of you.

I didn't do this book to speak bad about your Mother. She was a good Mother. She loved each one of you with all of her heart. As we both do. For a long time, we were all happy together. The day you were born, I was the proudest Dad on this planet. I still am proud to be your father. You were too young to understand what happened and why it happened. I know many people

135

have tried to give you an explanation. But this book has detailed the real reason—I couldn't handle your Mom taking you from me. What I did, made matters worse, not better. But never let anyone tell you that I didn't love you. I loved you then and I love you now—unconditionally.

I would like to tell you a story. When you were about 6 months old your mother woke up because she sensed that something was wrong. Well, you had sucked in a piece of plastic from the rubber part of your pacifier. It made you turn blue. Your mother woke me up as she screamed. She was also attempting to call 911. We only lived 3 blocks from Southeast Hospital. Wearing a pair of shorts, I wrapped you up and took off running with you like I was carrying a football to make a touchdown. I ran straight into the Emergency Room and handed you over to a nurse. I was so scared. I feared that I had lost you. I mean, I hadn't had enough time to get to truly know you. Once they told me that you were going to be ok, I cried so hard. I loved you so much. Your mother saved your life that night. I was just doing what a father was supposed to do when he loves his daughter as much as I love you. I would do the same thing today, without hesitation.

Like I told Addison, soon you'll be able to make your own choices and decisions. And at that time, I hope to hear from you. I am looking forward to that day! And please know I am very sorry for all the pain I caused.

Love Always,

Your Dad



me and Avery

Dear Addison,

I saw how beautiful you are in the newspaper. I knew that you would grow into a lovely

angel. I put some pictures in this book to remind you of the times when you were proud to be my

daughter. I want to tell you a story that makes me cry every single time I think about it. I had

taken you all to Arena Park for a day of fun. Well, you had followed Maddox to the monkey bars.

137

When you got about 3 or 4 rungs out, you were really crying. I said, "Addy, hold on," as I ran as fast as I could to catch you. In fact, you had let go because you couldn't hold on any longer. But I caught you. Yes, I did and you hugged my neck so hard and said "Thanks Daddy, what took you so long."

I always call you Addy because you were such an Angel. Do you remember the time when you picked up what you "thought" was an M&M, but it was Maddox's little rabbit turd. Anyway, you spit it out, got mad at Maddox, and threw the poop at Maddox—hitting him in the back of the head. We all laughed so hard. It was so funny.

*Nickname*

*Keep* —— Addy, words cannot express how much I love and miss you. I am truly sorry for taking away your right to be raised by your Mother and Father. Please forgive me.

I have provided you, Avery and Maddox with the truth about what really happened. I did so because you deserve to know that I couldn't accept your Mom taking you guys away from me. Killing her wasn't the right thing to do. But I couldn't think straight. She offered me $50,000 to let you all go with her. I didn't want the money. I wanted your love that all the money in this world couldn't buy. I know that much of what you have read in this book is new to you. I made a lot of mistakes, but no one can deny that I love each one of you unconditionally and I did everything I could to protect my right to be your Dad.

Even though I am in prison, there is still nothing I will not do for you, Avery and Maddox. Nothing.

One day you'll be able to make your own choices and decisions. When that day comes, I hope to hear from you. I am looking forward to that day!

Love Always,

Your Dad                    *pic*        *me and Addy.*

