138

Dear Maddox,

I have not had a good night sleep since hearing the words you recorded for my sentencing hearing. Son, there's two sides to every story. My side of the story wasn't told to you at the time you said those words.  I did this book because I want you to know just how much I love you. More than any father could ever love his son. I mean that! You said you thought I was a good guy because in your heart, you know how good I was to you and your sisters. Son, I used to take you everywhere with me. When I flew the helicopter, you were there. When I say everywhere, I mean everywhere. I even bought you a red Honda 50 motorbike when you were only 3—I taught you how to ride it, too. I gave you the nicknames Mad-Max and Mad-Dog because that was what you liked being called.

Son, your Mom was a good Mother. I apologize for taking her away from you and your sisters. I really am sorry! I couldn't accept a $50,000 payment to stay away from you and your sisters. Your Mom tried to pay me to stay away. I go so mad that I acted out of my anger. I asked her not to take away me kids. You, Addison and Avery were my every thing. I was wrong, son, for feeling that if I couldn't be with you, neither could she. It was a better way to work things out.

I took you and your sisters on vacation to Hollywood, California. Your Mom didn't come. It is times like that, that remind me of how proud I am to be your Father and all the fun times we have had together. *I hope, I get a chance to play basketball with you someday.*

I want you to always be there for your sisters and always love and respect them unconditionally. Until the day I die, I will do everything in my power to get each of you to

140

forgive me. I only want what's best for you. No matter what anyone tries to tell you, always

believe that I love you and your sisters. I loved you so much that I couldn't live without you—

not willingly. When the time is right, I hope to hear from you. I look forward to that day.

Love Always,

Your Dad

Pic's     maddox in pick up

and

maddox with his thumb in Air.

me and frenchy are going to take a photo
please put in back of book / also put my
Writeaprisoner.com on same page, maybe
I can get pen-pal's from this project. —

141

To Linda,

   Thank you for all that you have done. When you first suggested that you wanted to be the author and published of my life story, I had mixed feelings about what to expect.

   Now, seeing this project complete and how this can help other people, I am glad I agreed to your request. I am thankful that I have met you. When you stated, "Sometimes in life a person just might need to trust a total stranger." Things have a way of working out.

   When people, friends, and family are faced with associating with someone that has made a horrible mistake like I did, they will ~~need~~ *tend* to separate themselves to see the whole picture and that I needed help. — *Not clear. they tend not to see the whole picture & don't realize & needed help.*

   However, you showed me unbelievable kindness and compassion. I could never return or give you anything of *valve;* (*spelled wrong maybe — value*) to show you my gratitude. Even though I cannot profit off this story, I hope it will touch millions of lives, and help or deter this from ever happening again. You know how sorry I am for what I have done, thank you for helping my kids, Avery, Maddox, and Addison to see and understand the truth and the love I have for them. I hope my kids and others will learn from my mistakes and have a better chance at life from your efforts in helping others.

   God bless you.

142

Thank you,

Your Friend, Waller

"IF YOU TAKE MY KIDS, I'LL KILL YOU!"

Copyright _ 2014 by Linda F Perry

All right reserved.  Printed in the United Stated of America.  No part of this book may be used or reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews.

For information address:

Bulk books may be purchased for educational, business, or sales promotional use.  For information please contact:

NOTE: the accusations (e.g. charges, insinuations, allegations, citations and implications) presented by James Clay Waller II are solely for the purpose of putting forward Waller's story for public scrutiny, inspection and examination. The author and publisher are not liable for libelous, slanderous, defamatory, scandalous claims or untrue revelations made by James Clay Waller, II. Some things might have been attempt to let the reader make their own conclusions.

FIRST EDITION

A B C D E F G H I J K L m n o p Q R S t v w x y z

## David

remember all cuss-words can you

please Abbr.   pu--y

F--k

I want this story to go into local School's and library's - This has to be like this for it to be excepted. - I was told.'!

## Based on True story

Change - my name to - Jim C. Walker

Jacque -
Avery -
maddox -
Addison -

Ashely sue Walker
Carmen sue Walker
JC, Walker Jr.
Kathy Walker

Tudy - can stay same - that is slang nickname
change to Jackson

Counsandra Hill -   Sierra Ann ~~Berry~~ (Tudy)   ~~Sierra~~ Sierra
Gary Hill -   Brandon ~~Berry~~ Jackson

## Investigators

| | | | |
|---|---|---|---|
| Rodney | Barnes - | LT. Mitch - | Adams |
| Rodney | Barker - | Guy | McDaniel |
| FBI Brian | Ritter - | ~~Barney~~ | ~~Jordan~~ James R. Her |
| LT David | James - | LT. Mike | Hobeck |
| Chief | Humphrays - | Shawn | Juden |









Me at Branson, Mo. 2008
Jacque took picture.

Maddox riding shotgun in my truck. Maddox you always tricked your sister's too sit in back.



Letter To Kids

Me and Kids at " ~~XXXXXXX~~ " on the train " ~~XXXX~~ " St. Louis Zoo around the park.  We were a team!





Avery WALLER        MaddoxWALLER        Addison waller

First day of Daycare - "Just Kids"

Bigger picture

BOYN

From Left to Right

Addison, maddox, Avery

Sleeping on couch at home  Nov - 2005

A couple weeks old





To Kids

New born

Kids were just born Oct. 14, 2005

Jc Wallee in shock
I couldn't belive it.





Maddox
Always Eating

Addison
she has a temper!

Avery
Always Smiles



Avery, maddox, Addison Waller. I was so proud of being their Dad. I was the coach of their soccer team.                    Fall 2010

Fun Kota

Kids fishing. Only one of you caught a fish. I wonder who it was. Which one of you was the clever one?



Walker's camping Trip

Triplets learning how to fish
It was very hard to keep their hooks baited.
It was a great time.
We laughed so hard



Kids we were talking about the crazy noises in the woods. Waller camp trip.



me and Avery 2009
you are so pretty, you are a little Tague



me and Addy at Home



Addison Waller and Avery Waller
Girls you look so pretty. I love
you.
          Dad

Avery WALLER

Smile for camera

I miss you so much,



I have all of these photo's in color, except the one with me and Jacque. No one else has these family photo's and the family and public doesn't know I have these.

Addison Waller

caught taken her dad's money out of his pockets.



Jacque Waller

Holding our kids in the Nicu unit.

⇐ not sure how to spell

Nicu- unit





My triplets first day of
school. Sorry I missed that.
fall 2011

Kids first day of Daycare - Just Kids
Avery scraped her nose a couple of days before.
2007-2008



Maddox Waller and JC Waller III at the Local fair. 2012 My two sons.

Addison Waller trying to bait
you told me to please help you
her own hook. — 
Sorry Addy; there was no hook.



Avery Waller at Home 2010
— Dancing in the living room



Kids

Addison, maddox, Avury WALLER

Oct 14 2005

Just Born

Jacque Waller a proud mother holding her babies. This picture is very sad for me.





Avery   Addison   maddox

Camping Trip Van Buren 2010



Maddox Waller
at Home                2010

I don't know if
we can use some
of these pictures, you
be the Judge.



Jacque and Clay

2010