UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION
Courtroom Minute Sheet - Criminal Case

**Date** 07/26/2017.   **Judge** ABBIE CRITES-LEONI   **No.** 1:16CR00058AGF(ACL)

United States v. James Clay Waller

Court Reporter _____   Deputy Clerk

Attorney(s) for Plaintiff(s)   Larry H. Ferrell, Assistant U.S. Attorney
                               Tiffany Becker, Assistant U.S. Attorney

Attorney(s) for Defendant(s)   John Lynch, Attorney for Defendant

☐ Court Appoints _____   ☐ Sealed Proceeding

**Proceedings:**

☐ Rule 16 Conference        ☐ Pretrial Conference        ☐ Oral Motion
XX Status Conference        ☐ In Chambers Conference
☐ Motion Hearing            ☐ Informal Matter
☐ Oral Arguments            ☐ Settlement Conference

Parties present for hearing on with parties via telephone conference

Status conference with attorneys via telephone

Next hearing date/time _____   Type of Hearing _____

Before _____

Proceeding commenced  2:00 p.m.        Proceeding concluded  2:15 p.m.

Continued to _____

☐ **TERMINATE CASE REFERRAL**        ☐ **COPY TO DISTRICT JUDGE**