# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date: 10/5/2017   Case No. 1:16CR58-AGF

UNITED STATES OF AMERICA vs. James Clay Waller, II

Judge: Audrey G. Fleissig   Court Reporter: Reagan Fiorino

Deputy Clerk: N. Blasko   Interpreter: n/a

Assistant United States Attorney(s): Larry Ferrell

Attorney(s) for Defendant: John Lynch

**Arraignment/Waiver of Indictment/Plea:**

- [✓] Defendant sworn. Defendant's age 47   Education: Graduated Highschool
- [ ] Defendant waives assistance of counsel   [ ] Waiver filed
- [ ] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [ ] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information   [ ] Defendant arraigned
- [ ] Defendant enters a plea of   [ ] GUILTY   [ ] NOT GUILTY
      to counts _____ of the [ ] superseding [ ] indictment [ ] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**

- [✓] The Court finds the defendant competent to enter a plea of guilty.
- [✓] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) 1 of the [ ] superseding [ ] information [✓] indictment
- [✓] Guilty Plea Agreement filed   [✓] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s) _____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant _____ are denied as moot
- [✓] Sentencing set 1/16/2018 at 10:00 a.m.
- [✓] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE 12/26/2017
- [✓] Defendant is remanded to custody   [ ] Defendant is released on existing bond

Probation Officer: Present

Proceedings commenced 12:30 p.m.   concluded at 1:30 p.m.