UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:16CR0058 AGF |
| | ) | |
| JAMES CLAY WALLER, II, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing as to defendant **James Clay Waller, II** is rescheduled for **Tuesday, December 19, 2018 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the deadline for filing objections, if any, to the Presentence Report as to defendant **James Clay Waller, II** is **December 1, 2017.**

**IT IS FURTHER ORDERED** that no objections shall be filed after the deadline without leave of the Court.   A request for leave to file objections out of time must be in writing and supported by reasons for the request.

**IT IS FURTHER ORDERED** that the parties shall inform the Court, in writing, and not less than ten (10) days prior to the sentencing date, whether testimony is to be presented at sentencing and, if so, the anticipated number of witnesses and the estimated length of such testimony.

**IT IS FINALLY ORDERED** that the parties must file any memoranda no later than seven (7) days before sentencing date except that a response to a sentencing memorandum may be filed no later than five (5) days before the sentencing date.

                                                _____
                                                AUDREY G. FLEISSIG
                                                UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2017.