IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 1:16CR00058 AGF ) |
| JAMES CLAY WALLER II, | ) ) |
| Defendant. | ) |

## GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Larry H. Ferrell, Assistant United States Attorney for said District, and states that it has no objections to the Presentence Report prepared by Allison K. Lupo, Senior U.S. Probation Officer.

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

/s/ Larry H. Ferrell
LARRY H. FERRELL, #28874MO
ASSISTANT UNITED STATES ATTORNEY
555 Independence, 3rd Floor
Cape Girardeau, MO 63703
(573) 334-3736

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

John Lynch
Attorney for Defendant

Allison K. Lupo
Senior U. S. Probation Officer

                                              /s/ Larry H. Ferrell
                                              LARRY H. FERRELL, #28874MO
                                              ASSISTANT UNITED STATES ATTORNEY