# Courtroom Minute Sheet
## Sentencing Proceedings

Date: 12/19/2017              Case No. 1:16CR58AGF

UNITED STATES OF AMERICA V. James Clay Waller, II

Judge: Audrey G. Fleissig    Court Reporter: Alison Garagnani    Probation Officer: Allison Lupo

Plaintiff Attorney: Larry Ferrell    Defendant's Attorney: John Lynch

Deputy Clerk: Jessica Carter    Interpreter: 

☒ Defendant/Parties present for imposition of sentence.
☐ Objections to Presentence Report heard and denied/granted as follows: _____

☒ Presentence Report adopted/accepted by the Court          ☒ PSR filed under seal
☒ Sentence Imposed – See Judgment

☒ Defendant committed to BOP for a term of __420__ months as to Count(s) __1__
to run ☐ concurrent ☐ consecutive for aggregate term of _____ months. Supervised release __5__ years as to Count(s) __1__ to run ☐ concurrent ☐ consecutive for an aggregate term of _____ years supervised release. Standard conditions. Special Conditions:

☒ Fine Waived.  Special Assessment: $100.00    Fine: _____    Restitution: _____
☐ Count(s) _____ dismissed on Motion of AUSA
☒ Defendant remanded to custody of USMS.
☐ Defendant granted a voluntary surrender to the institution/USMS for incarceration as notified by USMS.
Surrender date _____
☒ Court makes the following recommendation to BOP: Greenville, IL or Mariana FL

☐ Defendant is released on Probation pending processing by USMS: _____

Witnesses: _____
☐ Exhibits returned to and retained by counsel

Courtroom time: 11:06 a.m    to    12:04 p.m.